UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
A California Corporation,

    Plaintiff,

vs.                                Case No.: 6:00-cv-1536-ORL-31B

MIGUEL DELGADO BELLO,

    Defendant.

_____/

## MOTION TO DISMISS

Miguel Delgado Bello (hereinafter "Delgado"), by and through his undersigned attorney, files this Motion to Dismiss the Complaint and Demand For Jury Trial in the above-captioned case. The Motion to Dismiss is based on two claims, both under Rule 12 (b)(6) of the *Federal Rules of Civil Procedure*:

1. Plaintiff, Earth Tech, Inc. (hereinafter "Earth Tech"), has failed to allege the basis upon which it is entitled to pursue its claim against Delgado, when it has not alleged that Earth Tech was Delgado's employer nor whether there is a connection between Earth Tech and Rust Environment & Infrastructure, Inc. Therefore, Earth Tech has no standing to bring any claims against Delgado for breach of duty of loyalty, as alleged in the Complaint.

2. Assuming that Earth Tech is able to establish its standing to claim rights on behalf of Delgado's former employer, Rust Environment & Infrastructure, Inc. (although not alleged), then Delgado asserts that Earth Tech has failed to file its cause of action for breach of duty of loyalty as a compulsory counterclaim in the suit filed by Delgado on May 9, 2000 against Rust

Environment & Infrastructure, Inc. in Venezuela.

Delgado has more fully set forth the bases and support for this Motion to Dismiss in an accompanying Memorandum in Support of this Motion to Dismiss, filed simultaneously with this Motion.

Respectfully Submitted,

*[signature]*

Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATF

I HEREBY CERTIFY that a true and correct copy of this document has been served by hand delivery this 29th day of December, 2000 to Carlos J. Burruenzo, Esq. and Juan C. Lopez-Campillo, Esq., Jackson Lewis Schnitzler & Krupman, 390 North Orange Avenue, Suite 1285, P.O. Box 3389, Orlando, Florida 32802-3389.

*[signature]*

Robert W. Rasch