# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION



FILED
IN OPEN COURT
Oct. 30, 2001
CLERK
U.S. DISTRICT COURT

---

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a Swiss
Corporation and TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,
                                       Plaintiffs,
-vs-                                                             Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,
                                       Defendant.

| U.S. DISTRICT JUDGE: | Gregory A. Presnell | DATE: | Oct. 30, 2001 @ 3 pm |
|---|---|---|---|
| DEPUTY CLERK: | Anita Justin | COURT REPORTER: | Diane Ward |
| COUNSEL FOR PLTFS: | Robert Atkins, Matt Rosengart, Randy Lord | COUNSEL FOR DEFT: | Robert Rasch |

## Plaintiff's Motion for Injunctive Relief and/or Sanctions (Doc. No. 28)

3:00 p.m.      Plaintiff presents oral argument. Defendant presents oral arguments and witnesses: Miguel Delgado Bello.

Court wants a date certain scheduled for the plaintiff's taking of Mr. Delgado Bello's deposition. The plaintiff gives possible dates of November 15, 16, 19, 20 and 21, 2001', the defendant does not have his calendar with him.   Court will language in discovery order.

Court will not admit Defendant's Exhibit 12 at this time, the defendant is to file a Motion for the court to take judicial notice and provide the court with an official translated copy, the plaintiffs will be given time to respond.

Defendant makes an oral **MOTION** to strike the Hall Affidavits (Doc. No. 35) Court **DENIES**.

Court will give the parties until 11/2/01 in which to agree on the Tyco Venzuela.com that the defendant will agree not to continue to use or the court will enter a preliminary injunction.

Court takes the Motion for Sanctions portion under advisement and will enter a **discovery order** in which the court will establish different deadlines. The defendant will make available the following witnesses for the plaintiff to depose: Pedro Delgado, Hernan Dearmas & Jesus Aristimuno.

6:01 p.m.      Court adjourned.