


FILED
IN OPEN COURT
Oct. 30, 2001
CLERK
U.S. DISTRICT COURT

# Exhibit List

\_\_\_Government     \_\_\_Plaintiff     X  Defendant     \_\_\_Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | OCT 30 2001 | OCT 30 2001 | Miguel Delgado | | Venenzuelan Supreme Court Decision (Spanish Version) |
| 2 | OCT 30 2001 | OCT 30 2001 | Miguel Delgado | | Venenzuelan Supreme Court Decision (English Version) |
| 3 | OCT 30 2001 | no | Miguel Delgado | yes Sustained | Complaint filed with FBI |
| 4 | | | Jesus Aristimuno | | Letter from Charles Alpert 7/1/99 |
| 5 | | | Miguel Delgado | | Memornadum of Understanding |
| 6 | | | Miguel Delgado | | Association Agreement |
| 7 | | | Miguel Delgado | | Letter from Mr. Creed 11/11/99 |
| 8 | OCT 30 2001 | OCT 30 2001 | Miguel Delgado | | Venezuelan law on Power of Attorney |
| 9 | | | Hernan de Armas | | Business card of Bia Aquino |
| 10 | OCT 30 2001 | NO | Miguel Delgado | | Grupo Rust Legal Registration |

Case Number: 6:00-cv-1536-ORL-31JGG   Style: Earth Tech, Inc. & Tyco v. Delgado

\* Exhibits with court file

5:



# Exhibit List

___Government   ___Plaintiff   _X_ Defendant   ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 11 | OCT 30 2001 | NO | Miguel Delgado | | EarthTech #2 leg registration |
| 12 | OCT 30 2001 | no *see below | Miguel Delgado | yes | Venezuelan Law on Power of Attorney |
| 13 | | | Miguel Delgado | | Doctor's Statements |
| 14 | OCT 30 2001 | OCT 30 2001 | Miguel Delgado | | Peguiver Letter 10/16/98 |
| 15 | | | Hernan de Armas | | US Embassy Business Cards |

Case Number: 6:00-cv-1536-Orl-31J66   Style: EarthTech & Tyco v. Delgado

* Defendant must file a motion for Court to take Judicial Notice of exhibit no. 12 and provide the Court with a translated copy.