

# Exhibit List

FILED
IN OPEN COURT
Oct. 30, 2001
U.S.

___Government   X Plaintiff   ___Defendant   ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Affidavit of Douglas Haven |
| 2 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Registration for AOL Account for William Hall |
| 3 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Billing info for AOL |
| 4 | OCT 3 0 2001 | 10/30/01 | n/A | NO | America on-line (AOL) Records & emails |

Case Number: Earth Tech i Tyco -vs- Miguel Delgado Bello

Style: 6:00-CV-1536-31J66

*exhibits with court file

55