```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF FLORIDA
 2                        ORLANDO DIVISION

 3              CASE NUMBER:  6:00-CV-1536-ORL-31JGG

 4  EARTH TECH, INC., A CALIFORNIA       . ORLANDO, FLORIDA
    CORPORATION, TYCO INTERNATIONAL      . OCTOBER 30, 2001
 5  SERVICES, AG, A SWISS CORPORATION,   . 3:00 P.M.
    AND TYCO INTERNATIONAL, (US) INC.,   .
 6  A NEVADA CORPORATION,                .
                                         .
 7         PLAINTIFFS,                   .
                                         .
 8         V.                            .
                                         .
 9  MIGUEL DELGADO BELLO,                .
                                         .
10         DEFENDANT.                    .
    . . . . . . . . . . . . . . . . . .  .
11

12

13

14              TRANSCRIPT OF PLAINTIFFS' MOTION

15         FOR INJUNCTIVE RELIEF AND/OR SANCTIONS

16         BEFORE THE HONORABLE GREGORY A. PRESNELL

17               UNITED STATES DISTRICT JUDGE

18

19

20

21
    COURT REPORTER:      DIANE C. WARD, R.M.R., C.R.R.
22                       UNITED STATES COURTHOUSE
                         80 NORTH HUGHEY AVENUE, #300
23                       ORLANDO, FLORIDA  32801
                         (407) 650-0055
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED BY COMPUTER.
```