FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

01 NOV 30 PM 3: 37

CLERK US
MIDDLE
ORLANDO, FLORIDA

EARTH TECH, INC.,
a California Corporation,

Case No.: 6:00-CV-1536-ORL-31B

Plaintiff,

v.

MIGUEL DELGADO BELLO,

Defendant.

STATE OF NEW HAMPSHIRE )
) .ss:
COUNTY OF ROCKINGHAM )

AFFIDAVIT OF M. BRIAN MOROZE

M. BRIAN MOROZE, being duly sworn, deposes and states:

1. I am Secretary and General Counsel of Tyco International (US) Inc., ("Tyco"), and have served as such since 1994. In such capacities, my duties and responsibilities have included the oversight of matters relating to trademarks, service marks and brandnames, and the related businesses, of Tyco and its affiliated divisions, including the Tyco Flow Control division and its many operating units, and further including Earth Tech, Inc. ("Tyco Affiliates"). Therefore, I have personal knowledge of the uses, value, attributes, and significance of the TYCO name and trademark.

2. I submit this affidavit in support of Tyco's motion for a preliminary injunction prohibiting the defendant from using the TYCO trademark in connection with

Doc#. NY6· 43740.1

any internet activity, including, without limitation, the internet domain name "tycovenezuela.com."

3. Tyco owned the TYCO mark until November 3, 1998, when all right and title in and to the TYCO mark, including the associated goodwill, was transferred to Tyco International Services, AG ("Tyco AG"). Effective November 3, 1998, Tyco licensed the use of the TYCO mark to Tyco in connection with the marketing, promotion, and sale of various goods and services throughout the world by the Tyco and the Tyco Affiliates.

4. Tyco and its Tyco Affiliates have used the TYCO mark in the United States, and throughout the world, since 1977.

5. Tyco and the Tyco Affiliates are engaged in numerous and diverse business activities in countries throughout the world, including Venezuela. Through the Tyco Affiliates, Tyco is engaged in the following businesses, among others: architecture, engineering, construction and project management for global water management, transportation, and environmental and waste disposal and remediation; manufacturing, distributing, and servicing electrical and electronic components; manufacturing and providing fire protection systems and electronic security services; manufacturing and providing disposable medical products, plastics and adhesives; designing, manufacturing, installing and servicing electronic security systems; and providing a full line of energy solutions and power products for telecommunications service providers and for the computer industry. Tyco's and its Tyco Affiliates' combined annual revenues since 1999 have averaged approximately $30 billion.

6. As a result of Tyco's long use of the TYCO mark, first as owner and more recently as licensee, Tyco AG's advertising and promotional efforts and expenditures in

2

connection with the mark, and the wide recognition achieved for the mark, the public has come to associate the TYCO mark with the goods and services originating with, emanating from, sponsored by, or otherwise associated with or approved by Tyco AG through its licensee Tyco and the Tyco Affiliates. In addition, the TYCO mark also has become an extremely valuable symbol of the products and services offered by Tyco and its Tyco Affiliates, and has become well known.

7. In addition to cultivating and using the TYCO mark in connection with the goods its licensee Tyco and the Tyco Affiliates manufacture, sell and/or distribute and the services Tyco and the Tyco Affiliates provide, since 1999 Tyco AG has invested significantly in the promotion and advertising of the TYCO mark. Since 1999 Tyco AG has also been engaged in a comprehensive effort to register the mark internationally in more than 60 countries of the world in up to 18 different classes in each country.

8. Moreover, like many large companies, as Tyco AG's licensee, Tyco and the Tyco Affiliates advertise their products and services online. It is the custom among online companies to construct "national" websites using "national" domain names. Thus, for example, affiant understands that to better service its British and Irish consumers, alongside its yahoo.com domain name, YAHOO! operates uk.yahoo.com. Similarly, affiant understands that AMAZON operates many national sites such as amazon.co.uk in the U.K., or amazon.co.jp in Japan, for example.

9. Additionally, Tyco and its Tyco Affiliates currently use the following domain names, among others, containing Tyco AG's TYCO mark: tyco.com, tycoint.com, tyconet.com, tycoventures.com, tycovalves.com, tycothermal.com,

3

tyco.co.nz, tycoservices.com.au, tycofire.com, tycofp.com, tycoadhesives.com, tycoelectronics.com and tycohealthcare.com.

10. For the foregoing reasons, the TYCO mark is famous and has acquired significant distinctiveness.

*M. BRIAN MOROZE*

Sworn to before me
this 5Th day of
October, 2001

Notary Public

PATRICIA J. TRAVIS, Notary Public
My Commission Expires April 28, 2004

4

Doc# NY6 43740.1