UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,

Case No.: 6:00-CV-1536-ORL-31B

Plaintiff,

v.

MIGUEL DELGADO BELLO,

Defendant.

STATE OF NORTH CAROLINA )
                        ) .ss:
COUNTY OF CARY          )

### AFFIDAVIT OF WILLIAM LESLIE HALL, JR.

WILLIAM LES HALL, being duly sworn, deposes and states:

1.  I am the Executive Vice President of McKim & Creed, P.A., an architectural and engineering firm based in Cary, North Carolina.

2.  In September 1999, I hired Miguel Delgado Bello as an employee of McKim & Creed, P.A.

3.  Mr. Delgado was hired as an employee at will, and was charged with the responsibility of helping McKim & Creed, P.A. develop business opportunities in Venezuela.

4.  Mr. Delgado failed to develop any viable business opportunities for McKim & Creed. Accordingly, in October 2000, I terminated his employment.

5. After Mr. Delgado was terminated, I learned that, without my authorization, Mr. Delgado had used my American Express corporate credit card to make several charges, including charges made after the date of Mr. Delgado's termination. These unauthorized charges totaled in excess of $600, including charges for rental cars and airline fares.

6. During the course of McKim & Creed's investigation of Mr. Delgado's unauthorized use of my credit card I learned that Mr. Delgado used my credit card to utilize the services of an Internet company known as "KnowX.com."

7. In connection with the investigation concerning Mr. Delgado's unauthorized use of my credit card, I learned that KnowX.com is a service that allows users of its web site to perform public record searches for information concerning businesses or individuals, among other things.

8. I learned that Mr. Delgado, posing as me and using my American Express credit card, signed onto the KnowX.com web site on January 30 and 31, 2001. He used the following e-mail address: "pdvsacitgo@aol.com." Furthermore, I learned that Mr. Delgado conducted searches for the following, among others: "Earth Tech Inc." and "Miguel Delgado." (The documentation I obtained in the investigation is attached as Exhibit A.)

9. I have never used the service of KnowX.com, nor have I ever authorized anyone to use my credit card for that purpose. Likewise, I have never used the e-mail user or screen name "pdvsacitgo." Indeed, prior to our investigation of Mr. Delgado, I had never heard of KnowX.com or pdvsacitgo. Moreover, I do not have and never have

2

had an AOL account entitled "pdvsacitgo" and I certainly had no interest in pretending to be PDVSA.

10. I also learned that on or about January 28, 2001, an individual opened up an account with America Online with the e-mail address "pdvsacitgo@aol.com," using my name and my address, 249 N. Front St., Wilmington, North Carolina 28401.

11. I did not open such an account with America Online, nor did I authorize anyone else to do so. Furthermore, I have never used such an account or e-mail address to send e-mails to anyone, nor have I authorized anyone else to do so. Specifically, I have never sent an e-mail to Tyco or Earth Tech.

12. Based upon the above, it is my conclusion that Mr. Delgado created the "pdvsacitgo" e-mail address using my name, just as he used my credit card without my authority.

_____
William Leslie Hall, Jr.

Submitted and Sworn
before me this 4th day
of October, 2001

_____
Notary Public

3