

FILED

01 NOV 30 PM 3:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**EARTH TECH, INC.,**
a California Corporation,

        **Plaintiff,**

v.

**MIGUEL DELGADO BELLO,**

        **Defendant.**

Case No.: 6:00-CV-1536-ORL-31B

---

SWITZERLAND        )
                              ) .ss:
CITY OF SCHAFFHAUSEN  )

## AFFIDAVIT OF STEPHEN FACISZEWSKI

STEPHEN FACISZEWSKI, Esq., deposes and states:

1. I am a Vice President of Tyco International Services, AG ("Tyco AG"). As such, my duties and responsibilities include, *inter alia*, the oversight of all intellectual property owned by Tyco AG and licensed by Tyco AG to Tyco International (US) Inc. ("Tyco"). Such intellectual property is used by Tyco and its affiliated divisions, including the Tyco Flow Control division and its many operating units, and further including Earth Tech, Inc. ("Tyco Affiliates"). Therefore, I have personal knowledge of the uses, value, attributes, and significance of the TYCO name and trademark.

2. I submit this affidavit in support of Tyco's motion for a preliminary injunction prohibiting the defendant from using the TYCO trademark in connection with

Doc#: NY6: 41855.1

any internet activity, including without limitation the internet domain name "tycovenezuela.com."

3. Tyco AG is the owner of the trademark TYCO, and has licensed that mark to Tyco for use by Tyco and the Tyco Affiliates in connection with the marketing, promotion, and sale of various goods and services throughout the world by the Tyco Affiliates.

4. Tyco AG and Tyco, through the Tyco Affiliates, have used the TYCO mark in the United States, and throughout the world, since Tyco AG acquired the TYCO mark, including the associated goodwill, from its predecessor in interest, Tyco, on November 3, 1998. As described in paragraph 4 of the affidavit of M. Brian Moroze dated October 4, 2001, prior to transferring its right and interest in the TYCO mark to Tyco AG, Tyco and its Tyco Affiliates used the TYCO mark in the United States, and throughout the world, continuously since 1977.

5. Tyco and the Tyco Affiliates are engaged in numerous and diverse business activities in countries throughout the world, including Venezuela. Through the Tyco Affiliates, Tyco is engaged in the following businesses, among others: architecture, engineering, construction and project management for global water management, transportation, and environmental and waste disposal and remediation; manufacturing, distributing, and servicing electrical and electronic components; manufacturing and providing fire protection systems and electronic security services; manufacturing and providing disposable medical products, plastics and adhesives; designing, manufacturing, installing and servicing electronic security systems; and providing a full line of energy solutions and power products for telecommunications service providers and for the

computer industry. Tyco's and Tyco Affiliates' combined annual revenues since 1999 have averaged approximately $30 billion.

6. Over the past several years, Tyco AG has spent substantial sums of money advertising and promoting the products and services of the Tyco Affiliates, under the TYCO mark. This advertising and promotion, coupled with Tyco's high-profile and world-wide presence, has resulted in the creation of a great deal of goodwill and popularity in the mark.

7. As a result of Tyco's long use of the TYCO mark, Tyco AG's advertising and promotional efforts and expenditures in connection with the mark, and the wide recognition achieved for the mark, the public has come to associate the TYCO mark with the goods and services originating with, emanating from, sponsored by, or otherwise associated with or approved by Tyco AG through its licensee Tyco. In addition, the TYCO mark also has become an extremely valuable symbol of Tyco's products and services, and has become well known.

8. In addition to cultivating and using the TYCO mark in connection with the goods that its licensees, Tyco and the Tyco Affiliates, manufacture, sell and/or distribute and the services Tyco and the Tyco Affiliates provide, since 1999 Tyco AG has invested significantly in the promotion and advertising of the TYCO mark. Since 1999 Tyco AG has also been engaged in a comprehensive effort to register the mark internationally in more than 60 countries of the world in up to 18 different classes in each country.

9. Moreover, like many large companies, as Tyco AG's licensee, Tyco and the Tyco Affiliates advertise their products and services online. It is the custom among online companies to construct "national" websites using "national" domain names. Thus,

Doc#: NY6: 41855.1

for example, affiant understands that to better service its British and Irish consumers, alongside its yahoo.com domain name, YAHOO! operates uk.yahoo.com. Similarly, affiant understands that AMAZON operates many national sites such as amazon.co.uk in the U.K., or amazon.co.jp in Japan, for example.

10. Similarly, Tyco and the Tyco Affiliates currently use the following domain names, among others, containing Tyco AG's TYCO mark: tyco.com, tycoint.com, tyconet.com, tycoventures.com, tycovalves.com, tycothermal.com, tyco.co.nz, tycoservices.com.au, tycofire.com, tycofp.com, tycoadhesives.com, tycoelectronics.com and tycohealthcare.com.

11. Tyco AG has previously enforced its rights in the TYCO mark, which resulted in an assignment of the tyconet.com domain name to Tyco AG.

12. For the foregoing reasons, the TYCO mark is famous and has acquired significant distinctiveness.

_____
STEPHEN FACISZEWSKI

Before me this 5th day of October, 2001

_____
Notary Public

**Legalization**

Seen for legalization of the signature
of ..*Mr. Stephen Faciszewski*..
..............................................................
Schaffhausen, ....*5-10-2001*....

Town Chancery Schaffhausen

..*tto* Meier

4