NIGHT BOX FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

'01 DEC -3  PM 4: 55

CLERK. U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

EARTH TECH, INC.,
a California Corporation, and
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

              Plaintiffs,

              v.

MIGUEL DELGADO BELLO,

              Defendant.

Case No.:  6:00-CV-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

              Counterplaintiff,

              v.

EARTH TECH, INC.,
a California Corporation,

              Counterdefendant.

## PLAINTIFFS' EMERGENCY MOTION
## AND MEMORANDUM IN SUPPORT OF A PROTECTIVE
## <u>AND RESTRAINING ORDER TO PRESERVE EVIDENCE</u>

Doc#: NY6: 91936.1

68

1.      Plaintiffs respectfully move the Court pursuant to Fed. R. Civ. P. 65(a) and 26(c) for an injunction and order of protection prohibiting, restraining, and enjoining defendant Miguel Delgado from changing, altering, or tampering with the evidence discussed below.

2.      As demonstrated in Plaintiffs' Emergency Motion For Sanctions dated October 5, 2001, between April and October 2001, plaintiffs received a series of extortionate and defamatory e-mails threatening plaintiffs with criminal investigations and other harm to their businesses if they do not settle their litigations with Delgado. Those e-mails where fraudulently disguised as coming from PDVSA, Earth Tech and Tyco's business partner and the Venezuelan government-owned oil company.

3.      Several of the extortionate messages were sent from e-mail accounts with the following screen names and domain names:

      (a)      pdvsacitgo@venezuela.com.

      (b)      citgopdvsa@venezuela.com.

      (c)      pdvsa@unitedstates.com.

      (d)      tycovenezuela@venezuela.com.

(See Affidavit of Charles Alpert, sworn to on October 2, 2001 ("Alpert Aff."), Exs. B. and E and Reply Affidavit of Charles Alpert, sworn to on October 29, 2001, Ex. A.)  The e-mail account entitled "tycovenezuela@venezuela.com" was the source of the e-mail dated August 28, 2001 notifying plaintiffs of Delgado's creation, registration, and use of the domain name "tycovenezuela" (Alpert Aff. Ex. E.), which the Court enjoined by Order dated November 5, 2001.

Doc#: NY6: 91936.1

4.     As demonstrated in the affidavit of Philip C. Gordon, all four of the e-mail accounts listed above were created using a free e-mail service provider called UnitedStates.com. The affidavit of Philip C. Gordon, the CEO of UnitedStates.com, is attached hereto as Exhibit A. UnitedStates.com offers free e-mail services using a variety of domain names, including "unitedstates.com," "venezuela.com," and "myplace.com." (Gordon Aff. ¶ 1.)

5.     Delgado has his own personal e-mail account operated by UnitedStates.com. That account is called "MiguelD285@myplace.com." That e-mail address is identified by Delgado in the domain name registration transfer form that he submitted in response to the Court's November 5, 2001 Order. (A copy of the registration transfer form is attached hereto as Exhibit B.) Delgado also testified at his deposition about this personal e-mail account. (Transcript of Deposition of Miguel Delgado Bello ("Delgado Transcript"), at 256-57. A copy of the relevant excerpt from the Delgado Transcript is attached as Exhibit C.)

6.     As set forth in the affidavit of Philip C. Gordon, the CEO of the UnitedStates.com, the password created and used by Delgado for his personal e-mail account is also the password for each of the fraudulent PDVSA e-mail accounts listed above. That password is "crismar423542." (Gordon Aff. ¶¶ 3-4.)

7.     Delgado testified at his deposition that "Crismar" is the name of his company and that the phrase "crismar" is an amalgam of the names of his children (Cristina, Mari, and Valentino). (Delgado Transcript at 247.)

8.     Since Delgado's personal password is the password for each of the fraudulent PDVSA e-mail accounts listed above, this evidence proves that Delgado

Doc#: NY6: 91936.1

created and used the fraudulent PDVSA e-mail accounts and is responsible for the extortionate e-mails sent to plaintiffs from those accounts.

9.     The next hearing on plaintiffs' Motion for Sanctions is scheduled for January 18, 2002. Because e-mail passwords such as the one created and used by Delgado can be changed by the account owner, we respectfully request that the Court enter an injunction and protective order to preserve the evidence of the password ("crismar423542") as set forth in Philip Gordon's affidavit.

10.     This evidence conclusively proves that Delgado created the phony PDVSA e-mail accounts and that Delgado has perjured himself by denying that fact to the Court. Given Delgado's proven bad faith and demonstrated intent to extort and harass plaintiffs with these e-mails, there is a real risk that Delgado will try to change the password in a effort to conceal and create doubt about his involvement in sending the e-mails. Delgado has already tried to evade discovery on this subject. At his deposition, he refused to disclose the password. (Delgado Transcript at 257.) It is important for the fair administration of justice that the evidence of the password be preserved until the conclusion of this matter .

