

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EARTH TECH, INC. a California
Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

        Plaintiffs/Counter-Defendant,

-vs-                                          Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

        Defendant/Counter-Plaintiff.

_____

## ORDER

This cause came before the Court on Plaintiff's Motion for Protective Order and Retraining Order to Preserve Evidence filed December 3, 2001 (Doc. 68).

In light of the factual allegations set forth in this Motion, as well as the evidence already adduced in connection with Plaintiff's Emergency Motion for Sanctions, the Court is concerned that Defendant may take steps to spoliate evidence concerning e-mail communications at issue in this case. It is, therefore

**ORDERED** that Defendant, Miguel Delgado Bello (and his representatives, agents and others acting on his behalf) is prohibited from changing, altering, or tampering with the password for any e-mail accounts under his control, pending further Order of this Court.



**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4TH day of December, 2001.

/s/ Gregory A. Presnell
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

FILED COPY

Date Printed: 12/05/2001

1536

Notice sent to:



Carlos J. Burruezo, Esq.
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 S. Orange Ave.
Orlando, FL 32801

Juan C. Lopez-Campillo, Esq.
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 S. Orange Ave.
Orlando, FL 32801



Randall W. Lord, Esq.
Jackson, Lewis, Schnitzler & Krupman
390 N. Orange Ave., Suite 1285
P.O. Box 3389
Orlando, FL 32802-3389

Michael M. Hernandez, Esq.
Jackson Lewis Schnitzler & Krupman
First Union Financial Center - Suite 2600
200 S. Biscayne Blvd.
Miami, FL 33131-2374



Martin London, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6065

Robert A. Atkins, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6065

Mathew S. Rosengart, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6065



Tucker H. Byrd, Esq.
Greenberg Traurig, P.A.
450 N. Orange Ave., Suite 650
P.O. Box 4923
Orlando, FL 32802-4923

Robert W. Rasch, Esq.
Law Office of Robert W. Rasch
201 Live Oak Lane
Altamonte Springs, FL 32714

Jay M. Cohen
Jay M. Cohen, P.A.