NIGHT BOX FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2001 DEC -7 PM 4: 29

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

EARTH TECH, INC.,
A California Corporation,

    Plaintiff,

vs.                                                                 Case No.: 6:00-cv-1536-ORL-31 JGG

MIGUEL DELGADO BELLO,

    Defendant.


MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.

_____/

## MOTION TO SUPPRESS AND MOTION FOR SANCTIONS

    MIGUEL DELGADO BELLO, Defendant and Counterplaintiff, (hereinafter "Delgado") by and through his undersigned attorney, files this Motion to Suppress evidence and for Sanctions against Plaintiffs, Earth Tech, Inc., both Tyco Plaintiffs, and their attorneys for abuse of the judicial process and intentional breach of attorney-client privilege of Mr. Delgado. Delgado will set forth the bases for this Motion more fully in the accompanying Memorandum in Support of the Motion for Summary Judgment.

                                            Respectfully submitted,

*/s/ RW Rasch*
Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by facsimile and U.S. mail this 7th day of December, 2001 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

*/s/ RW Rasch*
Robert W. Rasch