UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES, AG
a Swiss Corporation, and
TYCO INTERNATIONAL (US), INC.,
a Nevada Corporation,

    Plaintiffs,

vs.                                        Case No.: 6:00-cv-1536-ORL-31 JGG

MIGUEL DELGADO BELLO,

    Defendant.
_____

MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.
_____/

## EMERGENCY MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND EMERGENCY MOTION TO POSTPONE HEARING ON MOTION FOR INJUNCTION AND SANCTIONS

    MIGUEL DELGADO BELLO, Defendant and Counterplaintiff, (hereinafter "Delgado") by and through his undersigned attorney, files this Emergency Motion for Extension of Time to Complete Discovery and Emergency Motion to Postpone Hearing on Motion for Injunction and Sanctions until that discovery is completed. Delgado has simultaneous with the filing of this

1

Motion filed a Memorandum in Support of the Motion, more fully setting forth the bases and compelling reasons for granting this Motion.

Respectfully submitted,

*/s/ RW Rasch*

Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by U.S. mail this 8th day of January, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

*/s/ RW Rasch*

Robert W. Rasch