UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES, AG
a Swiss Corporation, and
TYCO INTERNATIONAL (US), INC.,
a Nevada Corporation,

    Plaintiffs,

vs.                                                         Case No.: 6:00-cv-1536-ORL-31 JGG

MIGUEL DELGADO BELLO,

    Defendant.

_____

MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.

_____/

> DENIED and SO ORDERED this 10 day of January, 2002.
>
> GREGORY A. PRESNELL
> United States District Judge

### EMERGENCY MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND EMERGENCY MOTION TO POSTPONE HEARING ON MOTION FOR INJUNCTION AND SANCTIONS

MIGUEL DELGADO BELLO, Defendant and Counterplaintiff, (hereinafter "Delgado") by and through his undersigned attorney, files this Emergency Motion for Extension of Time to Complete Discovery and Emergency Motion to Postpone Hearing on Motion for Injunction and Sanctions until that discovery is completed. Delgado has simultaneous with the filing of this

Case 6:00-cv-01536-GAP Document 78 Filed 01/11/02 Page 2 of 2 PageID 598

FILE COPY

Date Printed: 01/11/2002

Notice sent to:

1536

    Carlos J. Burruezo, Esq.
    Fisher & Phillips LLP
    Lincoln Plaza, Suite 1250
    300 S. Orange Ave.
    Orlando, FL  32801

    Juan C. Lopez-Campillo, Esq.
    Fisher & Phillips LLP
    Lincoln Plaza, Suite 1250
    300 S. Orange Ave.
    Orlando, FL  32801

    Randall W. Lord, Esq.
    Jackson, Lewis, Schnitzler & Krupman
    390 N. Orange Ave., Suite 1285
    P.O. Box 3389
    Orlando, FL  32802-3389

    Michael M. Hernandez, Esq.
    Jackson Lewis Schnitzler & Krupman
    First Union Financial Center - Suite 2600
    200 S. Biscayne Blvd.
    Miami, FL  33131-2374

    Martin London, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

___ Robert A. Atkins, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

___ Mathew S. Rosengart, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

✓ Tucker H. Byrd, Esq.
    Greenberg Traurig, P.A.
    450 N. Orange Ave., Suite 650
    P.O. Box 4923
    Orlando, FL  32802-4923

✓ Robert W. Rasch, Esq.
    Law Office of Robert W. Rasch
    201 Live Oak Lane
    Altamonte Springs, FL  32714

___ Jay M. Cohen
    Jay M. Cohen, P.A.