UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

                Plaintiffs,

v.

MIGUEL DELGADO BELLO,

                Defendant.

Case No.:  6:00-CV-1536-ORL-31JGG

**FILED**

_____

MIGUEL DELGADO BELLO,

                Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

                Counterdefendant.

_____

## NOTICE OF FILING OF DEPOSITION EXCERPTS

In connection with Plaintiffs' Motion for Sanctions, filed October 5, 2001,

plaintiffs respectfully submit the following designations from the depositions taken after the

October 30, 2001 hearing:

1. Deposition of defendant Miguel Delgado, pages 1; 10-24; 45-64; 67-68; 97-112; 201-208 and 217-255.

2. Deposition of Douglas Haven, pages 1; 10; 17; 21-23; 26-29; 31-33; 35-36; 40-41; 44-47; 49-52; 57; 60-61; 68-70; 79 and 82-87.

3. Deposition of James Taylor, pages 1; 6-10; 12; 14-24; 28-29; 33-36; 40-43; 45; 49-50; 52-57; 64-69; 71-75; 77; 89-93 and 95-97.

4. Deposition of Charles Alpert, pages 1; 23-27; 73-74; 136-138; 153-154, 185-206.

*Deposition excerpts filed separately*

5. Deposition of Michael Diaz, pages 1; 11; 23-24; 37; 46-52; 54-59; and defendant's exhibits 1 and 4.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Hand Delivery this _16th_ day of January, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

> GREENBERG TRAURIG, P.A.
> Attorneys for Plaintiff
> 450 S. Orange Ave.. Suite 650
> Orlando, Florida 32801
> Telephone:    (407) 420-1000
> Facsimile:    (407) 841-1295
>
> By: _____
> Tucker H. Byrd, Esq.
> Florida Bar No. 381632
>
> JACKSON, LEWIS, SCHNITZLER
> & KRUPMAN
> 390 North Orange Avenue
> Orlando, Florida 32802
> Telephone:        407-246-8440
> Facsimile:        407-246-8441

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone:    407-246-8440
Facsimile:    407-246-8441

Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.

2