UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES, AG
a Swiss Corporation, and
TYCO INTERNATIONAL (US), INC.,
a Nevada Corporation,

    Plaintiffs,

vs.                            Case No.: 6:00-cv-1536-ORL-31 JGG

MIGUEL DELGADO BELLO,

    Defendant.

_____

MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.

_____/

## SUPPLEMENTAL MOTION FOR SANCTIONS, MOTION TO COMPEL DISCOVERY AND MOTION TO AMEND COUNTERCLAIM

MIGUEL DELGADO BELLO, Defendant and Counterplaintiff, (hereinafter "Delgado") by and through his undersigned attorney, files this Supplemental Motion for Sanctions against Plaintiffs, Earth Tech, Inc., both Tyco Plaintiffs, and their attorneys for their criminal conduct, abuse of the judicial process and most eggregious misconduct. Delgado also files a Motion to Compel Plaintiff's agents, Charles Alpert and Michael Diaz, to testify regarding communications

among themselves and with others regarding these criminal and disruptive acts, and files a Motion to Amend his Counterclaim to include causes of action relating to injuries suffered by Delgado as a result of these eggregious acts by Plaintiffs and their agents.

Delgado will set forth the bases for these Motions more fully in the accompanying Memorandum in Support of these Motions.

Respectfully submitted,

*/s/ Robert W. Rasch*
Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by facsimile and U.S. mail this 16th day of January, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

*/s/ Robert W. Rasch*
Robert W. Rasch