UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



EARTH TECH, INC.,
A California Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

    Plaintiffs,

vs.                                     Case No.: 6:00-cv-1536-ORL-31JGG

MIGUEL DELGADO BELLO,

    Defendant.


MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.
_____/

### NOTICE OF FILING

    Defendant and Counterplaintiff, Miguel Delgado Bello (hereinafter "Delgado"), files this Notice of Filing of the following designations from the depositions:

    1. Deposition of Charles Alpert, pages 7, 23-26, 43, 46, 50-52, 139, 146, 150, 164-165, 170-178, 187-192, 200-202, and Def. Exh. # 47 attached to the deposition transcript.

    2. Deposition of Michael Diaz, pages 3, 10-14, 18-21, 24-27, 40, 44-46, 50.

*Excerpt designations filed separately*

83

_[signature: RW Rasch]_
Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by hand deliveryl this 16th day of January, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 450 South Orange Avenue, Suite 650, Orlando, Florida 32801.

_[signature: RW Rasch]_
Robert W. Rasch