

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

         Plaintiffs,

v.

MIGUEL DELGADO BELLO,      Case No.: 6:00-CV-1536-ORL-31JGG

         Defendant.

---

MIGUEL DELGADO BELLO,

         Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

         Counterdefendant.

---

## SECOND NOTICE OF FILING OF DEPOSITION EXCERPTS

In connection with Plaintiffs' Motion for Sanctions, filed October 5, 2001, plaintiffs respectfully submit the following designations from the deposition taken after the October 30, 2001 hearing:

1. Deposition of Philip C. Gordon, pages 1; 5-13; 17-21; 26-27; 34-36; 43, 55-57, 65-66, 90, 97-100, 110-112, 114-116, 117-126, and Defendant's Deposition Exhibits 2 and 4.

86

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Hand Delivery this ___day of January, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

        GREENBERG TRAURIG, P.A.
        Attorneys for Plaintiff
        450 S. Orange Ave., Suite 650
        Orlando, Florida 32801
        Telephone: (407) 420-1000
        Facsimile: (407) 841-1295

By: _____   FL Bar No. 0491411
for Tucker H. Byrd, Esq.
Florida Bar No. 381632

JACKSON, LEWIS, SCHNITZLER
& KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone: 407-246-8440
Facsimile: 407-246-8441

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone: 407-246-8440
Facsimile: 407-246-8441

Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.

2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF CALIFORNIA

ORLANDO DIVISION

| | |
|---|---|
| EARTH TECH, INC., a California corporation, and TYCO INTERNATIONAL SERVICES, AG, a Swiss corporation, and TYCO INTERNATIONAL (US) INC., a Nevada corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>MIGUEL DELGADO BELLO,<br><br>    Defendant.<br><br>MIGUEL DELGADO BELLO,<br><br>    Counterplaintiff,<br><br>vs.<br><br>EARTH TECH, INC., a California corporation,<br><br>    Counterdefendant. | Case No.:<br>6:00-CV-1536-ORL-31JGG<br><br> |

DEPOSITION OF PHILIP C. GORDON

Los Angeles, California

Tuesday, January 15, 2002

Reported by:
DARLENE A. MATURA
CSR No. 5959
Job No. 858661



6222 Wilshire Boulevard • Suite 204 • Los Angeles, CA 90048

323.938.2461 • Fax 323.931.3016 • 800.640.2461