

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
A California Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

      Plaintiffs,

vs.                      Case No.: 6:00-cv-1536-ORL-31JGG

MIGUEL DELGADO BELLO,

      Defendant.


MIGUEL DELGADO BELLO,

      Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

      Counterdefendant.

_____/

## NOTICE OF FILING

    Defendant and Counterplaintiff, Miguel Delgado Bello (hereinafter "Delgado"), files this Notice of Filing of the Deposition Transcript Excerpts of Philip C. Gordon, pages 7, 31-32, 38-39, 44, 46-48, 50, 52-53, 58, 60-72, 78-80, 82-83, 85-90, 92-94, 96, 102, 105, 108-109, 113, and Deposition Exhibits # 3 & 6. *in support of opposition to motion for Injunction*

*Robert W. Rasch*

Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by hand delivery 18th day of January, 2002 to Robert Atkins.

*Robert W. Rasch*

Robert W. Rasch