# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



FILED IN OPEN COURT
January 18, 2002

---

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a Swiss
Corporation and TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,
                 **Plaintiffs,**

-vs-                                              Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

                 **Defendant.**

| | | | |
|---|---|---|---|
| **U.S. DISTRICT JUDGE:** | Gregory A. Presnell | **DATE:** | January 18, 2002 @ 9 am |
| **DEPUTY CLERK:** | Anita Justin | **COURT REPORTER:** | Diane Peede |
| **COUNSEL FOR PLTFS:** | Robert Atkins, Tucker Byrd, Matt Rosengart, Randy Lord, Joseph Frank, Eli Wald, Martin London | **COUNSEL FOR DEFT:** | Robert Rasch |

## PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE/RESTRAINING ORDER
### (Doc. No. 68)

9:00 a.m.    Parties submit oral argument.
                  Defendant's Witnesses: Miguel De Gado Bello, James A. Taylor, Jr.

11:45 a.m.-
1:30 p.m.    Lunch Break

                  Parties are to submit simultaneous proposed findings (30 page limit) within 30 days after receiving the transcript from this hearing.

                  Plaintiff calls no witnesses.

                  Court takes the matter under advisement.

4:16 p.m.    Court adjourned.