Earth Tech
VS
Miguel Delgado

# Exhibit List

Jan 18, 2002

___Government    ___Plaintiff    _X_ Defendant    ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 9 | JAN 1 8 2002 | ~~~~ | Jim Taylor | 0 ~~~~ | E-mail documents |
| 10 | JAN 1 8 2002 | no | Jim Taylor | yes | Password stealers |
| 11 | JAN 1 8 2002 | JAN 1 8 2002 | Miguel Delgado | | Business cards |
| 12 | JAN 1 8 2002 | JAN 1 8 2002 | Miguel Delgado | | PDVSA Letter |
| 13 | JAN 1 8 2002 | JAN 1 8 2002 ~~~~ | Miguel Delgado | | AOL Letter |
| 14 | JAN 1 8 2002 | Sustained | Miguel Delgado | yes | E-mail documents |

Case Number: 6:00-CV-1536-31J   Style: Earth Tech vs Delgado

89