# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION


Jan. 18, 2002

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a
Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,
                     **Plaintiffs,**

-vs-                                        Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

                      **Defendant.**

**Plaintiff's exhibits from January 18, 2002 hearing on Defendant's Emergency Motion for Protective Order/Restraining Order (Doc. No. 68)**

| Exhibit No. | Date Offered | Date Admitted | Witness | Obj. | Description |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 01-18-02 | | Miguel Delgado Bello | | SecureID for William L. Hall for AOL |
| 3 | 01-18-02 | | Miguel Delgado Bello | | Billing Information for William Hall for AOL |
| 4 | | | | | |
| 5 | 01-18-02 | sustained *no* | Miguel Delgado Bello | YES | 3-7-00 email from Tycoven@aol to Kozlowski |
| 6 | 01-18-02 | | Miguel Delgado Bello | | 1-28-01 Memorandum to Tyco RE: PDVSA's |
| 7 | 01-18-02 | | Miguel Delgado Bello | | 3-6-01 letter to Diane Creel from Petroquimica De Venezuela |
| 8 | 01-18-02 | | Miguel Delgado Bello | | 3-7-01 PDVSA memo to Mr. Kowsloski |

90

| 9  | 01-18-02 |          | Miguel Delgado Bello |    | 5-21-01 Subpoena to AOL for Miguel Delgado |
|----|----------|----------|----------------------|----|---------------------------------------------|
| 10 | 01-18-02 |          | Miguel Delgado Bello |    | 4-2-01 Letter rom Doug Haven to Robert Atkins |
| 11 | 01-18-02 |          | Miguel Delgado Bello |    | 4-3-01 Letter from Doug Haven to Robert Adkins |
| 12 | 01-18-02 |          | Miguel Delgado Bello |    | 4-18-01 email from Pdvsacitgo@aol.com |
| 13 | 01-18-02 |          | Miguel Delgado Bello |    | Credit card totals for William Hall & Phyllis Elikai |
| 14 | 01-18-02 |          | Miguel Delgado Bello |    | NowXcom modification of William Hall American Express account |
| 15 | 01-18-02 |          | Miguel Delgado Bello |    | Credit Card expenditures for William Hall on Acct 3782-614096-41026 |
| 16 | 01-18-02 |          | Miguel Delgado Bello |    | Avis Rental Car record 1-7-01 |
| 17 | 01-18-02 |          | Miguel Delgado Bello |    | Credit Card Expenditures for William Hall in Orlando 3/19/01 |
| 18 | 01-18-02 |          | Miguel Delgado Bello |    | Credit Card Expenditures for William Hall in Florida & Texas April, 01 |
| 19 | 01-18-02 |          | Miguel Delgado Bello |    | Credit Card Expenditures for William Hall for Orlando 4/22/01 |
| 20 | 01-18-02 |          | Miguel Delgado Bello |    | Avis rental agreement 4-16-01 for Miguel Delgado |
| 21 | 01-18-02 |          | Miguel Delgado Bello |    | U.S. Department of Justice employment verification for Miguel Delgado Bello |
| 22 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | U.S. District Court Eastern District of Virginia subpoena to AOL |

| 23 | 01-18-02 | | Miguel Delgado Bello | | Affidavit of Philip C. Gordon |
|---|---|---|---|---|---|
| 24 | 01-18-02 | | Miguel Delgado Bello | | 11-8-01 letter to Mathew Rosengart from Robert Rasch with attached Registrant Name Change for tycovenezuela.com |
| 25 | 01-18-02 | | Miguel Delgado Bello | | 8-28-01 email regarding Tycovenezuela.com |
| 26 | 01-18-02 | | Miguel Delgado Bello | | 7/27/01 email from Glenn R. Morales to Mr. Kowsloski |
| 27 | 01-18-02 | | Miguel Delgado Bello | | 5-20-01 email from citgopdvsa@venezuela.com to MS. Creel & Mr. Kozlowski |
| 28 | 01-18-02 | | Miguel Delgado Bello | | 6-19-01 email from pdvsacitgo@venezuela.com regarding Tyco International |
| 29 | | | | | |
| 30 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | Verisign domain search of Tycovenezuela.com dated 10-01-01 |
| 31 | 01-18-02 | | Miguel Delgado Bello | | Web Page Under Construction |
| 32 | 01-18-02 | | Miguel Delgado Bello | | 10-15-01 email from pdvsa@unitedstates.com Regarding Supreme Court Ruling |
| 33 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | Resume of Miguel Delgado Bates No. 010147 |
| 34 | 01-18-02 | 1-15-02 | Miguel Delgado Bello | | RUST Employee Action Form for Miguel Delgado |
| 35 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | 8-2-98 letter from Miguel Delgado to bstead@am regarding Venezuela |

| 36 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | 4-15-99 email from Miguel Delgado to Bill Stead regarding Miguel Employment |
| 37 | 01-18-02 | | Miguel Delgado Bello | | Degree of Miguel Delgado Bello from University of Texas at Arlington 5-17-80 |
| 38 | 01-18-02 | | Miguel Delgado Bello | | Affidavit of Zach Prince |
| 39 | 01-18-02 | | Miguel Delgado Bello | | 9-7-01 Letter to Glenn R. Morales from Robert Atkins |