```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                      ORLANDO DIVISION

 3          CASE NUMBER:  6:00-CV-1536-ORL-31JGG

 4   EARTH TECH, INC., A CALIFORNIA      . ORLANDO, FLORIDA
     CORPORATION, TYCO INTERNATIONAL     . JANUARY 18, 2002
 5   SERVICES, AG, A SWISS CORPORATION,  . 9:00 A.M.
     AND TYCO INTERNATIONAL, (US) INC.,  .
 6   A NEVADA CORPORATION,               .
                                         .
 7              PLAINTIFFS,              .
                                         .
 8                V.                     .
                                         .
 9   MIGUEL DELGADO BELLO,               .
                                         .
10              DEFENDANT.               .
     . . . . . . . . . . . . . . . . .

11

12

13
            TRANSCRIPT OF CONTINUATION OF HEARING
14
                 ON PLAINTIFFS' MOTION FOR
15
                PROTECTIVE/RESTRAINING ORDER
16
          BEFORE THE HONORABLE GREGORY A. PRESNELL
17
               UNITED STATES DISTRICT JUDGE
18

19

20

21
     COURT REPORTER:     DIANE C. WARD, R.M.R., C.R.R.
22                       UNITED STATES COURTHOUSE
                         80 NORTH HUGHEY AVENUE, #300
23                       ORLANDO, FLORIDA  32801
                         (407) 650-0055
24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED BY COMPUTER.
```