FILED

02 JAN 25 PM 3:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

        Plaintiffs,

v.

MIGUEL DELGADO BELLO,      Case No.: 6:00-CV-1536-ORL-31B

        Defendant.

___

MIGUEL DELGADO BELLO,

        Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

        Counterdefendant.

___

### NOTICE OF FILING

**TO: CLERK OF THE COURT**

Pursuant to the Court's instructions, Plaintiff, EARTH TECH, INC., hereby gives notice of filing of a copy of DEPOSITION TRANSCRIPT OF PHILIP C. GORDON, taken in Los Angeles, California on Tuesday, January 15, 2002.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 25th day of January, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

> GREENBERG TRAURIG, P.A.
> Attorneys for Plaintiff
> 450 S. Orange Ave., Suite 2050
> Orlando, Florida 32801
> Telephone: (407) 420-1000
> Facsimile: (407) 841-1295
>
> By: _____
> Tucker H. Byrd, Esq.
> Florida Bar No. 381632

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone: 407-246-8440
Facsimile: 407-246-8441
Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.

\\orl-srv01\BYRDT\180760v01\3VH401!.DOC\12/20/01\52165.010100