UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF CALIFORNIA

ORLANDO DIVISION

FILED

02 JAN 25 PM 4:00

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

EARTH TECH, INC., a California ) 
corporation, and TYCO )
INTERNATIONAL SERVICES, AG, a )
Swiss corporation, and TYCO )
INTERNATIONAL (US) INC., a )
Nevada corporation, )
　　　　　　　　　　　　　　　　　)
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　)
　vs. )   Case No.:
　　　　　　　　　　　　　　　　　)   6:00-CV-1536-ORL-31JGG
MIGUEL DELGADO BELLO, )
　　　　　　　　　　　　　　　　　)
　　　Defendant. )
_____)
MIGUEL DELGADO BELLO, )
　　　　　　　　　　　　　　　　　)
　　　Counterplaintiff, )
　　　　　　　　　　　　　　　　　)
　vs. )
　　　　　　　　　　　　　　　　　)
EARTH TECH, INC., a California )
corporation, )
　　　　　　　　　　　　　　　　　)
　　　Counterdefendant. )
_____)

**CERTIFIED COPY**

DEPOSITION OF PHILIP C. GORDON

Los Angeles, California

Tuesday, January 15, 2002

Reported by:
DARLENE A. MATURA
CSR No. 5959
Job No. 858661



ESQUIRE
DEPOSITION SERVICES

6222 Wilshire Boulevard • Suite 204 • Los Angeles, CA 90048

323.938.2461 • Fax 323.931.3016 • 800.640.2461