

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

        Plaintiffs,

v.

MIGUEL DELGADO BELLO,

        Defendant.

Case No.: 6:00-CV-1536-ORL-31B

MIGUEL DELGADO BELLO,

        Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

        Counterdefendant.

## STIPULATED AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs respectfully submit this Motion for Enlargement of Time to respond to Defendants Motions for Sanctions, to Compel, and to Amend Counterclaim. Counsel for Defendant has consented to this Motion and has agreed to the filing date of January 31, 2002.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 29th day of January, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

GREENBERG TRAURIG, P.A.
Attorneys for Plaintiff
450 S. Orange Ave., Suite 2050
Orlando, Florida 32801
Telephone:   (407) 420-1000
Facsimile:   (407) 841-1295

By: _____   FL Bar No. 491411
for   Tucker H. Byrd, Esq.
Florida Bar No. 381632

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone:   407-246-8440
Facsimile:   407-246-8441
Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.

\\orl-srv01\BYRDT\184032v01\3Y0001!.DOC\1/29/02\52165.010100