**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

        Plaintiffs,

v.

MIGUEL DELGADO BELLO,

        Defendant.

_____

MIGUEL DELGADO BELLO,

        Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

        Counterdefendant.

_____

Case No.: 6:00-CV-1536-ORL-31B

GRANTED and SO ORDERED this
30 day of Jan., 02
GREGORY A. PRESNELL
United States District Judge

## STIPULATED AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs respectfully submit this Motion for Enlargement of Time to respond to Defendants Motions for Sanctions, to Compel, and to Amend Counterclaim. Counsel for Defendant has consented to this Motion and has agreed to the filing date of January 31, 2002.

Date Printed: 01/30/2002

Notice sent to:

    Carlos J. Burruezo, Esq.
    Fisher & Phillips LLP
    Lincoln Plaza, Suite 1250
    300 S. Orange Ave.
    Orlando, FL  32801

    Juan C. Lopez-Campillo, Esq.
    Fisher & Phillips LLP
    Lincoln Plaza, Suite 1250
    300 S. Orange Ave.
    Orlando, FL  32801

    Randall W. Lord, Esq.
    Jackson, Lewis, Schnitzler & Krupman
    390 N. Orange Ave., Suite 1285
    P.O. Box 3389
    Orlando, FL  32802-3389

    Michael M. Hernandez, Esq.
    Jackson Lewis Schnitzler & Krupman
    First Union Financial Center - Suite 2600
    200 S. Biscayne Blvd.
    Miami, FL  33131-2374

    Martin London, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

    Robert A. Atkins, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

    Mathew S. Rosengart, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison
    1285 Avenue of the Americas
    New York, NY  10019-6065

    Tucker H. Byrd, Esq.
    Greenberg Traurig, P.A.
    450 N. Orange Ave., Suite 650
    P.O. Box 4923
    Orlando, FL  32802-4923

    Robert W. Rasch, Esq.
    Law Office of Robert W. Rasch
    201 Live Oak Lane
    Altamonte Springs, FL  32714

    Jay M. Cohen
    Jay M. Cohen, P.A.

P.O. Box 2210
Winter Park, FL 32790-2210