UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation, and
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

    Plaintiffs,

v.

MIGUEL DELGADO BELLO,

    Defendant.

Case No.: 6:00-CV-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

    Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

    Counterdefendant.

### PLAINTIFFS' AND DEFENDANT'S JOINT NOTICE OF FILING DATE OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

At the conclusion of the January 18, 2002 hearing on plaintiffs' motion for sanctions, the Court requested that the parties submit proposed findings of fact and conclusions of law within thirty days of their receipt of the transcript of the hearing.

The parties have consulted in order to ensure that their respective findings and conclusions are filed simultaneously and have agreed upon the date of February 28, 2002 for the filing of those documents. The parties have also consulted and agreed to the filing of this pleading.

Dated: February 22, 2002
Orlando, Florida

                              Respectfully submitted,

                              GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: 407-420-1000
Facsimile: 407-420-5909

By: _____
Tucker H. Byrd, Esq.
Florida Bar No. 381632

JACKSON, LEWIS, SCHNITZLER
& KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone: 407-246-8440
Facsimile: 407-246-8441

Of Counsel:

Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc., Tyco International Services, AG, and Tyco International (US) Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFFS' AND DEFENDANT'S JOINT NOTICE OF FILING DATE OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW has been furnished via facsimile and U.S. Mail this 22nd day of February, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

> GREENBERG TRAURIG, P.A.
> Attorneys for Plaintiff
> 450 South Orange Ave., Suite 650
> Orlando, Florida 32801
> Telephone: (407) 420-1000
> Facsimile: (407) 841-1295
>
> By: _____
> Tucker H. Byrd, Esq.
> Florida Bar No. 381632

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone: 407-246-8440
Facsimile: 407-246-8441
Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.