UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.
a California Corporation.
**TYCO INTERNATIONAL SERVICES, AG**
a Swiss Corporation, and
**TYCO INTERNATIONAL (US), INC.,**
a Nevada Corporation.

    Plaintiffs,

Vs.                          Case No.: 6:00-cv-1536-ORL-31B

**MIGUEL DELGADO BELLO.**

    Defendant.

---

**MIGUEL DELGADO BELLO.**

    Counter plaintiff,

Vs.

**EARTH TECH, INC.,**
a California Corporation,

    Counter defendant,

_____/



## MOTION TO WITHDRAW MY ATTORNEY REPRESENTATION

1. Miguel Delgado Bello, the defendant and Counterplaintiff, file this Motion to withdraw from my representation with the attorney Robert W. Rasch.

2. Due to efforts of the Plaintiff and the disadvantageous position I have encountered, I do not have other recourse than to find a law firm that specializes in this type of case. A firm with the proper staff and experience that will support and look for ways to defend and match the allegations of the firm hired by the Plaintiff.

3. According to recent media publications, it is evident that my case is not the first to come up in respect to TYCO INTERNATIONAL. The Plaintiff served as Defendants in recent class action lawsuits in the United States District Court as a result of scheming investors out of amounts reaching $100,000,000.00. Evidently the Plaintiff's in my case served as <u>Defendants</u> in another case by arranging certain experts to fix their accounting books and corporate officers of theirs misled the investing public during the Class Period for the company. In January 2002 the price of their stocks fell by more than 40% as a direct effect of the money fraud to investors, all while certain experts predict TYCO will follow in the footsteps of ENRON if the fraud and trick methods do not seize. In addition, TYCO INTERNATIONAL paid certain individuals to obtain jobs for other corporations and then claimed rights to it with no regard to the original claimant of the job. Currently the law firm of Schatz & Nobel, P.C. is requesting that all stockholders from February 1, 2000 and February 1, 2002 come forward to move the court to act in capacity to bring further demands against TYCO INTERNATIONAL.

The above stated indicates the current Plaintiffs in my case, who are serving as Defendants in other cases, are clearly leaders in misleading individuals and are capable of producing false documents, allegations and motives if in the benefit of their accounts.

As an individual who obtained TYCO a contract with PDVSA for over $220,000,000.00 and then upon securing the contract seven days later fired me, I am now being prosecuted for the action of being a diligent associate and producing them a deal such as the one I just mentioned. A Corporation that can lie to its shareholders in the amount of billions of dollars, in my modest opinion, should not be held credible in a court of law.

4. Due to the Plaintiff TYCO INTERNATIONAL and its motives to create fallacy and untrue allegations, my current representation is not sufficient in handling such matters. It is imperative that I seek defense from counsel that understands the magnitude of deceit in such a corporation as TYCO. Also, to make sure that I am not

taken under fallacy as all of the individuals currently bringing legal action against TYCO for loss of their jobs or money have. Proper attorney representation is crucial and Robert W. Rasch, regrettably, can not uphold the expectations needed in a case such as mine.

5. It appears to a layman like myself that has worked and been a loyal employee to several American companies since 1978 without any legal complication, that the legal system is being misused in this case against me. However, I am not a legal authority on these matters and for this reason I need proper representation from a firm that has adequate resources and drive to help justice prevail in this case. As a result of obtaining one of the largest job between an American Corporation and Venezuela in 50 years, the plaintiff has chosen to bring a legal action against me. The issues do not make sense and after working with previous attorney Robert W. Rasch, nothing is being resolved properly, as his specialty is not in this area.

6. After almost three years of legal complications due to a previous title as an "employee" deserving of compensation, with perseverance I directed aim towards a client (PDVSA), to receive compensation of millions of dollars in profit to the Plaintiffs. In addition, if the Plaintiff TYCO was so secure of the false allegations against me, then I would presume they would file suit in the country where all work and contracts were performed at all times. However, in knowing they would lose, the allegations are being brought up in a court of law where the business did not take place. The purpose of the motion is to withdraw attorney and I am doing just that. I mention other facts to the case so that as an honorable judge of the court, you can understand why the need for new representation is important.

7. The punishment that has been inflicted by the Plaintiffs is clear, but I will not give up with the efforts to defend myself. It is beyond me why the amount of money the Plaintiff is spending on this case towards an individual such as myself, is being spent. I do not see for what purpose the Plaintiff finds in trying to bring a judgment against me. I am not in the wrong and must find the legal representation to match the Plaintiff's allegations and efforts, before the plaintiff coerces certain individuals and out of fallacy accomplishes their goals.

8. As you are well aware by now, I am not a person of wealth. I am in the process of contacting different law firms with the proper resources and skills to help in my

defense. In addition, the Venezuelan Government is looking into providing the means to assist in creating a defense team in representation of myself as the defendant in the U.S.

9. Therefore, the undersigned respectfully requests that this Court grant the undersigned's request to withdraw my legal representation of Mr. Robert W. Rasch, and give me between 55 to 60 days to locate alternate legal defense with another legal firm and prepare the defense on the case.

Respectfully Submitted,

*[signature]*

Miguel Delgado Bello
Lomas de Maturín (El Cafetal)
Calle Maturín (Sector Santa Ana)
Qta. Tukeke
Caracas – Venezuela
011+(58416) –818 9635
011+(58212)-986-3727
Fax 011+(58212) 952-6499

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by via fax this 25 day of February 2002 to Randall W. Lord, Esq., Jackson Lewisd Schmitzler & Krupman, Orlando, Florida.

*[signature]*

Miguel Delgado Bello