

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a Swiss Corporation and TYCO INTERNATIONAL (US) INC., a Nevada Corporation,

        Plaintiffs/Counter-Defendant,

-vs-                                  Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

        Defendant/Counter-Plaintiff.

## ORDER

This Court has for its consideration Defendant's Motion to Suppress Evidence and Motion for Sanctions and Defendant's Memorandum of Law in Support of his Motion (Docs. # 71 & # 72), Plaintiff's Memorandum in Opposition to Defendant's Motion (Doc. # 73), Defendant's Supplemental Motion for Sanctions, Motion to Compel Discovery, and Motion to Amend Counterclaim and Defendant's Memorandum of Law in Support of his Motion (Docs. # 81 & # 82), and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion (Doc. # 96).

The Court has carefully considered the Defendant's Motions including the accompanying memoranda, depositions, and exhibits; Plaintiff's Memoranda including the accompanying depositions, affidavit, and exhibits; the arguments of counsel; and is otherwise fully advised in the premises. The Court finds that Delgado's Motions for Sanctions are baseless and much of the

104

relief sought is moot in light of Mr. Gordon's deposition being placed into the record. Likewise, Delgado's Motion to Compel is also denied as frivolous. Finally, Delgado's Motion to Amend his Counterclaim is denied as untimely and his purported claim is without factual support.

Accordingly, it is therefore

**ORDERED AND ADJUDGED** that Defendant's Motions (Dkt. # 71 & # 81) are hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5TH day of MARCH ~~February~~, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

ate Printed: 03/05/2002

otice sent to:

    ___    Carlos J. Burruezo, Esq.
           Fisher & Phillips LLP
           Lincoln Plaza, Suite 1250
           300 S. Orange Ave.
           Orlando, FL  32801

    ___    Juan C. Lopez-Campillo, Esq.
           Fisher & Phillips LLP
           Lincoln Plaza, Suite 1250
           300 S. Orange Ave.
           Orlando, FL  32801

    ___    Randall W. Lord, Esq.
           Jackson, Lewis, Schnitzler & Krupman
           390 N. Orange Ave., Suite 1285
           P.O. Box 3389
           Orlando, FL  32801-3389

    ___    Michael M. Hernandez, Esq.
           Jackson Lewis Schnitzler & Krupman
           First Union Financial Center - Suite 2600
           200 S. Biscayne Blvd.
           Miami, FL  33131-2374

    ___    Martin London, Esq.
           Paul, Weiss, Rifkind, Wharton & Garrison
           1285 Avenue of the Americas
           New York, NY  10019-6065

    ___    Robert A. Atkins, Esq.
           Paul, Weiss, Rifkind, Wharton & Garrison
           1285 Avenue of the Americas
           New York, NY  10019-6065

    ___    Mathew S. Rosengart, Esq.
           Paul, Weiss, Rifkind, Wharton & Garrison
           1285 Avenue of the Americas
           New York, NY  10019-6065

    ___    Tucker H. Byrd, Esq.
           Greenberg Traurig, P.A.
           450 N. Orange Ave., Suite 650
           P.O. Box 4923
           Orlando, FL  32802-4923

    ___    Robert W. Rasch, Esq.
           Law Office of Robert W. Rasch
           201 Live Oak Lane
           Altamonte Springs, FL  32714

    ___    Miguel Delgado Bello
           El Cafetal (Sector Santa Ana)

Calle Martin Qta. Tukeke
Caracas - Venezuela,

___ Jay M. Cohen
Jay M. Cohen, P.A.
P.O. Box 2210
Winter Park, FL  32790-2210