UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
A California Corporation,

    Plaintiff,

vs.                                     Case No.: 6:00-cv-1536-ORL-31B

MIGUEL DELGADO BELLO,

    Defendant.



MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.

_____/

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW REPRESENTATION

Robert W. Rasch, attorney for Defendant and Counterplaintiff, Miguel Delgado Bello (hereinafter "Delgado"), has filed a Motion for Leave of Court to Withdraw from representation of Mr. Delgado. The following reason necessitates the undersigned filing this Motion to Withdraw:

    1.    Late on Thursday, February 28, 2002, the undersigned received a fax of a Motion to Withdraw My Attorney Representation supposedly filed with the Court on Monday, February 25, 2002 and served on Plaintiffs' counsel by fax the following day, Tuesday, February 26, 2002 (according to the fax legend on the top of the

document). Mr. Delgado did not serve the undersigned with a copy of the filing, either by fax or otherwise. Plaintiffs' counsel first faxed a copy of the filing to the undersigned late Thursday, February 28, 2002.

2. Based on the stated wishes of Mr. Delgado as set forth in his Motion filed with the Court, the undersigned files this Motion to Withdraw. Both Mr. Delgado and the opposing counsel have been given ten (10) day notice of the filing of this Motion in accord with the local rule. Opposing counsel has been consulted regarding this Motion and does not oppose the Motion.

3. Therefore, the undersigned respectfully requests that this Court grant the undersigned's request to withdraw from the representation of Mr. Delgado, and petitions the Court to grant Mr. Delgado the sixty (60) days that he has requested within which to locate alternate legal representation.

Respectfully Submitted,

_____
Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by hand delivery this 13th day of March, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

_____
Robert W. Rasch