UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
A California Corporation,

    Plaintiff,

vs.                                    Case No.: 6:00-cv-1536-ORL-31

MIGUEL DELGADO BELLO,

    Defendant.

MIGUEL DELGADO BELLO,

    Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

    Counterdefendant.

_____/

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW REPRESENTATION

    Robert W. Rasch, attorney for Defendant and Counterplaintiff, Miguel Delgado Bello (hereinafter "Delgado"), has filed a Motion for Leave of Court to Withdraw from representation of Mr. Delgado. Simultaneous with the filing of the Motion, a Memorandum was filed in support of that Motion.

    Inadvertently, due to a misunderstanding in a telephone conversation with opposing counsel, the undersigned represented that Plaintiffs did not oppose the undersigned's Motion for Leave of Court to Withdraw. On Friday, March 15, 2002, it was determined that this was a misunderstanding and that indeed, Plaintiffs oppose the undersigned's Motion for Leave of Court

to Withdraw, primarily due to Plaintiffs anticipation that such withdrawal will cause result in a delay in the litigation.

Pursuant to an understanding of the parties, the undersigned files this Supplemental Memorandum to clarify the record and eliminate the misstatement made in the previous Memorandum.

Respectfully Submitted,

*/s/ RW Rasch*

Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.
201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by facsimile and regular mail this /8th day of March, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

*/s/ RW Rasch*

Robert W. Rasch