UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation, and
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

        Plaintiffs,

v.

MIGUEL DELGADO BELLO,

        Defendant.

Case No.:  6:00-CV-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

        Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

        Counterdefendant.

**PLAINTIFFS' MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE
OF COURT TO WITHDRAW REPRESENTATION**

Plaintiffs, Earth Tech, Tyco International Services, AG, and Tyco International (US) Inc. (collectively, "plaintiffs"), respectfully submit this memorandum of law in opposition to defendant Miguel Delgado's motion for permission for the

Doc#: NY6: 169572.1

withdrawal of his counsel, Robert Rasch, as well as Mr. Rasch's own motion to withdraw.[1] Delgado's and Rasch's motions should be denied because they are just attempts to evade the fact discovery deadline (March 15), protract this lawsuit, and further escalate the costs of litigation. Here is why:

1. Pursuant to the Court's February 9, 2001 Scheduling Order, fact discovery ended on March 15, 2002 and dispositive motions are due to be filed on May 3, 2002. Moreover, Plaintiffs have filed a motion for sanctions, which is potentially dispositive. Additionally, discovery has been completed and plaintiffs intend on moving for summary judgment to dismiss all of Delgado's counterclaims.

2. By moving to replace his counsel at the very last minute, Delgado seeks to escape the discovery deadline and, thus, prolong rather than resolve this case. Delgado's stated reason for replacing Mr. Rasch -- that Mr. Rasch is ill-equipped to confront some vast conspiracy orchestrated by Tyco -- is frivolous on its face. It is mudslinging, not a legal argument. This case has nothing to do with the hyperbolic assertions made about Tyco in Delgado's motion. Delgado has not even sued Tyco.[2]

3. This is an employment dispute between Earth Tech and Delgado. Mr. Rasch handled the case -- including all pleadings, motion practice, written discovery and depositions -- from the outset until the eve of the fact discovery cut-off. There is no reason why Mr. Rasch cannot finish the case. The only change in the case, brought about

---

[1] On February 25, 2002, Delgado filed a "Motion To Withdraw My Representation" with his attorney, Robert Rasch. On March 1, 2002, Mr. Rasch provided notice pursuant to Local Rule 2.03(b) that he intended to seek to withdraw as counsel. On March 13, 2002, Mr. Rasch formally filed the motion to withdraw, on the ground of "the stated wishes of Mr. Delgado."

[2] Tyco joined this action as a plaintiff solely to seek relief for Delgado's cybersquatting and infringement of Tyco's trademark.

by Delgado's misconduct, was plaintiffs' motion for sanctions. But the work on that motion is complete. That is not a reason to change counsel or derail the resolution of this lawsuit.

4. Accordingly, we respectfully submit that Delgado's motion was made purely for tactical reasons. As with Delgado's other tactics, this one is intended to prejudice plaintiffs by delaying and further inflating the cost of this litigation. Neither Delgado nor Mr. Rasch has provided the Court with a legitimate justification for the withdrawal motion. To the contrary, the motion was filed for improper reasons.

5. Although Mr. Rasch's desire to withdraw (or Delgado's desire to replace him) is perhaps understandable under the circumstances, they should not be permitted to extend the litigation, causing even more unnecessary delay and expense. We therefore submit that the motion should be denied. Alternatively, if the motion is granted, we request that the schedule set forth in the Court's February 9, 2001, Scheduling Order remain in effect without any extensions.

## **CONCLUSION**

For the foregoing reasons, the Motion for Leave of Court To Withdraw Representation should be denied.

Dated: March 21, 2002
       Orlando, Florida

                          Respectfully submitted,

                          GREENBERG TRAURIG, P.A.
                          450 South Orange Avenue, Suite 650
                          Orlando, Florida 32801
                          Telephone: 407-420-1000
                          Facsimile: 407-420-5909

                          By: _____
                             Tucker H. Byrd, Esq.
                             Florida Bar No. 381632

                          JACKSON, LEWIS, SCHNITZLER
                          & KRUPMAN
                          390 North Orange Avenue
                          Orlando, Florida 32802
                          Telephone: 407-246-8440
                          Facsimile: 407-246-8441

Of Counsel:

Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc., Tyco International Services, AG, and Tyco International (US) Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE OF COURT TO WITHDRAW REPRESENTATION has been furnished via facsimile and U.S. Mail this 21st day of March, 2002 to Robert Wallace Rasch, Esq., 201 Live Oak Lane, Altamonte Springs, Florida 32714.

                              GREENBERG TRAURIG, P.A.
                              Attorneys for Plaintiff
                              450 South Orange Ave., Suite 650
                              Orlando, Florida 32801
                              Telephone:   (407) 420-1000
                              Facsimile:    (407) 841-1295

                              By: _____
                                 Tucker H. Byrd, Esq.
                                Florida Bar No. 381632

Of Counsel:
Robert A. Atkins
Mathew S. Rosengart
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2225

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
390 North Orange Avenue
Orlando, Florida 32802
Telephone:   407-246-8440
Facsimile:    407-246-8441
Attorneys and Trial Counsel for Plaintiffs Earth Tech, Inc.,
Tyco International Services, AG, and Tyco International (US) Inc.