UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

EARTH TECH, INC., a California Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

                Plaintiffs,

v.

MIGUEL DELGADO BELLO,

                Defendant.

Case No.: 6:00-CV-1536-ORL-31JGG

MIGUEL DELGADO BELLO,

                Counterplaintiff,

v.

EARTH TECH, INC., a California Corporation,

                Counterdefendant.

### AFFIDAVIT OF ROBERT A. ATKINS IN SUPPORT OF PLAINTIFF EARTH TECH'S MOTION FOR SUMMARY JUDGMENT ON DELGADO'S COUNTERCLAIMS

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK )

      ROBERT A. ATKINS, being sworn, says:

1.     I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, attorneys for plaintiff/counterdefendant Earth Tech, Inc. ("Earth Tech"). I am personally familiar with the facts set forth herein. I make this affidavit to place before the Court certain documents in support of Plaintiff Earth Tech's Motion for Summary Judgment on Delgado's Amended Counterclaims.

2. Attached hereto as Exhibit A is the transcript of the November 20, 2001, deposition of Michael Delgado Bello ("Delgado Deposition").

3. Attached hereto as Exhibit B is a copy of a May 21, 1999, e-mail from Michael Bello Delgado ("Delgado") to Diane Creel, marked as Exhibit 45 at the Delgado Deposition (see Delgado Dep. at 169-70).

4. Attached hereto as Exhibit C is a copy of a May 24, 1999, e-mail from Ms. Creel to Delgado, marked as Exhibit 46 at the Delgado Deposition (see Delgado Dep. at 171-72).

5. Attached hereto as Exhibit D is a transcript of the December 4, 2001, deposition of Charles Alpert ("Alpert Deposition").

6. Attached hereto as Exhibit E is an April 15, 1999, e-mail from Delgado to Bill Stead, marked as Plaintiff's Exhibit 61 at the Alpert Deposition (see Alpert Dep. at 205).

7. Attached hereto as Exhibit F is an April 30, 1999, letter from Eduardo Praselj to Delgado, marked as Exhibit 10 at the Alpert Deposition (see Alpert Dep. at 81-82).

8. Attached hereto as Exhibit G is the October 2, 2001, affidavit of Charles Alpert.

ROBERT A. ATKINS

Sworn to before me this
17th day of May, 2002

Notary Public
REGINA BLACKMON
Notary Public, State of New York
No. 31-4980861
Qualified in New York County
Commission Expires 4-29 2003

2