UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC., a California Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation, and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

                  Plaintiffs,

v.

MIGUEL DELGADO BELLO,             Case No.: 6:00-CV-1536-ORL-31JGG

                  Defendant.

MIGUEL DELGADO BELLO,

                  Counterplaintiff,

v.

EARTH TECH, INC., a California Corporation,

                  Counterdefendant.

**AFFIDAVIT OF ROBERT A. ATKINS IN SUPPORT OF
PLAINTIFF EARTH TECH'S MEMORANDUM OF LAW IN
OPPOSTINO TO DELGADO'S MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

       ROBERT A. ATKINS, being sworn, says:

1.      I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, attorneys for plaintiff/counterdefendant Earth Tech, Inc. ("Earth Tech"). I am personally familiar with the facts set forth herein. I make this affidavit to place before