UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

    Plaintiffs,

v.

MIGUEL DELGADO BELLO,

    Defendant.

Case No.: 6:00-CV-1536-ORL-31B

MIGUEL DELGADO BELLO,

    Counterplaintiff,

v.

EARTH TECH, INC.,
a California Corporation,

    Counterdefendant.

## AFFIDAVIT OF CHARLES ALPERT

STATE OF CALIFORNIA   )
                             ) .ss:
COUNTY OF LOS ANGELES )

    CHARLES ALPERT, being duly sworn, deposes and states:

    1.    I am the General Counsel of plaintiff Earth Tech, Inc. ("Earth Tech"). I submit this affidavit in opposition to the motion of defendant Miguel Delgado

Doc#: NY6: 236734_3