UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES,
AG, a Swiss corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada Corporation,

        Plaintiffs,

      v.

MIGUEL DELGADO BELLO,

        Defendant.

Case No.:  6:00-CV-1536-ORL-31B

MIGUEL DELGADO BELLO,

        Counterplaintiff,

      v.

EARTH TECH, INC.,
a California Corporation,

        Counterdefendant.

## AFFIDAVIT OF J. B. HOLEMAN

STATE OF ARIZONA      )
                        ) .ss:
COUNTY OF           )

      J. B. HOLEMAN, being sworn, says:

      1.     I am a retired Vice President of Rust Environment and

Infrastructure, Inc. ("Rust").  I have personal knowledge of the facts stated in this

affidavit.

Doc#: NY6: 243402_2