UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EARTH TECH, INC., a California Corporation, TYCO INTERNATIONAL SERVICES, AG, a Swiss corporation, and TYCO INTERNATIONAL (US) INC., a Nevada Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL DELGADO BELLO, <br><br> Defendant. | Case No.: 6:00-CV-1536-ORL-31B |
| MIGUEL DELGADO BELLO, <br><br> Counterplaintiff, <br><br> v. <br><br> EARTH TECH, INC., a California Corporation, <br><br> Counterdefendant. | |

### AFFIDAVIT OF WILLIAM J. STEAD

STATE OF CALIFORNIA     )
                         ) .ss:
COUNTY OF LOS ANGELES    )

WILLIAM J. STEAD, being sworn, says:

1. I am Senior Vice President, International Development of Earth Tech, Inc. ("Earth Tech"). I make this affidavit in opposition to the motion of defendant Miguel Delgado Bello ("Delgado") for summary judgment, and, in particular, to respond to

Doc#: NY6: 245516_1