11.     Accordingly, for the foregoing reasons, plaintiffs respectfully request that the Court grant this emergency motion and enter an injunction and an order of protection enjoining, restraining, and prohibiting Delgado (and all his representatives, agents, and others acting on his behalf) from changing, altering, or tampering with the password for any e-mail accounts at issue in this action pending the resolution of this action.

Dated: December 3, 2001
Orlando, Florida

Respectfully submitted,

GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:  407-420-1000
Facsimile:  407-420-5909

By: _____
     Tucker H. Byrd, Esq.
     Florida Bar No. 381632

JACKSON, LEWIS, SCHNITZLER
  & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone:  407-246-8440
Facsimile:  407-246-8441

Of Counsel:

Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile:  212-373-2225

Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc., Tyco International Services,
AG, and Tyco International (US) Inc.

Doc#: NY6: 91936.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Fax and U. S. Mail this *3rd* day of December, 2001 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

GREENBERG TRAURIG, P.A.
Attorneys for Plaintiff
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:    (407) 420-1000
Facsimile:    (407) 841-1295

By: _____
Tucker H. Byrd, Esq.
Florida Bar No. 381632

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone:    407-246-8440
Facsimile:    407-246-8441
Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.

2

(6)    glennmorales@venezuela.com

(7)    MiguelD285@myplace.com

3.    The password for using each of the following e-mail accounts is as follows:

(1)    pdvsacitgo@venezuela.com      crismar423542

(2)    citgopdvsa@venezuela.com      crismar423542

(3)    tycovenezuela@venezuela.com      crismar423542

(4)    pdvsa@unitedstates.com      crismar423542

This password was created by the individual(s) who created each of the above e-mail accounts. UnitedStates.com does not assign passwords. On November 21, 2001, I personally confirmed that this is the password for each of the above e-mail accounts.

4.    The password for the e-mail account MiguelD285@myplace.com is also crismar423542. I personally confirmed this password on November 21, 2001. The name of the registrant for the e-mail account MiguelD285@myplace.com is Miguel Delgado.



_____
Philip C. Gordon

Submitted and sworn
before me this ___29th___ day
of November, 2001

_____
Notary Public

MARILYN S. HAZZARD
Commission # 1321847
Notary Public - California
Los Angeles County
My Comm. Expires Sep 23, 2005

Doc#: NY6: 61010.2

FROM: Robert W. Rasch, P.A.   PHONE NO.: 407-865-7473       Nov 08, 2001   11:21 AM   P 2/7

## ROBERT W. RASCH, P.A.

201 Live Oak Lane                                 Phone 407-865-7473
Altamonte Springs, Florida 32714                  Fax 407-865-5979
                                          E-mail — rwrasch@debiz.com

November 8, 2001

SENT BY FACSIMILE AND REGULAR MAIL
212-492-0106

Mathew S. Rosengart, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, N.Y. 10019-6064

Re: Earth Tech, Inc. v. Delgado
      Case No. 6:00-cv-1536-ORL-31JGG

Dear Mr. Rosengart:

In accord with the Court Order dated November 5, 2001 in the above-referenced case, please find the Registrant Name Change for the "tycovenezuela.com" domain name executed by Mr. Delgado today. You will note, according to the front instruction sheet that there are certain actions that Tyco International (US) Inc. will have to take to ensure the completion of the transfer of ownership.

If there is anything further that Mr. Delgado needs to do to ensure the transfer of this domain name, please let us know.

Sincerely,

Robert W. Rasch

Enclosure
cc: Mr. Miguel Bello Delgado

Received: 12/3/01 13:53   GREENBERG TRAURIG P703/01
DEC 03 2001 14:10 FR &G                     212 373 2384 TO 8146580091407420 P.10/32

FROM: Robert W. Rasch, P.A.   PHONE NO.: 407-865-7473          Nov 08, 2001   11:22 AM  P 3/7

FROM :                          FAX NO. :                    Nov. 08 2001 10:30AM P6

Registrant Name Change | Manage Your Account | VeriSign          Page 1 of 1



| HOME | FIND A DOMAIN NAME | BUILD YOUR WEB SITE | CHOOSE YOUR WEB OPTIONS | LEARN HOW | MANAGE ACCOUNT |
|------|---------|---------|---------|---------|---------|

Domain Manager   Contact Manager | Host Manager

>> You are Here: Manage Your Account -> Domain Manager -> Registrant Name Change

## ► MANAGE YOUR ACCOUNT

### Registrant Name Change

You have indicated the current Registrant has completed this form so far. Here is a listing of what both parties involved in the transfer need to do now:

You should:
1. Print and read this Agreement
2. Complete and sign the signature block in the presence of a Notary Public.
3. Have the Notary Public sign and seal this document. Make and keep a copy for your records.
4. Send this document, along with these instructions, to the New Registrant.

The New Registrant should:
1. Complete and verify the accuracy of all fields.
2. Read this Agreement, sign it, and make a copy for your records.
3. Send it by courier, postal mail or fax to:
   Network Solutions, Inc.
   505 Huntmar Park Drive
   Herndon, VA 20170
   Attn: Registrant Change Group
   (703) 742-4777
   (703) 742-8950 (fax)

If the domain name is the subject of litigation or a trademark dispute, the Agreement should instead be sent to the attention of the Business Affairs Office at the address above.

**Print a copy of this page for your records.**

Back to Top       About Us       Partnerships       Contact Us       Site Map

© Copyright 2001 VeriSign, Inc. All rights reserved.

FROM : Robert W. Rasch, P.A.   PHONE NO. : 407-865-7473          Nov 08, 2001   11:22 AM   P 4/7

KNCA                                                                    Page 1 of 4

:morF 91:92:90  10/80/11  :beviceeR



| | Send this Agreement via fax to:<br>Network Solutions, Inc.<br>Attn: Registrant Change Group<br>Priority Service: fax 1-703-464-4861<br>Standard Service: fax 1-703-742-6050 | OR Send Postal Mail or Courier to:<br>Network Solutions, Inc.<br>505 Huntmar Park Drive<br>Herndon, VA 20170<br>Attn: Registrant Change Group<br>Phone: 1-800-779-1710 within the U.S. and Canada<br>International: 1-703-742-4777 |
| **NETWORK SOLUTIONS** | | |

## Registrant Name Change
### Version 3.0 - Transfers

**General Information:**

- To successfully complete this form, you will need the WHOIS record for the domain name. The WHOIS database can be found at URL http://www.netsol.com.
- Be sure all fields are completed in full.
- Once this form is complete, verify the information, read it, sign it and date it.
- An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form.
- An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's signature.
- Make a copy of the Agreement for your records, then fax or send it to Network Solutions at the address shown above.
- Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| | |
|---|---|
| **Domain Name** | One per Registrant Name Change Agreement<br>tycovenezuela.com |
| **Choose Your Service Level** | ☐ I choose the Priority Registrant Name Change Service. My RNCA will be processed in 2 business days.* I'll send this form via fax to (703) 464-4861. ☑ I choose the Standard Registrant Name Change Service. My RNCA will be processed in 3 to 6 weeks. I'll send this form via fax to (703) 742-6950. |
| | * For $199 per domain name change, we will process your Registrant Transfer and Legal Name Change in two business days after receiving a complete and correct Registrant Name Change Agreement. The two-business day turnaround for Priority Registrant Name Change Service is contingent upon NSI receiving complete and correct requests by 3:00 PM Eastern Standard Time each business day. Priority Service requests received after 3:00PM will be processed beginning on the next business day. To speak with a dedicated Priority RNCA representative, dial 1-877-379-3832 from the U.S. and Canada. Internationally, call +1 (703) 834-0433. Representatives are available from 9AM to 9PM Monday through Friday, Eastern Time. |
| **Transfer the registration for the domain name from:** | As per the WHOIS record (URL http://www.netsol.com/)<br>Delgado, Miguel |
| **Current Registrant's Address** | Enter the Registrant's Street Address, City, State, Country and ZIP (if applicable)<br>405 Conservatory Cove Lake Mary, Florida 32746  |
| | If the address you have entered above is different than the WHOIS record (URL http://www.netsol.com), please explain below |
| **Current Registrant's Type of Business** | Individual |

Nov 08 2001 10:30AM P7        :FAX NO.  :        :MORF

Received: 126 0001 14:54 6 GREENBERG TRAURIG P page 13

Case 6:00-cv-01536-GAP   Document 68   Filed 12/03/01   Page 13 of 34 PageID 452
DEC 03 2001 14:10 FR P...&G          212 373 2384 T...146580091407420 P.12/32

FROM: Robert W. Rasch, P.A.   PHONE NO.: 407-865-7473         Nov 08, 2001   11:23 AM   P 5/7

**RNCA**                                                   Page 2 of 4

Received: 11/08/01   09:29:16   From:

| | |
|---|---|
| Transfer the registration for the domain name to: | The name of the New Registrant entered here must match the name entered on line 3A of the Domain Name Registration Agreement or Service Agreement Tyco International (US) Inc. |
| New Registrant's Address | Enter the correct address of the new Registrant 1285 Avenue of the Americas New Yor, New York 10019-6064 |
| NIC Tracking Number | The NIC Tracking Number was sent in reply to the New Registrant's e-mail submission of a text version Service Agreement ("New Registrant's Application"). The text version of the Service Agreement can be found at URL http://www.netsol.com/makechanges/moa/service-agreement-5-1.txt NIC. |
| Terms and Conditions | The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto. |

WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Domain Name Registration Agreement or Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");

WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;

WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties agree as follows:

1. Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.

2. New Registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Service Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Service Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registrant also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.

3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the

FROM: Robert W. Rasch, P.A.   PHONE NO.: 407-865-7473          Nov 08, 2001   11:24 AM  P 6/7

KNCA                                                          Page 3 of 4

Received: 11/08/01   09:29:16   From:

| | | Domain Name has been registered to the New Registrant. | |
|---|---|---|---|
| Signature Block | | Current Registrant must complete below: | New Registrant must complete below: |
| | | The undersigned represent and warranty that they possess the authority to legally bind the current and new registrant, respectively, of the domain name being transferred as per the Registrant Name Change Agreement. | |
| | | Organization: Delgado, Miguel | Organization: Tyco International (US) Inc. |
| | | Signature: | Signature: |
| | | Signatory's Name: Miguel B. Delgado | Signatory's Name: |
| | | Title: Individual | Title: |
| | | Active e-mail address: Miguel1985@myplace.com | Active e-mail address: |
| | | Phone number: 407 3245932 | Phone number: |
| | | Date: 11-8-2001 | Date: |
| Notarization | | A Notary Public or its foreign equivalent must certify the Current Registrant's signature. | |
| | | County of: Seminole | |
| | | State of: Florida USA | |
| | | The foregoing instrument was signed before me by Miguel B. Delgado on this date. | |
| | | Notary's name (printed): Robert W. Rasch | |
| | | Notary's signature: RW Rasch | |
| | | Date of Notarization: 11/8/01 | |
| | | My commission expires: 2/11/04 | |
| | If I selected the Priority Registrant Name Change Service Level, above, I agree to pay Network Solutions US$199.00 per transaction. Below is my credit card information for this transaction. I will fax this form to (703) 464-4661. | | |
| | Credit Card Type | | |
| | Expiration Date | | |
| | Cardholder Name (printed) | | |
| | Card Holder Street Address | | |
| | City, State, Zip Code | | |
| | Today's Date | | |

https://www.netsol.com/cgi-bin/makechanges/rnca                    11/8/01

Received:  126:00:1 /0:55    > GREENBERG TRAURIG:   FROM 14
DEC 03 2001 14:11 FR    &G         212 373 2384    14658009140742 P.14/32

FROM: Robert W. Rasch, P.A.   PHONE NO.: 407-865-7473          Nov 08, 2001   11:24 AM   P 7/7

**RNCA**                                                      Page 4 of 4

Received: 11/08/01   09:29:16   From:

| Cardholder's Daytime Phone Number | |
|---|---|
| Cardholder Signature | |
| Credit Card Number | |

**Please check the following reminders before proceeding.**

* Has your document been signed by someone with the ability to legally bind your organization? For an organization, this includes people with titles such as CEO, Owner and President.

* Did you confirm the domain name registration is in a 'paid' status? If not, check the payment status now on our home page at www.netsol.com. From this page, click Registration Payment Options, then choose Secure Online Payment System. Enter your domain name and click OK.

* Has the current registrant's signature been witnessed by a Notary Public? The signature dates for the current registrant and the Notary Public must match.

* Did you get a NIC tracking number for the new organization's registration? If you haven't already done so, complete a new Service Agreement/Template for the new organization's registration at www.netsol.com/makechanges/rnca/service-agreement-5-1.txt.

* Did you include the RACE-encoded version of your multilingual domain name? We can process a registrant name change for any multilingual domain name you purchase from Network Solutions. In order to complete your request, we require the RACE-encoded version of your domain name on your RNCA. We cannot perform a registrant name change unless you provide us with the RACE-encoded version of your domain name.

**Print a copy of this form for your records.**

Click here to continue.

https://www.netsol.com/cgi-bin/makcchanges/rnca

11/8/01

Nov. 08 2001 10:32AM P10         FAX NO. :          FROM :

```
1               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                     ORLANDO DIVISION

3   EARTH TECH, INC.,
    a California corporation,
4   TYCO INTERNATIONAL SERVICES, AG,
    a Swiss corporation, and
5   TYCO INTERNATIONAL (US), INC.,
    a Nevada corporation,

6
         Plaintiffs,                 CASE NO.:  6:00-CV-1536
7                                    ORL-31JGG

    v.
8
    MIGUEL DELGADO BELLO,
9
         Defendant.                  VOLUME I
10  _____/

11  MIGUEL DELGADO BELLO,

12       Counterplaintiff,

13  v.

14  EARTH TECH, INC.,
    a California corporation,
15
         Counterdefendant.
16  _____/

17
         Videotaped Deposition of:    Miguel Delgado Bello
18
         Taken by:                     The Plaintiffs
19
         Date:                         November 20, 2001
20
         Time:                         10:19 a.m.
21
         Location:                     Greenberg Traurig, P.A.
22                                     450 South Orange Avenue
                                       Suite 650
23                                     Orlando, Florida

24       Reported by:                  Lisa Berish, RPR

25
```

ORIGINAL

1   **A P P E A R A N C E S:**

2

Mathew S. Rosengart, Esquire
3   Of:  Paul, Weiss, Rifkind, Wharton
            & Garrison
4        1285 Avenue of the Americas
         New York, New York 10019-6064
5
         Appearing on behalf of the Plaintiff(s)
6

7   Robert Wallace Rasch, Esquire
    Of:  The Law Office of Robert Wallace Rasch
8        201 Live Oak Lane
         Altamonte Springs, Florida 32714
9
         Appearing on behalf of the Defendant(s)
10

11  Jake Vigliotti
    Of:  Ron Fleming Video Productions
12       1512 East Concord Street
         Orlando, Florida 32803
13
         Videographer
14

15
    Also Present:  Miguel Delgado Bello
16

17                      * * * * *
18
19
20
21
22
23
24
25

3

1              I N D E X

2                                                    Page

3  Volume I

4  Testimony of Miguel Delgado Bello:

5       Direct Examination by Mr. Rosengart         5

6  Volume II                                        126

7       Direct Examination by Mr. Rosengart (Cont'd) 130

8  Certificate of Reporter                          273

9

10             E X H I B I T S

11  Plaintiffs'                                     Page
    For Identification
12
          1        Resident Alien Card              9
13        1A       August 28, 1998, Memorandum      39
          2        March 4, 1992, Letter            34
14        3        Resume for Miguel Delgado        40
          4        Education Certificate            22
15        5        Intergraph Certificate           23
          6        AutoCAD Certificate              23
16        7        APWA Certificate                 24
          8        Short Resume                     56
17        8A       September 28, 1992, Letter       43
          9        Personal Requisition             45
18        10       Employment Eligibility Verification 45
          11       RUST Employee Action Form        50
19        12       University of Texas Certificate  60
          19       October 13, 1997, Correspondence 101
20        20       Foreign Representation           105
          21       2/1/98 Message                   106
21        22       Foreign Representation Agreement 109
          23       Spanish Document                 114
22        24       Grupo Rust Agreement             120

23

24

25

Received: 12/ 3/01 9:58; GREENBERG TRAURIG; 12703/01
Case 6:00-cv-01536-GAP   Document 68   Filed 12/03/01   Page 20 of 34 PageID 459
DEC 03 2001 14:12 FR   J&G          212 373 2384   14658009140742O P.18/32

4

1                    I N D E X (Continued)

2

3        25          Foreign Consultant Agreement          136
         30          August 2, 1998, Letter                202
4        31          Master Services Subconsulting         178
                       Agreement
5        33          June 2, 1999, Message                 182
         34          June 4, 1999, Message                 183
6        35          Notice of Immediate Reassigment       189
       _ 37          June 30, 1999, Letter                 191
7        38          June 15, 1998, e-mail                 192
         39          May 29, 1999, e-mail                  195
8        40          July 1, 1999, Letter                  197
         40A         Inspection Report                     203
9        41          July 5, 1999, e-mail                  205
         42          July 7, 1999, meme                    209
10       43          September 18th, 2000, e-mail          216
         44          Job Summaries                         208
11       45          May 21, 1999, Memorandum              170
         46          May 24, 1999, Memorandum              172
12       47          Affidavit                             219
         48          Billing Information                   236
13       49          April 2, 2001, Memorandum             243
         50          April 3, 2001, Memorandum             248
14       52          KnowX.com Information                 229
         56          Counterclaim                          257
15       58          July 27, 2001, Letter                 243
         59          Verisign Information                  222
16       60          Courtyard Marriott Receipt            266

17                    *  *  *  *  *

18                              ..

19

20

21

22

23

24

25

Received: 12/3/01 1:58; GREENBERG TRAURIG 12/03/01 Page 21 of 34 PageID 460
Case 6:00-cv-01536-GAP Document 68 Filed 12/03/01

DEC 03 2001 14:12 FR F &G          212 373 2384 T 146580091407420 P.19/32

5

---

1                    P R O C E E D I N G S

2          THE VIDEOGRAPHER:  The date is November 20th,

3     2001.  This is the deposition of Miguel Delgado Bello

4     being taken in the matter of Earth Tech, Inc., et

5     al., vs. Delgado Bello, Delgado Bello vs. Earth Tech,

6     Inc.  The time is 10:19 a.m.  Will counsel please

7     introduce themselves for the record.

8          MR. ROSENGART:  Yes.  My name is Mathew

9     Rosengart.  I'm with the firm of Paul, Weiss,

10    Rifkind, Wharton & Garrison.  My law firm represents

11    the plaintiffs in this action, Earth Tech; Tyco

12    International Services, AG; and Tyco International

13    (US), Inc.

14         MR. RASCH:  And my name is Robert W. Rasch.  Law

15    firm of Robert W. Rasch, P.A., 201 Live Oak Lane,

16    Altamonte Springs, Florida 32714.  I represent

17    Mr. Miguel Delgado.

18         THE VIDEOGRAPHER:  Will the court reporter

19    please swear in the witness.

20   Whereupon,

21                    MIGUEL DELGADO,

22   after having been first duly sworn, testified as follows:

23                    DIRECT EXAMINATION

24   BY MR. ROSENGART:

25         Q.   Okay.  Mr. Delgado, as you know, my name is Mathew

---

6

1    Rosengart.  I'm going to be asking you questions this

2    morning and this afternoon in connection with this

3    lawsuit.  This deposition is being videotaped in accordance

4    with Federal Rule of Civil Procedure 30(b)4.  It is

5    10:20 p.m.  I'll note for the record that the deposition --

6          MR. RASCH:  a.m.

7          MR. ROSENGART:  Excuse me, a.m.

8    Q.    I'll note for the record that the deposition was

9    noticed for 9:30 this morning.

10         Would you please state your name.

11   A.    My name is Miguel Delgado.

12   Q.    You understand that you're here for a deposition

13   this morning?

14   A.    Yes.

15   Q.    Now, I'm sure that your counsel, Mr. Rasch, who is

16   experienced, has discussed some of the ground rules of the

17   deposition with you.  But let me go through a couple of

18   matters just so there are no misunderstandings.  Again, I

19   will be asking you questions this morning and throughout

20   the day.  If you don't understand a question, please let me

21   know and I will attempt to rephrase the question.

22   A.    Okay.

23   Q.    If you answer a question, I will assume that you

24   understood the question.  Do you understand that?

25   A.    Yes.

Received: 12/ 3/01 13:58;  GREENBERG TRAUBIG; 5/03/01
Case 6:00-cv-01536-GAP  Document 68  Filed 12/03/01  Page 23 of 34 PageID 462
DEC 03 2001 14:12 FR F   &G          212 373 2384 T   146580091407420 P.21/32

7

1    Q.   Let me also ask you to keep your voice up so the

2   court reporter can hear you and so the audiotape can pick

3   you up as well.

4    A.   Sure.

5    Q.   You understand that you're under oath?

6    A.   Yes, sir.

7    Q.   And do you understand that in the United States

8   making a false statement or lying under oath could subject

9   you to a federal penalty --

10   A.   Yes.

11   Q.   -- of crime?

12   A.   Yes.

13   Q.   And you agree to tell the truth here today?

14   A.   Yes.

15   Q.   You understand that you could potentially be

16   imprisoned if you fail to tell the truth?

17   A.   Yes.

18   Q.   You were born in Venezuela --

19   A.   Yes.

20   Q.   -- is that right?

21   A.   Yes.  That's correct.

22   Q.   Let me also ask you, Mr. Delgado, to allow me to

23   finish my questions before you answer.

24   A.   Uh-huh.

25   Q.   Just so the court reporter can pick up the

1    A.   Yes.

2    Q.   And do you recall my colleague, Mr. Atkins,

3  discussing this material, correct?

4    A.   Yes.

5    Q.   Now, directing your attention to the Tal Cual

6  article dated March 26, 2001, your name appears in that

7  document, correct?

8    A.   Yes.

9    Q.   And you were the source for this article, correct?

10    A.   No.

11    Q.   No?

12    A.   They called me.  They interview me.

13    Q.   They interviewed you?

14    A.   Yes.  They interview also Earth Tech and they

15  interview Pequiven.

16    Q.   The reference to Miguel Delgado is to you, Miguel

17  Delgado, correct?

18    A.   Yes.

19    Q.   Not another Miguel Delgado, correct?

20    A.   That must be me.

21    Q.   And you've provided them with information because

22  you felt some obligation, I assume, to provide them with

23  adverse information about Earth Tech?

24    A.   I don't have any obligations to anyone to provide

25  any information.

1    Q.    Why did you provide --

2    A.    I provide information.

3    Q.    -- the information that you -- I assume you allege

4    the information that's attributed to you in here to be

5    true, correct?

6    A.    Which information?

7    Q.    In connection with this article, you spoke with

8    the reporter who wrote the article, correct?

9    A.    The reporter interview me, yes.

10    Q.    And you maintain that the information reported in

11    the article that is attributed to you is accurate?

12    A.    Well, some of the things are accurate.   Some are

13    not.

14    Q.    What's not accurate?

15    A.    I have to read it now and analyze this.

16    Q.    Tell me what information that's attributed to you

17    in the article is not accurate.

18    A.    Most of the article is very close to the truth.

19    Q.    Tell me what information that is attributed to

20    you, if any, is not accurate.

21        MR. RASCH:   Take your time and read it,

22    Mr. Delgado.

23    A.    You see on this article, just in the beginning, it

24    say that their association with PDVSA and Pequiven Rust

25    with the transnational Tyco International LTD-Earth Tech,

1    Inc.  And that's not quite exactly what happened.

2        Q.   Let me direct your attention to the 8th page of

3    the document.

4        A.   Okay.

5        Q.   Do you have that page in front of you?

6        A.   Yes.

7        Q.   Now, you recall Mr. Atkins' demonstration in the

8    courtroom with the computer, correct?

9        A.   Yes.

10        Q.   And you saw that the name that appeared as

11    reflected on this document is Miguel?

12        A.   Yes.

13        Q.   And one line below that it says Miguel & Co.,

14    correct?

15        A.   Uh-huh.

16        Q.   Now, is it your testimony that this is a different

17    Miguel than you, Miguel Delgado?

18        A.   That's correct.  We tried this several times in

19    our computer and we changed the name all the time.  It's

20    possible to change all those names.

21        Q.   You changed the name in your computer?

22        A.   No.  We try this after we talk in the Courts, and

23    you can change the names.

24        Q.   Did you change the name?

25        A.   I did not change the name.  We play with names in

Received: 12/ 3/01 13:57;  > GREENBERG TRAURIG  2009035
DEC 03 2001 14:13 FR P... &G                    212 373 2384 To 146580091407420 P.25/32

1  the computer after the Court hearing two weeks ago.  And

2  all these names can be changed to anything.  I can put your

3  name there if I wanted to.

4      Q.   Did you do that on your computer?

5      A.   No.  My computer that was stolen, it was raised on

6  the Crismar.

7      Q.   Excuse me?

8      A.   Crismar is my company.

9      Q.   Crismar is your company?

10     A.   No Miguel & Company.

11     Q.   How do you spell Crismar?

12     A.   C-R-I-S-M-A-R.

13     Q.   And --

14     A.   Crismarvel is the real -- my name.  Crismarvel is

15 my three daughters.  That's the name of my company.

16     Q.   I didn't understand the last part of your answer.

17     A.   Crismar is C-R-I-S-M-A-R-V-E-L.  It's Christina,

18 Mario, and Valentino.

19     Q.   What is the significance of Crismar?

20     A.   On my computer when I register on my hard drive,

21 that was the name I was registering to.

22     Q.   Now, you testified that during the hearing that

23 there are many Miguel Delgados in Venezuela, that it's a

24 common name?

25     A.   Venezuela and in the U.S.  Even Orlando.  I just

Received: 12/ 3/01 13:57;         -> GREENBERG TRAURIG;    Page 26
DEC 03 2001 14:13 FR F   &G           212 373 2384 T   146580091407420 P.26/32

1   checked the phone book yesterday and it had some

2   Miguel Delgados.

3       Q.   There were not any other Miguel Delgados who

4   worked for Earth Tech, correct?

5       A.   Not that I'm aware of.

6       Q.   Are there any other Miguel Delgados, to the best

7   of your knowledge, who are involved in litigation in

8   Venezuela with Earth Tech?

9       A.   No.

10      Q.   Or Tyco?

11      A.   Not that I'm aware of.

12      Q.   Are you aware of any Miguel Delgados who are

13  involved in litigation in the United States with Earth Tech

14  or Tyco?

15      A.   Not that I'm aware of.

16      Q.   Let me show you what I'm going to mark as

17  Plaintiffs' Exhibit 50.

18           (Plaintiffs' Exhibit No. 50 was marked for

19      identification.)

20      Q.   Directing your attention to the fourth page of

21  this document, which for the record is an English

22  translation of the second Tal Cual article that appeared on

23  April 2nd, 2001.

24      A.   Who did that translation?

25           MR. RASCH:  Let me see it, please.

1  employed by RUST and Earth Tech?

2       A.   No.

3       Q.   No?

4       A.   No.

5       Q.   What did you use that computer for?

6       A.   That's my personal computer for my business.

7       Q.   But you used it during the tenure that you were

8  employed by RUST and Earth Tech?

9       A.   No.  It was on my -- it was my personal computer.

10  I didn't use it for RUST.

11      Q.   I understand.  But you've had that computer since

12  1996?

13      A.   Yes.

14      Q.   So you were employed by Earth Tech and RUST during

15  that time frame, correct?

16      A.   Yes.

17      Q.   So you possessed that computer and used that

18  computer while you were employed by RUST and Earth Tech,

19  correct?

20      A.   Yes, yes.

21      Q.   I'm showing you once again the affidavit that you

22  submitted on November 14, 2001, in connection with the

23  present case.  In Paragraph 5 of that document, you state

24  that Luis has your e-mail pass code and could have easily

25  taken a bribe allegedly offered to Jesus or given the pass

253

1    code to anyone else to create the e-mails.

2            When did you provide a pass code to Luis?

3    A.   When work at his office and he didn't have a

4    computer.

5    Q.   Which office?

6    A.   His office, Earth Tech office.

7    Q.   What do you mean by providing him with your pass

8    code?

9    A.   I told him, "This is my password."

10   Q.   Password for what?

11   A.   To get in onto e-mail so he can log in.

12   Q.   And this was a computer that you used while you

13   were employed with Earth Tech?

14   A.   Yes.

15   Q.   So he had access, in your view, according to your

16   testimony, to your e-mail; is that right?

17   A.   Yes.  The password.

18   Q.   Is it your position that he sent the e-mails that

19   are at issue in this case?

20   A.   I don't know if he sent it or no.  He just is

21   another person that has my e-mails.

22   Q.   Now, you submitted an affidavit in this case prior

23   to the November 14th affidavit, correct?

24   A.   Uh-huh.

25   Q.   When did Luis -- strike that.

1            You didn't mention anything about Luis having

2    access to your e-mail pass code in that affidavit, did you?

3        A.   I don't believe so.

4        Q.   Why not?

5        A.   I thought it wasn't important then.

6        Q.   You didn't think it was important to mention it in

7    your first affidavit?

8        A.   No.  He came to me.

9        Q.   He came to you?

10       A.   He didn't -- this thought about him didn't come to

11   me.  Luis, I never thought about Luis.  Then I started

12   doing a little more thinking who has been using my computer

13   and who could be doing this kind of stuff.

14       Q.   Now, you also state that you lost a computer?

15       A.   Yeah.  That's what I understand.  They stole my

16   computer.

17       Q.   Who stole your computer?

18       A.   I don't know.  I was on the subway with it, and

19   when I looked back, it was gone.

20       Q.   When was that?

21       A.   In April this year.

22       Q.   And what was your screen name on that computer?

23       A.   What do you mean "screen name"?

24       Q.   Your e-mail screen name.

25       A.   Migueld285@aol.

Received: 12/ 3/01 13:58; -> GREENBERG TRAURIG; Page 30

Case 6:00-cv-01536-GAP Document 68 Filed 12/03/01 Page 32 of 34 PageID 471
DEC 03 2001 14:14 FR T &G 212 373 2384 T 14658091407420 P.30/32

255

1     Q.   And what was your password?

2     A.   I don't recall my password.  I canceled that

3  MiguelDelgado285.

4     Q.   You don't recall what your password was?

5     A.   No.

6     Q.   Now, in connection with this lawsuit, you're aware

7  that the Court ruled that you had improperly used the -- or

8  registered the TycoVenezuela.com domain name, correct?

9     A.   Yes.

10    Q.   And you submitted papers to your attorney pursuant

11  to that order, transferring --

12    A.   Yes.

13    Q.   -- that domain name to --

14    A.   Tyco.

15    Q.   -- Tyco, correct?

16    A.   That's correct.

17    Q.   Now, the password that you -- excuse me, the

18  screen name that you listed on those transfer documents was

19  Migueld285@aol.com, correct?

20    A.   The password?  No.

21    Q.   The screen name.

22    A.   My e-mail.

23    Q.   Your e-mail screen name?

24    A.   Yes.

25    Q.   Wasn't your testimony that you canceled that,

Received: 12/ 3/01 13:58; -> GREENBERG TRAURIG; 7037021
DEC 03 2001 14:14 FRI  J&G

1   however?

2      A.   Yes, I did cancel it.

3      Q.   What did you cancel?

4      A.   Why?

5      Q.   What are you testifying that you canceled?

6      A.   I canceled my e-mail.

7      Q.   So you currently do not use e-mail?

8      A.   Yes, I do.  But I don't use AOL.

9      Q.   What do you use?

10     A.   I use MiguelDelgadod285@myplace.com.

11     Q.   @myplace.com?

12     A.   Uh-huh.

13     Q.   When did you begin using e-mail through

14  myplace.com?

15     A.   Like a month ago.  Something like that.

16     Q.   Approximately a month ago?

17     A.   Yeah.

18     Q.   And what is myplace.com?

19     A.   It's just a site, a free internet site.

20     Q.   And you can send e-mails for free?

21     A.   Yes.

22     Q.   You just log on to that web site?

23     A.   Yes.

24     Q.   Do you need a password to log on to that web site?

25     A.   No.

Received: 12/ 3/01 13:58;        -> GREENBERG TRAUBIG; 5/03/32
DEC 03 2001 14:14 FR   J&G

1       Q.    Do you need a password to send an e-mail from

2    myplace.com?

3       A.    No.

4       Q.    You don't?

5       A.    (Shakes head.)

6       Q.    How do you send an e-mail then?  Talk me through

7    that process, how you send an e-mail from myplace.com.

8       A.    In Venezuela, they have what they call internet

9    cafes.  On every corner in Venezuela, they have place where

10   you come in and pay a dollar an hour to go in.  You call

11   the web site myplace.  You come in and you type your e-mail

12   address and your e-mails come up.  They ask you for the

13   password to a specific e-mail, and it will -- then your

14   e-mails come up.

15      Q.    So you do need a password?

16      A.    To come to my e-mail, yes.  To a specific e-mail,

17   yes.

18      Q.    Now, what is the password that you use with the

19   myplace.com account?

20      A.    Should I give you my password?

21            MR. RASCH:  I object.  That's totally

22       irrelevant.  That's inappropriate.  And I'm directing

23       the witness not to answer.

24            (Plaintiffs' Exhibit No. 56 was marked for

25       identification.)

** TOTAL PAGE 32 **