UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC.,
a California Corporation,
TYCO INTERNATIONAL SERVICES, AG
a Swiss Corporation, and
TYCO INTERNATIONAL (US), INC.,
a Nevada Corporation,

      Plaintiffs,

vs.                Case No.: 6:00-cv-1536-ORL-31 JGG

MIGUEL DELGADO BELLO,

      Defendant.

_____

MIGUEL DELGADO BELLO,

      Counterplaintiff,

vs.

EARTH TECH, INC.,
A California Corporation,

      Counterdefendant.

_____/

## DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE APPLICATION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL AND FOR PROTECTIVE ORDER

Defendant, MIGUEL DELGADO BELLO (hereinafter "Delgado"), by and through his undersigned attorney, files this Memorandum in Opposition to Plaintiffs' Motion for Leave to File Application for Attorneys' Fees and Costs under Seal and for Protective Order, and states the following:

1

## A. FACTUAL BACKGROUND

In an Order dated May 15, 2002, this Court granted Plaintiffs' Motion for Sanctions dismissing Delgado's Counterclaim and ordering Delgado to pay Plaintiffs' for attorneys' fees and costs associated with the prosecution of their motion for sanctions and defense of Delgado's counterclaim.  This Court also ordered the undersigned to pay attorneys' fees for conduct purportedly in violation of 28 U.S.C Section 1927.  In that Order, the Court ordered Plaintiffs to submit a bill of costs and application for attorneys' fees together with supporting affidavits.

Prior to filing their bill of costs and application for attorneys' fees pursuant to that Court Order, Plaintiffs filed the instant Motion for Leave to File Application for Attorneys' Fees and Costs under Seal and for a Protective Order.

In support of their Motion, Plaintiffs attached two news articles dated June 26, 2002 published by Reuters and July 1, 2002 published by *Business Week*, claiming that the mere publication of these articles demonstrates that Delgado and the undersigned are continuing a "campaign of disparagement" of Plaintiffs and are continuing to attempt to coerce Plaintiffs into settling with Delgado.  Plaintiffs are seeking an Order from the Court sealing their filing of Application for Fees and Costs and ordering Delgado and the undersigned not to discuss or disclose any information contained in that application with the press, the SEC (which has reopened an investigation of Tyco) or any other third party.

Plaintiffs failed to advise the Court that Tyco and its ex-CEO have become quite newsworthy, prior to the publication of the Reuters and *Business Week* articles of June 26, 2002 and July 1, 2002.  Beginning as early as June 3, 2002,  the new media first began reporting that Tyco forced its CEO Dennis Kozlowkski (one of the alleged recipients of the Tyco e-mails) to resign after being charged with tax evasion (see Attachments A).  That was followed by the firing of Tyco General Counsel , Mark Belnick, a former partner of Paul, Weiss law firm, purportedly, according to Belnick's attorney, over selection of outside law firms  (see Attachments B).  Tyco and its ex-executives have been written about extensively ever since June 4 in the Washington Post, the Wall Street Journal, Yahoo Finance (Attachments C), MSNBC (Attachment D), the Associated Press, Bloomberg News and numerous articles by Reuters predating its June 26, 2002 article (Attachments E & F).

Both *Business Week* and Reuters contacted the undersigned seeking information about Tyco.  Neither Delgado nor the undersigned sought out the media.  These various new publications have spent considerable effort and time contacting Delgado and the undersigned to learn information about Tyco, their accounting practices and tax avoidance efforts as evidenced by the various new publications which clearly predated the articles complained about by Plaintiffs.  In fact, the SEC sought out Delgado by contacting the undersigned for information in an ongoing investigation of Tyco; Delgado did not seek out the SEC.

B. **LEGAL ANALYSIS**

In Paragraph II (D) (on p. 4) of this Court's Case Management and Scheduling Order (not Paragraph III-F as stated by Plaintiffs), this Court clearly stated: "Motions to file under seal are <u>disfavored</u>.  The Court will permit the parties to file documents under seal <u>only</u> upon a finding of extraordinary circumstances and particularized need" (emphasis added).  Although Plaintiffs claim to have established the requisite "extraordinary circumstances and particularized need", Plaintiffs cite to nothing other than the appearance of two of many Tyco-related articles that attribute information to Delgado and the undersigned.  In essence, Plaintiffs are seeking not only to insulate their anticipated filing of their Application for fees and costs from public scrutiny, they are seeking to preclude Delgado and the undersigned from the free exercise of our freedom of speech guaranteed by the First Amendment of the United States Constitution.

In *Wilson v. American Motors Corp.,* 759 F.2d 1568, 1570 (11th Cir. 1985), the Eleventh Circuit found that "simply showing that the information would harm the company's reputation is not sufficient to overcome the strong common law presumption in favor of public access".  The Court further stated:  "We do hold that "where, as in the present case, the [court] attempts to deny access in order to inhibit the disclosure of sensitive information, it must be shown that the denial is necessitated by a compelling governmental interest, and is narrowly tailored to that interest." *Wilson v. American Motors Corp.,* 759 F.2d @ 1570-1571.  Plaintiffs did not even claim that the requested Court Order was necessary to protect against the "disclosure of sensitive information", much less attempt to set forth any "compelling governmental interest".  In fact, with several governmental investigations presently ongoing, Plaintiffs would be hard-pressed to

3

even claim a compelling governmental interest against disclosure, much less credibly establish that one exists.

The "real focus of [the Court's inquiry] is on the rights of the public in maintaining open records and the check on the integrity of the system", insured by public access. The fact that issues surrounding the Plaintiffs' Motion for Sanctions were subject to two public hearings before this Court further mitigates against finding in favor of sealing Plaintiffs' filing." *Wilson v. American Motors Corp.*, 759 F.2d @ 1571, fn.4. Any denial of openness to civil proceedings must be narrowly tailored to serve a compelling government interest. *United States of America v. McCorkle*, 78 F. Supp. 2d 1311, 1313 (M.D. Fla. 1999); *Brown v. Advantage Engineering, Inc.*, 960 F.2d 1013, 1015 (11th Cir. 1992).

Both the Court in its Scheduling Order and Plaintiffs in their Motion cite to the *Wilson v. American Motors Corp.*, 759 F.2d 1568 (1985) and the *Brown v. Advantage Engineering, Inc.*, 960 F.2d 1013 (11th Cir. 1992) cases. Those cases set forth the compelling government interest standard. Plaintiffs have not demonstrated any basis for applying any different standard.

Even had Plaintiffs claimed that the common law right to access standard should apply rather than the "compelling government interest", they have not demonstrated any showing of "good cause" to seek protection. In fact, Plaintiffs have not argued nor presented any evidence that whatever they intend to present in the nature of the Application for Fees and Costs will be in the nature of a "closely guarded secret" or of a confidential nature of any sort. Therefore, the District Court cannot determine that there is "good cause" to support a protective order or to seal the Plaintiffs' anticipated filing of their Application for Fees and Costs. *Chicago Tribune Company v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310 (11th Cir. 2001). Since the Plaintiffs never argued that information that they intend to file in an Application for Fees and Costs is a "closely guarded secret", then the District Court does not have "good cause" to support a protective order or to seal such Application for Fees and Costs. Whether "good cause" exists for a protective order is a factual matter to be decided by the "nature and character of the information in question", supported by factual findings. *Chicago Tribune Company v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1315 (11th Cir. 2001). Plaintiffs have not asserted any protected nature of the information that they intend to present to the Court in their

Application for Fees and Costs. Therefore, to grant their Motion to Seal and for a Protective Order under the circumstances presented would be completely inappropriate.

"[B]y submitting pleadings and motion to the court for decision, one enters the public arena of courtroom proceedings and exposes oneself . . . to the risk . . . of public scrutiny" *Tribune Company v. Bridgestone/Firestone, Inc.,* 263 F.3d 1304, 1315 (11th Cir. 2001); *Mokhiber v. Davis,*  537 A.2d 1100 (D.C. App. 1988).

## C. SUMMARY

Plaintiffs argue without any supporting evidence other than the two attached news articles that Delgado and the undersigned are continuing to attempt to extort a settlement from them by answering questions posed by the press (although Plaintiffs never claimed and this Court never found that the undersigned was involved in any way with sending Plaintiffs any e-mails or faxes or attempted to extort a settlement from Plaintiffs). Their argument has no support either in fact or in law. Delgado's and the undersigned's willingness to respond to news media inquiries regarding the news-worthy subject Tyco in no way suggests, much less establishes, an intent or attempt to extort a settlement. Clearly, Tyco has not established any "compelling government interest" in sealing their Application for Fees and Costs or in issuing a protective order precluding Delgado and the undersigned from discussing the Application with any third party. Nor have Plaintiffs established that any information they intend to include in the Application for Fees and Costs will be in the nature of trade secrets warranting a finding of "good cause" to preclude the application of the common-law right of access.

Therefore, Delgado respectfully requests the Court deny Plaintiffs' Motion to Seal and for a Protective Order.

Respectfully Submitted,

Robert W. Rasch
Florida Bar No. 0890560
ROBERT W. RASCH, P.A.

201 Live Oak Lane
Altamonte Springs, Florida 32714
(407) 865-7473
Fax (407) 865-5979

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of this document has been served by facsimile and U.S. mail this _8th_ day of July, 2002 to Tucker H. Byrd, Esq., Greenberg Traurig, P.A., 111 N. Orange Avenue, Suite 2050, Orlando, Florida 32801.

Robert W. Rasch



**Brains. Technology. Glory?**

CISCO SYSTEMS

BREAKING NEWS E MAIL
Get up to the minute
**BREAKING NEWS**





CNBC & The Wall Street Journal. Business

News
Business
Sports
Local
Health
Tech • Science
Living • Travel
TV News
Opinions
Weather
Shop@MSNBC
MSN.com



QwestDex
online yellow pages
Find a Local Business



Shawn Baldwin / AP file

Tyco said Chairman and CEO Dennis Kozlowski stepped down for
"personal reasons."

# Tyco's Kozlowski resigns as CEO

**Move comes amid a report he is subject of tax-evasion probe**

OPINION
By Christopher Byron
MSNBC CONTRIBUTOR



**June 3** — The news that the chairman and Chief Executive of Tyco International, Ltd., Dennis Kozlowski, resigned over the weekend in the midst of a personal tax evasion scandal, inspires some thoughts about the man's own moral compass in life, as well as an observation or two about where he led the company from which he has now abruptly resigned.

➔ E-MAIL THIS ✂          ⊕ COMPLETE STORY ➔

ADVERTISING ON MSNBC

RESOURCE GUIDE
• Yellow Pages
• Auctions at uBid
• Personals Channel
• Professional Tips
• Newsletters
• Shopping

SPONSORS



∧ Ameritrade

Citi

TD WATERHOUSE

b Cost-effective

Microsoft
bCentral
Visa Business
Platinum Card

Apply Now

Microsoft
b
Translucent card design

VISA

**2.99%** intro APR*

**No Annual Fee**

Point here to learn more.



b Cost-effective    b Smarter    b Protected



**Opinion**

CHRIS BYRON

E-MAIL

IF REPORTS IN TODAY'S New York Times are correct — and Kozlowski's resignation suggests there is little apparent reason to doubt them — the chairman and CEO of Tyco International is now resigning because he has become the target of a criminal tax fraud investigation by Manhattan district attorney Robert Morgenthau.

The probe is said to focus on Kozlowski's creation of an array of personal family trusts, into which he has moved hundreds of millions of dollars of family assets. The Times cites lawyers in the probe as asserting that Kozlowski may have used those trusts to purchase various goods and services without paying New York State taxes on them.

The interesting thing about all this is, of course,

that Tyco International itself is a kind of tax-dodger's romper room. The company conducts nearly all its business out of various U.S. offices — most notably in New Hampshire and New York. But in 1997 the company bought a burglar alarm business that was based in Bermuda, and arranged the transaction so that Tyco itself became based in Bermuda.

This rearrangement of things instantly sheltered all Tyco's non-U.S. income from U.S. taxation — a common tax sheltering device for growing numbers of U.S. companies. Indeed, were Tyco an individual and not a corporation, it would have been subject to U.S. taxation on all its worldwide income whether it repatriated to the U.S. or not.

So, given what he's set up with his company, maybe its not all that surprising that Kozlowski would have become entangled in a personal version of the same sort of thing. In a certain sense, both Kozlowski and Tyco are reflections of each other.

On the other hand, don't you think he should have known better? Kozlowski, 55, grew up in Newark, N.J., the son of a police detective, so you'd at least think he learned the difference between right and wrong.

And you'd also think he could have applied those moral judgments to his business, since he has a degree in accounting, and has run Tyco for the last ten years, orchestrating dozens upon dozens of deals.

---

**TIMELINE**

## Tyco timeline

Following are key dates in Dennis Kozlowski's term as chief executive of conglomerate Tyco International Ltd.

**Live Quote** by

CNBC on msn Money

**Tyco International Ltd. (TYC)**
price          change
**13.20**      -0.21

Full quote data:

( Quote & News ) ( Profile )

Add this stock to your MSNBC homepage

**MSNBCINTERACTIVE**

Data: CNBC on MSN Money and S&P Comstock 20 min.delay.

⤵ | ⤵ 1 | 2 | 3 | 4

**July 1992**
Kozlowski is named chief executive of Tyco after serving as the company's chief operating officer since 1989. The company, then mostly known for its fire protection and large valve business, is worth about $3 billion.

**July 1994**
Tyco tackles first big-ticket acquisition under Kozlowski, purchasing Kendal International, maker of Curad bandages and other medical products, for $1.4 billion.

**July 1997**
Tyco acquires burglar alarm and security firm ADT Ltd. Structured as a reverse merger, ADT technically bought Tyco and changed its name to Tyco International. The company moves its headquarters to Bermuda, where ADT is based.

**April 1999**
Tyco purchases electronics maker AMP Inc. for $11.3 billion in stock.

**October 1999**
Short-seller David W. Tice questions the use of large reserves related to acquisitions, saying they obscure results.

Printable version

Advertisement



FREE

GET NEWS FIRST



Add local news and weather to the MSNBC home page.



BUSINESS HEADLINES

WATCH THE WEBCAST:
Updated all day

Playing now:

Maybe Tyco Intl. has been as clean as new-fallen snow all along. But Kozlowski's own personal affairs now have an obvious cloud over them, and since he himself has been running Tyco for the last decade — a period during which Tyco as well began to structure its business around tax-avoidance strategies — it's frankly hard to be confident about much of anything involving the company, especially when you consider the mind-boggling complexity of its financial filings.

During the 1990s, no one cared much of anything about the company's financials (or indeed the financials of almost any company), and the stock just went up and up, driven aloft in the late bull market's frenzy of momentum trading.

By the summer of 1999, Tyco had ballooned into a more than $40 billion financial erector set of businesses, with interests in everything from electronics, to fire protection systems, to healthcare products and even undersea fiber optical cable company.

At that point a well-known short-seller named David Tice began openly criticizing Tyco's accounting methodology, focusing particularly on Kozlowski's use of "pooling of interests" merger accounting, in which an acquiring company could greatly overpay in a takeover deal without generating any so-called "goodwill" writeoffs.

Kozlowski instantly turned up on TV shows, attacking Tice as a short-seller who was simply trying to drive down Tyco's shares. The press handled Kozlowski with kid-gloves throughout the affair, and when a Securities & Exchange Commission probe of the company ended the following year without bringing action, Kozlowski seemed vindicated.

The stock thereafter recovered all its Tice-related

- Accounting troubles at Merck?
- Ebbers pleads the fifth, denies wrongdoing
- Alcoa misses profit targets

losses and climbed by the beginning of last year to more than $61 per share. Thanks to an intervening stock split, this gave the company an overall market value on Wall Street of nearly $107 billion, making it one of the 100 largest companies in America.

But through it all, the company remained little more than a financially engineered house of cards, with much of management's time and attention devoted to activities that boosted earnings by lowering taxes. Typical example: to have a captive offshore finance subsidiary borrow money at, say, 4 percent, then re-lend it to a U.S. operation at, say, 8 percent. The 8 percent interest payment lowers the U.S. company's taxes, whereas the 4 percent "profit" that flows to the offshore captive lender never gets taxed by the U.S.

**Bookmark this column**

**Christopher Byron's column appears twice a week.**
- **Click here to bookmark**

In the midst of all of this - which apparently passed muster by the SEC and, we may presume, is thus wholly on the up-and-up - we have now discovered that Kozlowski was busy arranging his own personal affairs as if, so far as the State of New York is concerned, he himself was a one-man Tyco International.

Along the way, Tyco's share price has collapsed, from its January 2001 high of more than $61, to a closing price last Friday of less than $22, partly as a result of a series of bizarre missteps by Kozlowski, who earlier this year announced a plan to break the company up, then reversed himself and said he'd decided not to break up the company after all.

Watching those events unfold as they did, it was hard to escape the feeling that Tyco was being run by a man with other things on his mind. And with the benefit of hindsight we can now see what they were: His troubles with the New York D.A. were apparently beginning to close in on him.

Tyco's latest quarterly financial statement, filed only two weeks ago, shows $33.2 billion of balance sheet equity, but 100 percent plus of it is accounted by goodwill from acquisitions. The company is operating in the red on an Income Statement basis, and its cash flow looks good only because it is $400 million light on capital investment and doesn't have to shell out cold cash for its staggering balance sheet charges, which top $3.8 billion in the six months ended March 31.

At $16.75 per share, the market is saying this stock is worth not much more than $33 billion, or barely one times revenues. But now that its chairman and CEO has



'Heard the latest?'

Listen to Chris Byron's **'High Noon on Wall Street'** each day at noon ET

LIVE AUDIO

left under a cloud of possible criminal wrongdoing, it seems a foregone conclusion that the stock is going to undergo a whole new round of skeptical scrutiny by the market. On Monday Tyco's stock price dropped close to 23 percent, and ended the day at less than $17 per share — down from $60 at the start of the year. And Kozlowski tendered his resignation from the board of directors of the defense contractor Raytheon.

Worst of all, because so much of Tyco's business as a public company seems to have been conjured out of the same sorts of tax-related preoccupations that have now gotten Kozlowski himself in hot water, it's hard to see why an investor would want to hold this stock at almost any price. This is a company in which the expectation of more bad news to come now seems to have become permanently a part of its public image - and who'd want to invest in a situation like that?

**MORE BY CHRIS BYRON**
(STORY) Martha Stewart in a real stew
(STORY) The price of friendship for Martha Stewart
(STORY) Tyco's Kozlowski resigns as CEO
(STORY) Flights, sites and fights
(HOME) MSNBC Cover Page

**TOP BUSINESS NEWS**
(STORY) Dow, Nasdaq fall sharply
(STORY) EBay to buy PayPal for $1.5 billion
(STORY) Merck reported billions not collected
(STORY) WorldCom founder takes the Fifth
(STORY) Accenture cuts jobs amid downturn
(HOME) MSNBC Cover Page

**MSNBC VIEWERS' TOP 10**

Would you recommend this story to other viewers?

not at all   1  -  2  -  3  -  4  -  5  -  6  -  7   highly

© BACK TO TOP ⬆

MSNBC is optimized for          • MSNBC Terms,



- **Microsoft Internet Explorer**
- **Windows Media Player**

**Conditions and
Privacy © 2002**

Cover | News | Business | Sports | Local News | Health | Technology & Science | Living | Travel
TV News | Opinions | Weather | Comics

Information Center | Help | News Tools | Jobs | Write Us | Terms & Conditions | Privacy

MSNBC    · InfoCenter    · Search    · Help    · NewsTools    · Write Us

**USA TODAY**

SPECIAL SECTION: USA TODAY CAREERS NETWORK

Home
News
Money
**Main categories**
Money briefs
Markets report
Managing money
Autos
Careers Network
Small business
**Money tools**
Economic calendar
Financial calculators
CD and loan rates
Currencies
Mutual funds
Columnists
Money index
Talk Today
**Games**
Money eXchange
Sports
Life
Tech
Weather

Search        Go
Site    Web
By LYCOS

**ARCHIVES**
SEARCH FOR
NEWSPAPER ARTICLES

**NEW E-MAIL**
GET NEWS
IN YOUR INBOX
Click here to get the
Daily Briefing in your
inbox



# Money

06/03/2002 - Updated 08 42 PM ET

## A new blow for Tyco: CEO quits

By Paul Davidson, USA TODAY

Dennis Kozlowski, who built Tyco International into a worldwide conglomerate, quit Monday amid reports that he is being investigated for suspected sales tax evasion.

The development is the latest blow for Tyco (TYC), which has been under fire for its aggressive acquisition strategy, questionable accounting practices and huge debt. Tyco, which makes products ranging from undersea fiber-optic cable to bandages, named former CEO John Fort as interim chief.



L Dennis Kozlowski built Tyco into a giant company. but its stock has lost more than half its value this year.

Tyco shares closed down $5 90, or 27%, at $16.05 Its stock has fallen 71% this year, wiping out more than $80 billion in market value.

Sherry Hunter, a spokeswoman for Manhattan District Attorney Robert Morgenthau, confirmed that Kozlowski has been under investigation for sales tax evasion but would not elaborate. He has not been charged.

People familiar with the matter say the probe has focused on his use of family trusts to buy artwork without paying state sales tax.

Kozlowski, 56, has been among the nation's best-paid CEOs, earning $112 5 million in salary and compensation, including potential gains from stock options, last year.

Kozlowski's lawyer, Stephen Kaufman, did not return phone messages seeking comment

His resignation comes at a delicate time for Tyco, which plans an initial public offering of its CIT financial services unit by the end of the month.

**TECH**
A floor l
spreads
over a r

How to r
invisible
laser'

Mosquit
nuisanc

Scientis
technolc
"smart b
surface

If you dc
hard dri
immedia
blame u

Technol
camera,
and web
shirt poc
$80

It's time
photos c
compute



Tyco hoped to raise about $7 billion from the IPO in a bid to trim its $23 billion in debt. But analysts expect the offering to yield just around $4 billion. Tyco bought CIT a year ago for $9.5 billion. Lehman Bros. recently withdrew a $5 billion offer for the unit.

"I think (the IPO) still gets done, but this adds another element of doubt at the (investor) road show," says Steven Altman, fixed income credit analyst with Commerzbank Securities. "How much does Kozlowski's personal behavior taint the company?"



Kozlowski, an accountant who rose to the top job, fueled Tyco's stock price with a whirlwind of acquisitions in the 1990s. But critics said the purchases of firms with unrelated products failed to achieve synergies. Tyco also was blasted for accounting practices that some said painted a misleading picture of the financial health of its new subsidiaries.

That, along with investor resistance, derailed Kozlowski's plan this year to break Tyco into four parts.

In a statement, Fort said he supports the company's new strategy to "focus more on organic growth."

The search for a new CEO will likely take "months," Tyco spokesman Brad McGee says.

Front Page News Money Sports Life Tech Weather Shop
Terms of service Privacy Policy How to advertise About us
© Copyright 2002 USA TODAY, a division of Gannett Co Inc



Welcome!    N Netscape    Mail    IM    Search    Shopping    Netscape Pre

— ADVERTISEMENT —

NEWS > Companies

# Tyco CEO quits

### Kozlowski resigns amid criminal probe; ex-CEO Fort replaces him.

June 3, 2002: 6:24 PM EDT



**NEW YORK (CNN/Money) - Tyco International said Monday its CEO, Dennis Kozlowski, stepped down amid a criminal sales tax investigation as shares of the embattled manufacturing conglomerate fell nearly 27 percent.**

Kozlowski told Tyco's board about the details of the investigation late Friday afternoon and resigned late Sunday night, according to Tyco spokesman Brad McGee.

The office of the district attorney for New York City's borough of Manhattan, Robert Morganthau, confirmed to CNNfn that it is conducting a sales tax investigation of Kozlowski and others, but a spokesperson declined further comment. McGee said the company is unaware of any other employees or board members being investigated.

Kozlowski has been replaced by John Fort, a 28-year Tyco veteran and former CEO who will act as interim CEO until a permanent replacement is found.

Kozlowski's contract, including his severance agreement, became void upon his resignation. "If he left for good cause then he would be entitled to provisions of the contract," said McGee.

The contract had called for Kozlowski to receive a severance of three times the highest salary, cash and stock bonus he had received in any of the prior three years. "The board is committed to enter into good faith discussions with Dennis" regarding a severance package, McGee added.

As of November 30th, the company's latest proxy filing, Kozlowski held 13.4 million shares of Tyco, and in January he purchased an extra 500,000 shares, said



Dennis Kozlowski

### Sidebar (left column)

Home
News
 companies
 company research
 deals
 economy
 financial news in brief
 industry watch
 international

Markets & Stocks
 Commentary
 Technology
 Personal Finance
 Retirement
 Mutual Funds
 Money 101
 Money's Best
 Track your stocks
 Calculators

SEARCH

CNNfn on TV
Watch CNNfn video
Buy show videos

Services
 CNN.com
 CNNSI.com
 MONEY Magazine Customer Service



DELIVERY OPTIONS
E-MAIL NEWSLETTERS

### Actions

SAVE THIS
EMAIL THIS
PRINT THIS
MOST POPULAR

power
Best Pl
Sell you
Ask th
Tonight c

sign up!

**MOBILE NEWS**
•AvantGo
**sign up!**

**SUBSCRIBE TO MONEY**

Try an issue of MONEY
magazine FREE!

**Name**

**Address**

**City**

**State/    Zip/**
**Province Postal**

**E-mail**

 Please do not contact
me via e-mail with offers
from Time Inc. and
CNN/Money

**Offer Details**

If I like MONEY, I'll
receive 11 more
issues 12 in all for just

**SUBMIT**

**Privacy Policy**

McGee. A more recent tally compiled by
Frist Call puts Kozlowski's holdings at 1.1 million shares, however.

Shares of Bermuda-based Tyco (TYC: Research, Estimates)
tumbled $5.90, or 26.88 percent, to $16.05 on volume of 127.2
million--the stocks fourth heaviest trading day, according to the
New York Stock Exchange.

The firm is the nation's biggest manufacturer of fire extinguishers
and also makes electronic components, bandages, crutches,
undersea fiber-optic cable, security systems and other products.

Kozlowski helped build Tyco into a $36 billion manufacturer,
making it one of the world's largest companies during the economic
boom of the 1990s through a series of acquisitions.



However, the recent collapse of
energy trader Enron Corp. has
brought the accounting practices
of such large and complex
companies as Tyco and General
Electric (GE: Research,
Estimates) under intense
scrutiny.

Tyco (TYC: down $5.90 to $16.05, Research, Estimates) shares are
off about 66 percent since Dec. 5, a month before the company
announced plans to split into four separate units in hopes of
boosting its stock price and to address investor concerns over
accounting at such diversified and complex firms.

On April 25, Tyco scrapped its break-up plan and announced it
would cut 7,100 jobs. Kozlowski called the plan a "mistake"
considering the sluggish economy, spending cutbacks and jitters on
Wall Street over corporate accounting.

The company also said then that it planned to take its CIT financial
services subsidiary public in an initial public offering, a move it
reaffirmed Monday.

"We plan to complete the IPO of CIT by the end of June," Fort
stated. "We will continue with our plans to make return on capital a
key part of our compensation system along with earnings growth
and cash flow."

Tyco opted for an IPO of CIT, which it acquired last year for $9.2
billion, instead of selling the unit outright, even as it negotiated
with potential buyers of the division. Lehman Brothers pulled its $5
billion bid for CIT on May 24 after news of the offer became public.
Two private equity firms, Blackstone Group and Bain Capital, were
planning to make a joint offer for CIT until Lehman swooped in with
its own bid.

In April, the CIT Group filed with the SEC for an IPO that could
raise as much as $7.15 billion. The offering would trade as "CIT" on
the New York Stock Exchange.

But even as Kozlowski tried to reverse the situation at Tyco, he faced questions about his personal dealings.

The investigation began several months ago. Prosecutors believe Kozlowski, who has moved hundreds of millions of dollars into family trusts, may have used those trusts to buy goods and services without paying state sales taxes, according to a report in the *New York Times*, citing lawyers involved in the probe.

Kozlowski is being represented by Stephen E. Kaufman, an experienced criminal lawyer, according to the report. Kaufman was not immediately available for comment Monday.

Officials at the district attorney's office also were unavailable for comment on the *Times* story. ∎

**SPECIAL: Click here for a FREE trial issue of MONEY magazine!**

SAVE THIS      EMAIL THIS      PRINT THIS      MOST POPULAR

CNNmoney

contact us | magazine customer service | site map | CNN/Money glossary

OTHER NEWS: CNN | CNNSI | Mutual Funds | Fortune | Business 2.0 | Time

Copyright  2002 CNN America Inc An AOL Time Warner Company ALL RIGHTS RESERVED

Terms under which this service is provided to you  privacy policy

washingtonpost.com

Personalize Your Post | Go to **mywashingto**

**Home**  |  News  |  OnPolitics  |  Entertainment  |  Live Online  |  Camera Works  |  Marketplace  |  Washington

E-MAIL NEWSLETTERS | ARCHIVES          SEARCH: News ▾          Search Op

News Home Page
Nation
National Security
Science
Courts
Columns
Search the States
   New York
Special Reports
Photo Galleries
Live Online
Nation Index
World
Metro
Business
Technology
Sports
Style
Education
Travel
Health
Real Estate
Home & Garden
Food
Opinion
Weather
Weekly Sections
News Digest
Classifieds
Print Edition
Archives
Site Index
Help

Toolbox
On the Web
Census information

Federal crime data
Economy by region
Stateline.org



SPECIAL ADVERTISING SECTION

Health&Image
DIRECTORY

Find local practices and businesses that cater to your health and well being

## Tyco CEO Resigns Amid Criticism
### Kozlowski Says He Is Subject of Tax Probe

*By Ben White*
Washington Post Staff Writer
Tuesday, June 4, 2002; Page E01

NEW YORK, June 3 -- Embattled Tyco International Ltd. chief executive L. Dennis Kozlowski resigned today after telling members of the firm's board that he was the subject of a criminal tax-evasion investigation.

The move also followed months of criticism of Kozlowski from investors angered by Tyco's plummeting stock price and amid increased scrutiny of the Bermuda-based conglomerate's accounting practices.

Shares in the firm closed down $5.90 at $16.05 today, a loss of nearly 27 percent. Tyco's stock is now off 73 percent from a December high of $60. Analysts said that even though the new investigation centers on Kozlowski's personal tax payments, it nonetheless unnerved already skittish investors.

"The resignation is forcing everyone to question whether Kozlowski acted with the same kind of poor judgment in his professional life as he appears to have done in his private life," said

----- Update -----
**Tyco Exec. Faces Tax Violation Charges**

*From Associated Press at 9:49 AM*

L. Dennis Kozlowski, the dealmaking titan who built Tyco International Ltd. into a massive conglomerate before suddenly resigning, is being charged with sales tax violations, the Manhattan district attorney's office said Tuesday.

Prosecutor Robert Morgenthau was to announce the charges at a midday news conference, according to spokeswoman Sherry Hunter, who would not provide further details.

————Chronology————
• Tyco's History Under Kozlowski (washingtonpost.com, Jun 3, 2002)

————Tyco International————
• Stock Quote and News
• Historical Chart
• Company Description
• Analyst Ratings

————Tyco Related Articles————
• Tyco Abandons Plan to Split Into 4, Will Close 24 Plants (The Washington Post, Apr 26, 2002)
• Executive Privilege? (The Washington Post, Mar 24, 2002)
• Tyco Earns Faint Praise (The Washington Post, Feb 14, 2002)
• Tyco Stock Bounces Back (The Washington Post, Feb 7, 2002)
• Tyco Shares Continue To Tumble (The Washington Post, Feb 6, 2002)

———— washingtonpost.com ————

Keep up with 218 countries. Register to customize headlines.

Rob Plaza, an analyst with
Chicago-based Morningstar Inc.,
which rates mutual funds and
stocks.

E-Mail This Article
Printer-Friendly Version
Subscribe to The Post

Tyco spokesman Brad McGee
said Kozlowski, 55, told board members on Friday that he was being
investigated by the Manhattan district attorney's office for possible sales
tax evasion in New York state. Kozlowski and the board agreed over the
weekend that it would be best for the firm if he stepped aside, McGee
said. The New York Times disclosed the probe in this morning's
editions.

An accountant by training who worked at Tyco for years before
becoming chief executive in 1992, Kozlowski built the conglomerate
into one of the nation's largest companies. It moved its headquarters
from New Hampshire to Bermuda in 1997 and grew, during Kozlowski's
tenure, through an aggressive acquisition strategy. It expanded into
undersea telecommunications systems, financial services, electronic
security and myriad other businesses.

During the same period, Kozlowski's personal wealth grew as well. In
2000, Kozlowski earned $25 million in salary and bonuses and sold at
least $86 million worth of Tyco shares, according to Securities and
Exchange Commission filings. He also became known for a
swashbuckling lifestyle that included driving a Harley-Davidson, flying
helicopters and racing yachts.

After delivering robust and consistent earnings for years, critics began to
question whether Tyco had been using misleading accounting practices
surrounding the acquisitions to inflate its balance sheet.

The SEC began a formal investigation in late 1999 after money manager
David Tice challenged Tyco's accounting practices, which helped knock
half the value off the company's stock. In July 2000, Tyco said the SEC
completed its inquiry by recommending that no action be taken after the
firm agreed to change some accounting practices.

Tyco shares began dropping rapidly again in January after the firm
disclosed a $20 million payment to an outside director. A day later, the
company said Kozlowski had repaid loans to the company with $70
million in Tyco stock. Tyco shares lost $50 billion in value in January.

The shares continued to slide in February after Chief Financial Officer
Mark H. Swartz said Tyco had spent $8 billion over the past three fiscal
years on 700 acquisitions that were never publicly announced.

And in April, Kozlowski reversed a plan he had announced in January to
split the firm into four parts in hopes of making it more valuable to
investors.

The firm said John F. Fort, Tyco chairman and chief executive from 1982 to 1992, would assume primary executive duties until a permanent replacement for Kozlowski is found. Fort has since served on the company's board of directors.

Plaza, the Morningstar analyst, said the firm should look outside and find a new chief executive capable of reassuring investors about the company's accounting practices. "The only thing that will work is if they find someone that has never had anything to do with Tyco," he said. "They really need a full housecleaning."

The Times report today said the investigation into sales tax evasion has been underway for months but has recently intensified, with a grand jury issuing subpoenas and taking testimony. The investigation reportedly centers on whether Kozlowski used family trusts to buy goods and services without paying state sales taxes.

Sherry Hunter, a spokeswoman for Manhattan District Attorney Robert Morgenthau, confirmed the probe, but offered no details. Stephen E. Kaufman, a lawyer for Kozlowski, did not return a call for comment. Kozlowski did not respond to a message left at his home.

© 2002 The Washington Post Company

---

Related Links

**Latest Business News**
**Ex-Tyco Head Indicted on Sales Tax Evasion** (Associated Press, 6/4/02)

**Golden Moment Eluding Europe** (The Washington Post, 6/4/02)

**American Airlines Pessimistic on Short-Term Outlook** (Reuters, 6/4/02)

**Full Business Section**

**Full Washtech Section**

**Full Coverage of the Americas**

**Latest World News**

washingtonpost
Home | News | OnPolitics | Entertainment | Live Online | Camera Works | Marketplace | Washington.

### NEWS INTERACTIVE

News | Money | IT | Fox Sports | Classifieds | Dating | Real Estate | Auctions | Jobs | Cars |

# news.com.au

Wimbledon: LIVE results, reports, the draw
Showbiz: latest news, gossip and r

04 July 2002

**Could your tax refund be bigger?**
click here to find out  

SEARCH
Keywor

Business Home
News
Markets
Money
Small Bus

Personal Finance
Advice
Shares
Calculators
Home Loans
Interest rates
Tax Centre

Other Sections
News
Technology
Entertainment
Sport
People
Weather
Horoscopes
Classifieds
Cars
Careers

Our Newspapers
The Australian
Herald Sun
Daily Telegraph
Courier-Mail
The Advertiser
The Mercury
Sunday Times
More

Get in touch
Terms 2002
Help
Feedback

HOME > FINANCE > STORY

Get News by Email          Print This Article          Email This Article

## Tyco titan quits
By HARRY R. WEBER

CONCORD: Dennis Kozlowski, the dealmaking titan who built Tyco International into a massive conglomerate with 277,000 employees, has resigned to face an investigation into possible sales tax evasion involving millions of dollars in artwork.

Investors already worried about the company's future sold Tyco stock with a vengeance, sending its shares down nearly 27 per cent Monday in extremely heavy trading. Tyco stock is now down 73 per cent since January 1.

**ADVERTISEMENT**

Getting all the tax deductions you're entitled to?

**return**

click here to find out

Although the investigation appeared to focus on how Kozlowski managed his vast personal fortune, much of it from sales of company stock, analysts said it raised serious concerns about his oversight of Tyco and its finances.

"He's someone that pushed the envelope, and this is something that could lead to further questions of the company," said Steven Altman, an analyst with Commerzbank in New York.

Also Monday, Raytheon Co. announced that Kozlowski had resigned his post on the board of the Lexington, Massachusetts-based defence giant. Raytheon did not say whether the investigation played a part in Kozlowski's decision.

Tyco was already under fire for Enron-inspired questions about how it accounted for the huge number of acquisitions Kozlowski made in the 1990s as he turned Tyco into a corporate behemoth producing products ranging from undersea fiberoptic cable to coat hangers

The company said Kozlowski resigned for "personal reasons" after informing board members Friday about the investigation.

FINANCE AT A G

**COVER STORY**
▶ Air NZ's $716m fl

**TOP STORIES**
▶ PBL takes over T
▶ Ex-SEC WorldCo
▶ Vivendi names ne

**WORLD**
▶ Boiler Room deal
▶ Ex-SEC WorldCo
▶ Vivendi names ne

**MARKETS**
▶ AMP reconfirms p
▶ AGL shares dip a
▶ Offer talks spur N

**PERSONAL FINA**
▶ Buyers huddle in
▶ Sam's makes top
▶ Health cover on c

**ELSEWHERE O NEWS.COM.AU**

**POPULAR STOR**
▶ TV gang-raid sco
▶ Piranha caught in
▶ Pubs angry at voi
▶ Aniston settles to

**BREAKING NEW**
▶ Accounting woes
▶ I'll be exonerated
▶ Wal-Mart tops Fo
▶ 15,000 to test AID

**SPORT**
▶ Legend's drugs si
▶ Reds appoint Sla
▶ Scud out, Hewitt

**ENTERTAINMEN**
▶ Natalie: I'm still w
▶ Kylie's steamy tel
▶ Alanis sues webs

**TECHNOLOGY**
▶ Spike joins tech :
▶ Regionals push d
▶ Warning on Telstr

World Vision News

**newstext**

Search our online
newspaper library —
more than 150 papers
archived.

Go there ˃

Sherry Hunter, a spokeswoman for Manhattan District Attorney Robert Morgenthau, confirmed that Kozlowski and others she did not name are the subjects of a sales tax investigation.

The New York Times first reported Monday that prosecutors believe Kozlowski moved millions of dollars into family trusts, then used the trusts to buy goods and services without paying New York state sales taxes.

Prosecutors are looking particularly at art purchases, a source familiar with the investigation said on Monday. At least $US10 million ($17 million) in purchases are in question, according to the source, who spoke on condition of anonymity.

Kozlowski has been under criminal investigation since January, the source said, and a grand jury began issuing subpoenas and taking testimony in recent weeks. No criminal charges have been filed.

Tyco executive vice president Brad McGee said the probe "is an investigation of Dennis as an individual, not as CEO of Tyco". Company officials are not aware of any Tyco employees under investigation, McGee said.

Kozlowski's lawyer, Stephen Kaufman, did not return repeated telephone messages left Monday seeking comment. Kozlowski could not be reached to comment.

No one answered the door Monday at Kozlowski's palatial seaside home in North Hampton, New Hampshire.

Tyco, based in Bermuda but run from Exeter, New Hampshire, said board member John Fort, who headed Tyco from 1982 to 1992, would take over immediately as interim chief executive until a permanent replacement is found. Through a spokesman, Fort declined a request for an interview.

Shares of Tyco fell 26.9 per cent, or $US5.90 a share, to $US16.05 Monday on the New York Stock Exchange. The stock's 52-week high was just over $US60 a share in December.

The resignation of Kozlowski — a motorcyclist, sailing enthusiast and avid tennis player who split his time between the company's offices in New Hampshire and in Boca Raton, Florida. — came as the company has struggled for months to restore a severe hit in investor confidence.

Critics say Tyco used accounting tricks when it bought companies to make its profits appear to grow faster than they actually did.

Kozlowski, an accountant who rose through the ranks of Tyco and became chief executive in 1992, cemented his reputation as a dealmaker by acquiring a new company for Tyco nearly every business day during the 1990s. Many have compared Tyco to General Electric Co. — and Kozlowski to Jack Welch, GE's acquisitive former chief executive.

Along the way, Kozlowski received ample compensation. In 2000, Kozlowski's best year, he received $US25 million in salary and other benefits and exercised options worth nearly $US100 million.

The son of a Newark, New Jersey, police detective, Kozlowski has a house in the Seacoast region of New Hampshire and in Boca Raton. He drives a Harley-Davidson motorcycle, flies helicopters and airplanes and has sailed in the Newport Bermuda Race, an annual yacht race from Newport, Rhode Island, to Hamilton, Bermuda.

In New Hampshire, he keeps his helicopter at a heliport two miles from his home and flies it primarily for pleasure. In Florida, his 15,000-square foot home with a pool, cabana, dock and tennis courts sits along the Intracoastal Waterway.

But Kozlowski didn't like the layout of the tennis courts and how the sun got in his eyes, so he bought a $US3 million house and tore it down to reposition the courts, the Palm Beach Post reported last week, citing unnamed sources.

During his tenure leading Tyco, the company gained a reputation of acquiring other companies and slashing jobs — some say ruthlessly — to streamline operations.

Kozlowski has always said his business strategy was to create value for Tyco shareholders. But in January, he announced a plan to break the company apart into four parts.

After months of investor concerns about Tyco's accounting practices, Kozlowski reversed course in April and said the breakup plan was a mistake. At the time, some investors said he should resign, but Kozlowski said he would stay on.

Kozlowski told the company's directors Friday about the investigation and said he would resign. McGee would not say whether the board pressured Kozlowski to leave the company.

Associated Press writer Samuel Maull in New York contributed to this report.

*The Associated Press*



**New salary report. How do you rate?**
→ Read more

← **Back**

Get News by Email          Print This Article          Email This Article

## OTHER HEADLINES

► Packer buys out TV Week
► Dollar sharply weaker
► News drives market up
► Boiler Room dealers may go free
► Placer extends AurionGold offer
► Car sales charge
► Stocks regain ground
► Dollar 'not so flash'
► PBL takes over TV Week
► Spike joins tech wreck

- ► AMP reconfirms profit sensitivity
- ► Ex-SEC WorldCom monitor
- ► Vivendi names new CEO
- ► NAB talk sparks $A fall
- ► Bargain hunters save the day
- ► FTSE at five-year low
- ► AGL shares dip after heady days
- ► $8.8bn on corporate buys
- ► Little Sunshine for methane debut
- ► Actuary denies HIH cut ordered
- ► Offer talks spur NatFoods
- ► US nod sparks Peptech
- ► AAV gets some special effects
- ► Wine cracks $2b barrier
- ► 300 jobs on the line in Coogi demise

Privacy Policy         © News Limited         Advertise with us          NEWS

A2 WEDNESDAY, JUNE 12, 2002

THE WALL STREET JOURNAL.

# Tyco Payments to Firm Raise Issues

*Employer of Director Got Up to $2 Million a Year; Arrangement Drew Fire*

Tyco International Ltd. has been paying a law firm that employs one of its veteran directors as much as $2 million annually in recent years in an arrangement that has been a source of some internal conflict at Tyco, say people familiar with the matter.

Meanwhile, the director, Joshua M. Berman, was compensated by the law

*By David Armstrong and John Hechinger in Boston and Laurie P. Cohen in New York.*

firm on a formula that included, among other factors, the amount of business he brought to the firm from Tyco.

Tyco has never disclosed the actual amount of money it paid to the firm, Kramer Levin Naftalis & Frankel, nor has it disclosed the connection between Mr. Berman's law-firm compensation and the business it sends to the firm.

Tyco has in the past disclosed its use of Kramer Levin. Yesterday, Walter Montgomery, a Tyco spokesman, said a

## Supporting Chic Digs

Prosecutors investigate Kozlowski's apartment, but many companies provide executives with plush pads, page B1.

proper disclosures were made about the relationship between Tyco and Mr. Berman's law firm. Mr. Berman couldn't be reached for comment.

Mr. Berman, a director since 1967, and a vice president since 1997, has played a central role in recent events at Tyco, which is under investigation by both the Securities and Exchange Commission and the Manhattan District Attorney's office about possible disclosure issues and alleged misuse of corporate funds.

In addition, corporate-governance experts have criticized the company for having a board of directors that had too many conflicts of interest and was too close to the executives it was responsible for overseeing.

Mr. Berman was a lawyer at New York-based Kramer Levin from 1985 until 2000, when he took a less-active role.

Paul S. Pearlman, managing partner of Kramer Levin, said that Mr. Berman's compensation formula —until 2000—was based on a formula that included, among other factors, how much Tyco business he brought to the law firm.

During the time that Mr. Berman, 63-years old, was both a director and lawyer at the firm, Kramer Levin received Tyco legal business in such areas as antitrust, corporate finance, international trade and litigation.

Some securities-law specialists point out that Tyco had no obligation to disclose the actual sums it paid the law firm, or the formula on which the law firm based its own compensation for Mr. Berman. But disclosure, or the lack of it, is rapidly becoming a key to the turmoil surrounding Tyco, a conglomerate whose shares have plunged on accounting questions and concerns about its debt load. Last week, L. Dennis Kozlowski was indicted on sales-tax evasion charges shortly after resigning as Tyco chief executive.

The Securities and Exchange Commission has revived an earlier investigation into Tyco's accounting related to its flurry of acquisitions during the past several years, a person familiar with the matter said. The SEC in 1999 and 2000 had investigated such matters as part of a broader informal probe of Tyco's accounting. The SEC ended its probe in mid-2000, taking no enforcement action.

Although Tyco says it has complied with disclosure rules regarding its relationship with Kramer Levin, securities-law experts say that some companies voluntarily provide more-detailed information to their investors. SEC rules say that a company must disclose fees paid to a law firm or investment-banking firm where a director works or is of counsel only if those fees exceed 5% of the gross revenue for that law or investment-banking firm during the firm's most recent fiscal year. Given Tyco's size, it is unlikely Tyco's fees to Kramer Levin exceeded 5%. A company spokesman declined to provide details of the payments.

"If they want to inspire confidence and keep their investors, [companies in general] need to disclose" the level of all self-dealings between directors and management, contends Paul Lapides, director of the Corporate Governance Center at Kennesaw State University in Georgia.

Meanwhile, the relationship between Mr. Berman's firm and Tyco has been the subject of some internal controversy at Tyco, say people familiar with the matter.

Mark Belnick, Tyco's general counsel until he was fired by the company on Monday, regarded the arrangement with Kramer Levin as an overconcentration of Tyco's business, and sought to disperse some of that business to other firms, say people close to Mr. Belnick.

A person familiar with the matter said Mr. Belnick was also concerned about a perception of a conflict of interest in having so much business concentrated at a director's law firm.

After Tyco dismissed Mr. Belnick, his lawyer sought to pin the blame on Mr. Berman. The lawyer, Stanley S. Arkin, accused Mr. Berman of teaming up with lawyer David Boies, who is conducting an internal investigation of Tyco paralleling the federal and state probes—to "take control of Tyco's ongoing legal business."

Mr. Arkin said that Mr. Berman disliked Mr. Belnick's choice of outside counsel for Tyco because Kramer Levin lost out to other law firms selected by Mr. Belnick.

But Kramer Levin denied that assertion. "Tyco has always been a valued client of the firm," said Mr. Pearlman.

## Disclosure, or the lack of it, is becoming a key to the turmoil surrounding Tyco.

"Our legal work for Tyco hasn't materially varied since Mark Belnick became general counsel."

Mr. Pearlman and another Kramer Levin partner said that fees to the firm rose in 1999, after Mr. Belnick came to Tyco. He added that they went down in 2000, but climbed in 2001 to a level higher than the 1999 fees. "It was a perfectly respectable amount of business," Mr. Pearlman said, though he declined to say how much.

Tyco said it fired Mr. Belnick because he hadn't been cooperating with Mr. Boies, and said Mr. Belnick himself was one of the people being scrutinized in the internal investigation.

Mr. Belnick also received about $20 million in compensation from Tyco during the last three years that hadn't been disclosed to investors, although its size indicates that it may have put him among the top five highest-paid executives at the company. Mr. Arkin, Mr. Belnick's attorney, confirms his client received the amount but maintains no disclosure rules were violated in the matter.

Kramer Levin's Mr. Pearl

*Pri...*

*U.S*

*Bon*

WASH
cials we
"dirty bo
his passp
al Qaeda
nized Mr.
they had
plan terro

The d
ferred Mr.
ant" to a
they provi
long manh
got off a f
cials say M

*By Jess Bra
York and D...*

gang memb
Muhajir, wa
and detonat
bomb, which
plosives to s.

Mr. Padil
judge yester
even as the E
American-bor
military dete

Meanwhile
uralization S
and thorough
entering or le
ing a recent r
unnamed city
number of Ye
been making i
In a warning
directed agent
"large sums of
night vision go

A Justice
such alerts are

## New Front

• Al Qaeda ma
iterranean as th

• The U.S. train
deter smuggling

other federal la
based on their n
name the agency
meni alert.

Authorities b
Padilla in Febru
a replacement pa
late General in ca
breakthrough ca

B

KML  the essent...

# KMI... the essence of an MBA for the experienced manager.

Juggling work and family is tough enough. How can you get the fundamentals of an executive master's program or update your MBA within a timeline that fits your hectic schedule? The answer is the **Kellogg Management Institute (KMI)**. KMI is a non-degree general management program offering busy professionals an opportunity to engage in the finest executive education within a convenient time frame. Every other Friday for nine months (September 19, 2002-May 24, 2003), you will gain professional expertise by exploring the most relevant managerial topics and leadership methods.

You will study the core disciplines of our MBA program without the distraction of testing and paper writing. Sessions are conducted by the senior faculty of the Kellogg School of Management, one of the nation's leaders in management education.



Applications must be submitted to the admissions committee no later than August 31, 2002. Early application is recommended. Call 847-467-7000 for a brochure and further details on the Information Sessions.

Phone: 847-467-7000
Fax: 847-467-3072
E-mail: ExecEd@kellogg.nwu.edu



# Kellogg
School of Management

## Register On-Line
### www.kellogg.nwu.edu/execed
(Click on KMI Info Sessions)



# SPERRY.
## TOP-SIDER

**WHEN PERFORMANCE COUNTS**

BILLFISH COLLECTION



closure rules ... e violated in the matter.

Kramer Levin's Mr. Pearlman said Mr. Berman brought Tyco with him as a client when he joined the firm in 1985. Prior to that, Mr. Pearlman said, it was his understanding that Mr. Berman also represented Tyco at two other law firms, including one Mr. Berman founded himself. Mr. Berman had been a partner at the Boston law firm of Goodwin Procter before joining Kramer Levin.

Mr. Pearlman said Mr. Berman's compensation was determined in the same manner as it was for partners and included other factors such as global hours, work performed for other clients and his stature in the community. He declined to say how much work Mr. Berman, who wasn't a partner at Kramer Levin, did for other clients. Although he no longer actively practices law for Kramer Levin, Mr. Berman is occasionally consulted on matters relating to non-Tyco clients of the firm, Mr. Pearlman said. He said the payments for these services are extremely small and unrelated to any fees collected from Tyco.

But Mr. Pearlman acknowledged that Tyco's business with the law firm was clearly linked to Mr. Berman. "It is fair to say he was given credit for Tyco origination," he said.

Meanwhile, the Manhattan District Attorney's office is looking at a variety of tax-related issues connected to Tyco's move of most of its operations to Boca Raton, Fla., beginning in 1998. Though Tyco retained its headquarters in New Hampshire and an office in Manhattan, many of its corporate officers had residences in Florida, which has lower tax rates than New York. Some of these officers, including Mr. Kozlowski, Tyco's former chairman, lived much of the year in New York.

An investigator with knowledge of the prosecutors' probe said prosecutors are interested in whether the company's move to Boca Raton had a legitimate business purpose—or was simply done to enable officers to declare Florida residency and avoid New York State taxes. The investigator said that all corporate officers with homes in both places will be looked at to determine whether they "structured their lives to avoid paying [New York] state taxes."

—*Michael Schroeder, Joann S. Lublin and James Bandler contributed to this story.*

**WSJ Journal Link:** See interactive graphics with details on the rise and fall of Tyco's fortunes in the Online Journal at **WSJ.com/JournalLinks.**

**THE WALL STREET JOURNAL (USPS 664-860)**
(Eastern Edition ISSN 0099-9660)
Temporary editorial and publication headquarters:
4300 North Route 1, South Brunswick, N.J. 08852

Published daily except Saturdays, Sundays and general legal holidays. Periodicals postage paid at New York, N.Y., and other mailing offices. Subscription rates (postage paid). In the United States, territories and possessions, two years $299, one year $175, 6 months $89, 3 months $49; foreign rates on request at the Chicopee, MA address.
POSTMASTER: Send address changes to The Wall Street Journal, 200 Burnett Rd., Chicopee, MA 01020.
All Advertising published in The Wall Street Journal is subject to the applicable rate card, copies of which are available from the Advertising Services Department, Dow Jones & Co. Inc., 1155 Avenue of the Americas, New York, N.Y. 10036. The Journal reserves the right not to accept an advertiser's order. Only publication of an advertisement shall constitute final acceptance of the advertiser's order.

...ral General in Kan... breakthrough came i... said, when Abu Zub... lieutenant, identifie... his photos. U.S. off... that before they we... Padilla, he had trav... the Middle East in th... ing to the U.S.

He left Pakistan ... went to Switzerland. ... wasn't until early M... Mr. Padilla was book... cago via Zurich, that ... gence Agency caught ... him under surveillan...

A senior intelligen... Mr. Zubaydah, who h... rogation since his cap... not have realized how... tion would prove. "... motivation," this offic... bly was not doing it ...

Intelligence officia... velop a complete pictu... dilla was doing durin... rope and the Middle ... may have met with oth... tives for instructions ... ceived the more than ... was carrying when ... have stopped off to ... Egypt, where he once ...

Defense Secretary ... told reporters in Qatar... ing U.S. troops, that th... to interrogate Mr. Pad... gence about possible te... than to prosecute him ...

*Please Turn to Pag...*

## Screening to ... At Flight Sc...

*Associated ...*

WASHINGTON—(... teach pilots to fly lar... need permission from... eral John Ashcroft t... citizen under rules ... Justice Department ... would put into prac... sional mandate adop... to the Sept. 11 terror...

"Carefully screen ... who come to the U.S... large aircraft is a sa... to prevent future act... Mr. Ashcroft said. "Th... tem, when fully imple... hance air safety by d... terrorists the keys t...

Immediately afte... Justice Department s... ing of noncitizens. ... rules, which apply to ... craft over 12,500 pou... place before most tra... sumed. Mr. Ashcroft ... Foreign Terrorist ... Force to conduct the ... aliens seeking flight ... comment on the rules ... for 30 days before the...

**CORRECT**



E-MAIL NEWSLETTERS | ARCHIVES        SEARCH: News    [        ]    Search Op

Quick Quotes [        ]  Get Quotes  Look Up Ticker | Portfolio | Index

**News Home Page**
Nation
World
Metro
Business
Market News
Portfolio
Technology
Company Research
Mutual Funds
Personal Finance
Industries
Columnists
Special Reports
Live Online
Business Index
**Technology**
**Sports**
**Style**
**Education**
**Travel**
**Health**
**Real Estate**
**Home & Garden**
**Food**
**Opinion**
**Weather**
**Weekly Sections**
**News Digest**
**Classifieds**
**Print Edition**
Archives
Site Index
Help

## Tyco Replaces Chief Lawyer, Is Hit With Downgrade of Debt

*By Ben White*
*Washington Post Staff Writer*
*Tuesday, June 11, 2002; Page E01*


advertisement

RETURN ON COMMUNICA
Roll over here
FREE White Pa
AT&T
[ Click To Get Yours

NEW YORK, June 10 -- Tyco International Ltd., under investigation for possible misuse of corporate funds, replaced its top lawyer today, while a credit-rating agency downgraded the conglomerate's debt to junk status and lowered its assessment of the financial services unit Tyco hopes to sell to raise much-needed cash.

Fitch Ratings analyst Philip S. Walker Jr. said the downgrades would not "trigger" any provisions in Tyco loans calling for faster payment.

Triggers, which hinge on credit-rating downgrades as well as a borrower's stock price, can cause a cash crisis, such as the one that helped drive Enron Corp. into bankruptcy court last year. Both Standard & Poor's Corp. and Moody's Investors Service Inc., the nation's other leading rating agencies, reduced Tyco's debt to one notch above junk status last week.

Tyco's stock has fallen dramatically since its chief executive, L. Dennis Kozlowski, resigned last week, a day before he was indicted by a New York state grand jury o evading more than $1 million in sales taxes on $13.2 million in rare paintings. The yesterday rose $1.30, or 13 percent, to $11.40, but was still off 80 percent for the y

Tyco officials have repeatedly said the company faces no cash crisis and will be al back the billions of dollars of debt that will come due next year. They are expectin make an initial public offering of stock in their financial services subsidiary, CIT, as much as $6.5 billion, though some analysts have said CIT could yield significar that.

The Securities and Exchange Commission has not yet approved the IPO, a holdup executives blame on technical glitches. If they cannot sell CIT, Tyco executives sa

—————Related Articles—————
• **Debt Downgrade Drops Tyco** (The Washington Post, Jun 8, 200
• **Former Tyco CEO Faces Charg Tax Dodging** (The Washington Po Jun 5, 2002)
• **Ex-Tyco Head Indicted on Sa Tax Evasion** (The Washington Po Jun 4, 2002)
• **Tyco's History Under Kozlow** (washingtonpost.com, Jun 3, 200

• E-Mail This Article
• Printer-Friendly Version
• Subscribe to The Post

many other assets they could put on the block to raise cash in an emergency.

The announcement that Tyco had named someone to replace Mark Belnick as gen drew a bitter response from Belnick's lawyer.

Stanley Arkin accused Josh Berman, a Tyco vice president and board member, and Boies, a well-known outside lawyer the company recently hired to head an interna investigation, of staging a "savage assault" to give Boies total control of the firm's strategy.

Tyco called the assertions "ludicrous" and said Belnick was "among the persons be investigated."

Tyco named Irving Gutin, who has held the post before, to replace Belnick.

Tyco "is determined to have a fair and complete investigation of any allegations of conduct by any of its personnel," the statement said. "The company lost confidenc Belnick's willingness and ability to conduct a fair and complete investigation, in p of his unwillingness to cooperate in the investigation of himself and because of his control the course of that investigation."

The statement concluded: "The assertion by Mr. Belnick's lawyer that the Board o acted to protect anyone's 'turf' is ludicrous and is an attempt to distract attention fr client's serious problems."

In an interview, Arkin said Tyco hired Boies to "do a discreet job" handling the ex investigation of Tyco and Kozlowski by the Manhattan district attorney's office. A Boies confronted Belnick over the weekend and told him that he, Boies, would be investigation personally.

"He said, 'I'm the guy who will deal with the district attorney. I'm the guy who wil the Securities and Exchange Commission. " 'I'm the guy who is in charge,' " Arkin Boies's alleged confrontation of Belnick.

"Belnick said, 'No, you can't do that.' And ultimately Boies got Berman to fire Bel

Boies's office said he was traveling and unavailable for comment. Berman decline comment. An official in the district attorney's office would not comment on wheth was a focus of the investigation.

According to papers filed with the SEC, Belnick was due to be paid $10.6 million with the firm through October 2003. Arkin said Belnick was not fired for cause an paid the entire amount as well as additional damages.

The district attorney's office, a source said, is now trying to determine whether Ty New York or federal securities laws by paying for real estate and goods for execut disclosing the payments to investors.

Specifically, investigators are attempting to determine whether Tyco improperly p $18 million Manhattan apartment and a $2.5 million home in Boca Raton, Fla., tha

belonged to Michael A. Ashcroft, a British nobleman who joined Tyco's board in conglomerate merged with Ashcroft's security systems firm, ADT Ltd.

In downgrading CIT, Fitch cited the turmoil at the parent company and the amoun firm will have to repay in the near future.

Fitch said it was simultaneously lowering Tyco's senior debt and commercial pape junk status. Fitch said it gave CIT a higher rating because it still believes the finan separate from Tyco in the near future. Fitch said that as a separate entity, CIT has market positions in a variety of business segments."

© 2002 The Washington Post Company

---

**Related Links**

**Latest Business News**
**US Airways Applies for Federal Assistance** (The Washington Post, 6/11/02)

**Debit Card Suit Allowed To Continue** (The Washington Post, 6/11/02)

**Adelphia Board Member Resigns** (Associated Press, 6/11/02)

**Full Business Section**

**Full Washtech Section**

Your car insurance company would rather you **didn't** know about **GEICO** auto insurance.

washingtonpost

Home | News | OnPolitics | Entertainment | Live Online | Camera Works | Marketplace | Washington.

my washingto

 

**YAHOO!FINANCE** Search - Finance Home - Yahoo! - Help **SmartMoney.com**



[ Latest Headlines | Market Overview | News Alerts | More SmartMoney.com ]

**Wednesday June 12, 2:20 pm Eastern Time**

# SmartMoney.com - Stock Close-Up
## Time to Eat Some Ty-Crow
By Robert Hunter

This article was originally published on SmartMoney Select on 6/05/02.

BEFORE I SET about flagellating myself on this public stage for my regrettable call on Tyco International (NYSE:TYC - News), I'd like to cite a passage I wrote in February in a column about Cisco Systems (NASDAQ:CSCO - News): "It's healthy, sensible, rational to assume that there's more accounting abuse in corporate America than meets the eye. Houston isn't the epicenter of bookkeeping shenanigans, as the shareholders of Elan (NYSE:ELN - News), Global Crossing (Other:GBLXQ), Allied Irish Banks (NYSE:AIB - News) and countless others can attest. The way I see it, investors have been quite right to steer clear of questionable companies."

**NASDAQ-100** SYMBOL QQQ
INDEX TRACKING STOCK ▸ MORE

**Related Quotes**

| | | |
|---|---|---|
| CSCO | 15.29 | +0.30 |
| EP | 21.90 | +0.90 |
| IMPIX | 43.80 | |
| TYC | 10.15 | |
| WMB | 7.43 | |

delayed 20 mins - disclaimer
Quote Data provided by Reuters

Get Quotes

ADVERTISEMENT



It's remarkable how little has changed in the past four months — except for the number of questionable companies, that is. On Monday, the major indexes were pummeled on news that El Paso Corp. (NYSE:EP - News) had lost its corporate treasurer to suicide; that Williams Cos. (NYSE:WMB - News) was holding a conference call with investors to defend itself against allegations in the media that it had conspired to rig the California electricity market; that the Nasdaq Stock Market had delisted disgraced cable giant Adelphia Communications (Other:ADELA) because it still hadn't filed its 2001 annual report; and that Tyco Chief Executive Dennis Kozlowski had been forced to resign while under investigation by Manhattan District Attorney Robert Morgenthau for alleged tax evasion. I haven't seen a longer list of bad news since ABC unveiled its fall lineup.

Despite the stronger economy in 2002 — on Monday came news that manufacturing activity heated up in May, reaching levels not seen since February 2000 — the Dow Jones Industrial Average, Standard &

Poor's 500 and Nasdaq Composite closed Monday down 3.1%, 9.3% and 19.8%, respectively, on the year. Given the level of corporate malfeasance being exposed these days, it's no wonder.

Unfortunately, I recommended Tyco back in March 2001, just after it announced its intention to acquire the CIT Group. That move, I argued, would create exactly the kind of internal capital market that Tyco needed to fuel growth in its industrial businesses. For a while, I looked like a genius: Tyco's stock jumped 28% from the date of that column until the end of May. But this year, as the sordid tales of Enron's (Other:ENRNQ) demise began coming to light, serious questions arose about the soundness of corporate bookkeeping. Companies with complicated financial reports or aggressive accounting practices came to be judged harshly by a market that took it upon itself to punish transgressors while the SEC stood idly by.

When again I sang the praises of innocent old Tyco back in November 2001, I had no idea what trashy stories would emerge about Kozlowski's governance practices. Granted, the SEC has taken no action regarding Tyco's accounting since the company voluntarily restated its earnings upward in June 2000. But in 2002, investors have tended to sell first and ask questions later whenever bad news visits a stock. In Tyco's case, the selling began when it was revealed that Kozlowski and Chief Financial Officer Mark Swartz had secretly sold some $500 million of Tyco stock through back channels in the past few years, while telling investors they rarely sold stock. Next came news that former board member Frank Walsh was paid $20 million for his role in helping to broker the CIT deal, shattering the illusion that the board was fiercely independent from management.

It didn't help matters that Business Week, Fortune and The Wall Street Journal raised more questions about Tyco's accounting earlier this year. The center of the controversy for Tyco has been a practice known as "spring loading," whereby Tyco allegedly encouraged acquired companies to tamp down their earnings results for the period before the acquisition to make the immediate post-acquisition performance seem better by comparison. Tyco maintains that it complies with generally accepted accounting principles. But given the company's complex earnings reports, investors have concluded that obeying the letter of the GAAP guidelines isn't enough.

Tyco's strangest move came in late January. With its stock price in freefall, the company announced that it would split itself into four pieces, and promised shareholders a 50% return for hanging in there. Investors were baffled by the abrupt shift in the company's decadelong growth strategy and quickly bet the other way. Tyco's stock plummeted from around $46 on Jan. 22 to less than $20 three months later. Then, Kozlowski reversed course. Addressing shareholders on April 25, he apologized for his recent performance and told them that he had decided to scrap the breakup plan. Only CIT would be sold or spun off, he said. That didn't do much for the stock price, though. Shares closed last Friday at just $21.95.

But the most damaging bit of news by far was Kozlowski's criminal indictment. The charge: That our pal Kozlo illegally avoided paying New York state sales taxes of more than $1 million on paintings he bought for his $18.5 million Park Avenue apartment. The mechanics of the scheme are downright pathetic. Kozlo allegedly had dealers ship empty boxes purportedly packed with art to his home in New Hampshire, to avoid being taxed in New York. The boxes were signed for at home — save those receipts! — giving Kozlo the paper trail he needed for the taxman. Trouble is, someone tipped off Morgenthau, and the prosecutor decided to make an example out of Kozlo. And for good reason: The penny-pinching corporate titan raked in some $300 million in the last three years in cash and exercised stock options.

It's more than fitting that Kozlo, who moved Tyco to Bermuda in 1997 to cut its U.S. tax bill and thereby inflate Tyco's earnings, would himself be indicted as a tax cheat. The question investors have to

be asking is this: If Kozlo was willing to go to such reckless lengths in his personal life, how much further did he go at Tyco, a public corporation where he has little personal liability, and where it's a heck of a lot easier to cook the books? Anyone who's ever read Tyco's financial statements knows how confusing they can be. I'd bet there's more than a little artful dodging, if you will, going on there. And as we know from Enron, we can't rely on auditors to ferret out the fraud. Quite the opposite.

There were, however, a couple of bits of good news on Monday. Since the board succeeded in forcing Kozlo to resign rather than firing him, the company won't have to suffer the humiliation of honoring the sweetheart severance provision in his employment contract. And interim CEO John Fort, who headed the company from 1982 to 1992 and has sat on Tyco's board ever since, said Tyco is still committed to selling or spinning off CIT by the end of the month. Such a move would bring Tyco anywhere from $4 billion to $6 billion in cash — money it needs to pay off its growing debt load, which now sits at around $27 billion.

Moreover, suffering shareholders can take heart in the fact that Tyco isn't going anywhere. Unlike Enron, which existed almost solely on paper in its later years, Tyco has massive physical assets and businesses that throw off boatloads of cash. The company's non-CIT revenues for 2002 are expected to be in the vicinity of $36 billion. Yes, Tyco has lots of debt, but the CIT sale should fund its obligations for at least a year.

Still, the mere fact that a company is solvent is no reason to own its stock. Companies tarred with the questionable-accounting brush are likely to suffer in the market for some time. In Tyco's case, my hunch is that, once a permanent CEO is found, the new regime will be so eager to turn the page that it'll quickly start fessing up to mistakes made during the Kozlo era. And until that happens, Kozlo's legacy will hang over Tyco's stock like a Sword of Damocles.

As for me, well, I blew it. But I'm not the only one. Legendary fund manager Bill Miller of the Legg Mason Value fund (NASDAQ:LMVTX - News), who has beaten the S&P 500 for more than a decade running, scooped up nearly 13 million shares of Tyco in the first quarter of this year, making that stock its ninth-largest holding, according to Morningstar. In matters of investing, misery definitely loves company.

SmartMoney Map of the Market - See the Market Like Never Before

Order SmartMoney magazine and receive a 65% discount

*To see all of our stories, go to SmartMoney.com, the most comprehensive resource for investing; providing award-wining tools and daily updates on investment opportunities. Register for free real-time quotes,watchlist, portfolio tracking and more. Get SmartMoney Magazine at the Publisher's LOW direct-to-public rate!*

Email this story - Most-emailed articles - Most-viewed articles

| **More Quotes and News:** | • Cisco Systems Inc (NasdaqNM:CSCO - News) |
| | • El Paso Corp (NYSE:EP - News) |
| | • Legg Mason Value Trust Inc (Nasdaq:LMVTX - News) |
| | • Tyco International Ltd (NYSE:TYC - News) |
| | • The Williams Companies Inc (NYSE:WMB - News) |

**Related News Categories:** networking, oil/energy, telecom, utilities



MSNBC NEWS E-MAIL
Get the day's
**TOP STORIES**

Adverti
Shop



## CNBC & The Wall Street Journal. Business

### STOCKS AND ECONOMY

# Tyco replaces top lawyer amid probe

ASSOCIATED PRESS

June 10 — Tyco International Ltd., the industrial conglomerate under investigation after its chief executive was indicted on sales tax evasion charges, announced Monday that it has replaced its top company lawyer. Mark A. Belnick was replaced by Irving Gutin as general counsel, a post he previously held. In a statement late Monday, Tyco said it is investigating Belnick for undisclosed reasons.

News
Business
Sports
Local
Health
Tech • Science
Living • Travel
TV News
Opinions
Weather
Shop@MSNBC
MSN.com

QwestDex
online yellow pages
Find a Local Business

Fa
$59.
Bar

Mc
Fina

BAR

**✦ E-MAIL THIS** ✂           **✿ COMPLETE STORY** ↴

ADVERTISING ON MSNBC

**RESOURCE GUIDE**
• Yellow Pages
• Auctions at uBid
• Personals Channel
• Professional Tips
• Newsletters
• Shopping

**SPONSORS**

Ameritrade
pBuilder
citi
WATERHOUSE

b Cost-
effective

Microsoft
bCentral
Visa Business
Platinum Card

Apply
Now

Microsoft
Translucent
card design

**2.99%** intro APR*

**No Annual Fee**

Point here to learn more.

| b Cost-effective | b b Central | b Smarter | b Protected |

**Live Quote** by
CNBC on msn Money

"THE COMPANY is determined to have a fair and complete investigation of any allegations of



**Tyco International Ltd. (TYC)**
price            change
10.15            -0.90

Add this stock to your
MSNBC homepage

MSNBCINTERACTIVE

Data. CNBC on MSN Money
and S&P Comstock 20
min delay

improper conduct by any of its personnel," the statement said. "Mr. Belnick is among the persons being investigated."

The statement added, "The company lost confidence in Mr. Belnick's willingness and ability to conduct a fair and complete investigation, in part because of his unwillingness to cooperate in the investigation of himself and because of his attempt to control the course of that investigation."

But Belnick's lawyer, Stanley Arkin, said his client was fired despite working "tirelessly to create a better and more effective corporate governance for Tyco."

Arkin added that "entrenched factions of the Tyco board are exploiting this opportunity to seek to expand their personal control of the company and protect their undeserved entitlements and prerogatives."

Tyco dismissed the allegations.

"The assertion by Mr. Belnick's lawyer that the board of directors acted to protect anyone's 'turf' is ludicrous and is an attempt to distract attention from his client's serious problems," Tyco said.

Tyco shares rose almost 13 percent Monday, after being pummeled by investors last week when chief executive Dennis Kozlowski resigned and was charged with illegally avoiding more than $1 million in sales taxes on paintings, including works by Renoir and Monet.

In an interview, Arkin said the situation that led to Belnick's firing involved his relationship with Tyco board member Josh Berman and lawyer David Boies. Boies, who was traveling, couldn't be reached for comment. Berman could not be reached for comment.

Boies — who represented the U.S. Department of Justice in its antitrust case against Microsoft Corp. — was hired by Tyco to help conduct an internal investigation of company finances announced after Kozlowski was indicted.

"This weekend, my client had a confrontation with Mr. Boies," Arkin said. "And sort of in a midnight raid, these guys went out and turned the board against him."

Also Monday, Fitch downgraded its credit rating of Tyco to junk status after Standard and Poor's and Moody's Investors Service last Friday downgraded Tyco credit to a notch above junk.

In a conference call Monday, S&P analysts said Tyco's rating could go lower if the criminal investigation focusing on Kozlowski and Tyco is not

Advertisement



Add local news and
weather to the MSNBC
home page.

resolved soon.

Arkin called Belnick's firing unfair and irrational, noting that he has been assisting New York prosecutors in their investigation of Kozlowski.

According to a filing with the Securities and Exchange Commission, Belnick signed a retention agreement calling for him to receive $10.6 million if he stayed with company until October, 2003.

A source familiar with the investigation into Kozlowski and Tyco said Friday that New York prosecutors are investigating whether Tyco bought Kozlowski's New York and Florida homes and improperly paid other expenses.

The source, who spoke on condition of anonymity, suggested that others within Tyco might be involved in Kozlowski's alleged wrongdoing, but would not say whether they will face charges.

Interim Tyco chief executive John Fort and chief financial officer Mark Swartz have promised to disclose details of Tyco's internal probe this week.

Before Kozlowski resigned, Tyco was already under fire for Enron-inspired questions about how it accounted for the huge number of acquisitions he made in the 1990s. The deals turned Tyco into a 277,000-employee behemoth producing everything from undersea fiber-optic cable to coat hangers.

But the company's stock is down about 80 percent this year, and analysts say its survival depends on a plan to sell or spin off its lending unit, CIT, to help pay down $27 billion in debt.

Tyco said the deal, originally planned to be completed by the end of June, could be delayed a week.

Tyco shares rose $1.31 to $11.41 Monday on the New York Stock Exchange.

*© 2002 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*



**BUSINESS HEADLINES**

WATCH THE WEBCAST: Updated all day

**Playing now:**
- Ex-ImClone CEO out on bail
- Univision to buy Hispanic Broadcasting
- Stocks rally around Procter, Motorola

---

**TOP WSJ STORIES ON MSNBC**

- STORY WSJ: Soviets trained in detecting radiation
- STORY Unocal will stand trial over Myanmar venture
- STORY Nimble financing helped fuel growth of an advertising giant
- STORY Lawsuits over 'choose life' plates
- STORY NHL considers protecting Sabres

07/01/02 16:36:00

**Tyco raises less-than-expected $4.6 bln in CIT IPO**

NEW YORK, July 1 (Reuters) - Tyco International on Monday raised a less-than-expected $4.6 billion from the sale of its CIT Group finance arm, putting much-needed cash in the conglomerate's coffers to help reduce its heavy debt load, two sources familiar with the situation said.

Tyco sold 200 million shares for $23 each, below the expected range of $25 to $29, according to a banker involved with the sale. Proceeds from the IPO are $400 million less than the lowest amount expected by CIT.

The sale's value reflects how grinding declines in the stock market has sapped demand for new shares. Tyco needed to sell the company to help pay $7.7 billion of debt coming due within the next year and a half.

Another high profile IPO, Merck & Co.'s $1 billion sale of its pharmacy benefits manager, Medco Health Solutions, was forced to reduce its offer price and on Monday postponed the sale for a second time.

Investment banks Lehman Bros. Holdings Inc. and Goldman Sachs Group Inc. are managing the CIT sale.

- additional reporting by Tom Johnson. Jake Keaveny, Wall Street Desk, 646-223-6162, jake.keaveny@reuters.com))

07/01/02 16:04:00

**States Pressure Wall St. on Conflicts**

By MICHAEL GORMLEY
*.c The Associated Press*

By MICHAEL GORMLEY

ALBANY, N.Y. (AP) - New York, California and North Carolina officials agreed Monday to require many top Wall Street firms to adopt anti-conflict-of-interest policies to do business with the states' massive pension funds.

*E*

The states will require investment banking firms and money managers doing business with the pension funds to disclose more about potential conflicts, adhere to several safeguards and accept closer monitoring.

Columbia Law School professor John Coffee said the agreement, backed by billions of dollars in public pension funds, will be more effective than regulators' efforts to reform Wall Street.

``What we're seeing here is consumer power, not regulatory power,'' said Coffee, who has closely watched the recent furor over Wall Street conflicts of interest. ``No one wants to give up on New York or California's pension funds, which are huge, and to get that business I think you will find a competitive market adopting the standards they mandate. That's how consumer power works well in a competitive market.''

The California Public Employees Retirement System is the nation's largest at about $150 billion. New York's public retirement system has about $112 billion and North Carolina's nearly $54 billion.

New York Attorney General Eliot Spitzer said a dozen more states with large pension funds are considering signing on to the initiative.

``Our message today is simple and clear: If you wish to do business with our state, we expect you to adhere to the highest standards of integrity and disclosure ... so pensioners and taxpayers aren't stuck with the bill,'' said California Treasurer Philip Angelides.

The agreement is expected to force change on an industry whose chief regulator, Securities and Exchange Commission Chairman Harvey Pitt, has been criticized for lax enforcement.

``We've supported those goals since Day One,'' said Joseph Borg of the North American Securities Administrators Association. Its task force is pushing for similar reforms.

The agreement imposes and extends Spitzer's May settlement with Merrill Lynch & Co. The firm, and a few other major brokerages, agreed to separate its analysts from investment banking. Internal e-mails obtained by Spitzer showed stock analysts were urging

investors to buy the stock of companies they privately felt were risky in order to land the firms as investment banking clients.

The revelations further weakened investor confidence, wracked by a wave of accounting scandals following last fall's collapse of Enron Corp. that have cost them millions. WorldCom, Adelphia Communications, Tyco International, Xerox and others have lost billions of dollars in market value as questions arose over their financial practices and accounting.

``The fraud and theft committed by criminals on our city streets is no different from the fraud and theft committed by criminals in our corporate suites,'' said New York Comptroller H. Carl McCall, the sole trustee of his state's pension fund.

Coffee said Monday's agreement should be immune to the criticism by some in Congress that Spitzer was overstepping his authority for political gain.

``There is nothing sinister about the pension funds finding their voice and saying, `Here are the rules of the game that we insist on playing by,''' Coffee said.

``I am going to make sure that the investment banking and money management firms that do business with North Carolina disclose all potential conflicts of interest and take whatever steps are necessary to ensure that our investments are protected,'' said North Carolina State Treasurer Richard Moore.

*Copyright 2000 The Associated Press. The information contained in the AP news report may not be published, broadcast, rewritten or otherwise distributed without the prior written authority of The Associated Press. All active hyperlinks have been inserted by AOL.*

06/26/02 17:31:00

**New Charges for Tyco Ex-CEO Kozlowski**
By Greg Cresci and Jeanne King

NEW YORK (Reuters) - Dennis Kozlowski, the former chief executive

of embattled conglomerate Tyco International Ltd. (TYC.N), was arraigned on Wednesday in New York on new charges of tampering with evidence, adding to his legal woes.

Kozlowski -- who was indicted earlier this month on charges he conspired to avoid more than $1 million in sales tax on art work he purchased -- pleaded not guilty to two additional counts of tampering with evidence.

The new charges come as part of a "superseding indictment" obtained by Manhattan District Attorney Robert Morgenthau and stem from a May 2002 request by Morgenthau's office for documents relating to the alleged sales tax avoidance on $13 million in art purchases, Morgenthau's office said in a press release.

Specifically, Kozlowski was charged with removing a document in a file that was kept at Tyco offices in Boca Raton, Florida, and later delivered to the Manhattan D.A.'s office, according to the press statement.

The document "falsely reflects the shipping from New York and the receipt in New Hampshire" of five paintings, including works by Monet and Renoir, the Manhattan D.A.'s office said.

Morgenthau previously charged that Kozlowski, 55, conspired with unnamed art dealers and Tyco employees to dodge an 8.25 percent sales tax by making it look as though paintings that he purchased in New York were shipped to Tyco offices in Exeter, New Hampshire.

That indictment says he accomplished this in some cases by instructing Tyco employees to sign bogus invoices that would show receipt of the paintings in New Hampshire.

Tampering with physical evidence is a felony punishable by up to four years in prison.

"I really have no comment," Kozlowski told reporters when leaving a Manhattan courthouse on Wednesday. "I'm not guilty of anything."

Representatives of Tyco, which Kozlowski ran for 10 years until his abrupt resignation on June 3, were not immediately available for

comment.

Tyco's stock lost $1.58, or nearly 12 percent, to close at $11.97 on the New York Stock Exchange. The company's stock market value has fallen by about $94 billion since the start of the year amid concerns about accounting practices, corporate strategy and Kozlowski's alleged improprieties.

"His association with Tyco is still lingering and even though he's gone and the company has distanced itself from Kozlowski, in investors' minds, bad news for Kozlowski is still bad news for Tyco," said Jon Couchman, who oversees more than $25 million at Couchman Capital and owns Tyco shares.

"Clearly, the high profile nature of Kozlowski's case will intensify the scrutiny on him and probably increase his difficulties," Couchman said.

Kozlowski's next court date is set for Aug. 14, when his attorneys are expected to file motions including one aimed at dismissing the indictment.

*Copyright 2000 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon. All active hyperlinks have been inserted by AOL.*

## SCANDAL'S COST ; CORPORATE GREED IS STRIKING AT THE HEART OF THE ECONOMY AND DAMAGING THE TRUST OF WEARY AMERICANS, WHOSE INVESTMENTS ARE TAKING A BATTERING. EXPERTS WORRY A MELTDOWN IS AHEAD.

*Orlando Sentinel*; Orlando, Fla.; Jun 30, 2002; Susan Strother Clarke, Sentinel Staff Writer;

JUNE 25, 2002

WASHINGTON WATCH
By Howard Gleckman

# Sealing Off the Bermuda Triangle?

**Too many corporate tax dollars are disappearing because of headquarters relocations, and Congress looks ready to act**





Gleckman is a senior correspondent for *BusinessWeek* in Washington

Printer-Friendly Version

E-Mail This Story

**RELATED ITEMS**

Washington Watch

Normally, Corporate America's efforts to trim its tax bill are met with little more than a yawn in Washington. Indeed, many lawmakers and policymakers would just as soon repeal the corporate income tax, on the theory that administering the complex corporate tax code is more trouble than it's worth. But once in a while, a scheme sends the outrage-meter twitching.

Case in point: the furor surrounding companies that are limiting their U.S. tax liability by relocating headquarters to offshore havens such as Bermuda. And as the bipartisan criticisms heats up, chances are increasing that by fall Congress will curb such deals -- at least temporarily.

**FICTION AND FOLDERS.** On June 18, the Senate Finance Committee approved a measure that would limit, though not stop, the practice, known as corporate inversions. The bill was sponsored by the panel's chairman, Max Baucus (D-Mont.), and its senior Republican, Charles E. Grassley (R-Iowa). "These corporate expatriates aren't illegal, but they are sure immoral," fumes Grassley. He says companies ought to be helping to pay for the war on terrorism, not dreaming up ways to evade taxes. "These fictional headquarters are no more than a folder in a filing cabinet."

How does an inversion work? A U.S. company moves its nominal headquarters to Bermuda. This allows it to shift income from the U.S., which has a 35% tax rate on corporate profits, to Bermuda, which has no corporate tax. The company can then further trim its federal tax liability by loading tax-deductible expenses onto its U.S. subsidiaries. For instance, a U.S. subsidiary can borrow from its Bermuda parent, taking a big tax deduction for the interest payments. Or it can shift its patents to Bermuda so the U.S. subsidiary pays large tax-deductible royalties to its offshore parent.

In the long run, such deals promise to boost aftertax returns of the relocated companies. But there is one immediate downside for U.S. shareholders: Because an inversion is technically a sale of stock, investors must pony up capital-gains taxes on the deal.

**NO CHOICE.** Inversions aren't new. In the 1990s, reinsurance companies such as ACE Ltd. moved to Bermuda. So did industrial giant Tyco. But since 2001, about a half-dozen U.S. companies have made the shift, among them manufacturer Ingersoll-Rand and consulting giant Accenture. And a number of other companies, such as New Britain (Conn.) toolmaker Stanley Works, are trying to move (see BW Online, 6/10/02, "Stanley's CEO We're Being Hammered"). Hill aides figure the practice will cost Treasury $4 billion over the next decade.

The companies argue that in a highly competitive worldwide marketplace they have no choice but to take advantage of the lowest available tax rates. "We have a competitive disadvantage," Stanley CEO John M. Trani told BW Online on June 5. "If we locate offshore, we have leveled the playing field."

When the Chips Are Down

Will the Rising Euro Smite Europe?

One Nation, Under Conservative Judges

Pitt vs. Ebbers: This Time, It's Personal

• More Headlines

**Moving offshore doesn't play well with the public**

Trani has a point. U.S. tax treatment of international commerce is a mess, giving huge advantages to some companies, such as Boeing, while stiffing others. But an American company ducking $30 million in taxes by headquartering offshore isn't going to be very popular with the American public, no matter how you explain it.

Small wonder Democrats have been pounding on the issue for months. In March, Representative Richard E. Neal (D-Mass.) proposed banning the inversions. Under growing pressure for their reluctance to adopt substantive post-Enron reforms, both the White House and the House GOP leadership have been thrown on the defensive.

The Bush Treasury Dept. first resisted any curbs on the deals. But it supports limits on interest deductions for both U.S. companies that do inversions and all foreign-headquartered companies. That would hit foreign-owned multinationals such as Nestlé and Bayer, and they're lobbying furiously to get the restrictions dropped. As an alternative, top Treasury tax official Pamela Olson says a moratorium on future deals "might be appropriate." Hill backers say such a freeze might last through 2003.

**KEY RACES.**  For months, House Republicans insisted they would address inversions only as part of broader international tax reform. Now they, too, hint they might back a temporary halt to the deals. One key reason: local politics. Veteran House Ways & Means Committee member Nancy L. Johnson (R-Conn.) is in a tough race for reelection. Stanley's planned inversion is a hot issue in the Nutmeg State, where most people oppose the move by the locally headquartered company, as does Johnson. And with control of the House likely to be decided by a few key races this fall, GOP leaders want to back Johnson's efforts to slow Stanley's departure.

The fate of anti-inversion legislation won't be settled until fall. But with the GOP taking flak for failing to clean up the excesses of Corporate America, shutting down the Bermuda Triangle -- even for a while -- might be a good way to relieve some of the pressure.

Gleckman is a senior correspondent in *BusinessWeek*'s Washington bureau. Follow his views every Tuesday in Washington Watch, only on BusinessWeek Online
*Edited by Douglas Harbrecht*

Click to buy an e-print or reprint of a *BusinessWeek* or BusinessWeek Online story.

# Proposed U.S. legislation may close Bermuda loophole

BY ELAINE WALKER
ewalker@herald.com

**HAMILTON, BERMUDA** - Once best known for its secluded pink-sand beaches popular with honeymooners, Bermuda is caught in the crossfire of a controversy over U.S. patriotism and corporate welfare.

While offshore companies have called Bermuda home since 1935, only recently have congressional leaders and corporate shareholders tried to bar the door. They want to stop U.S. companies like Stanley Works from bolting to this tiny island whose entire population wouldn't even fill Pro Player Stadium.

Why now? A wave of post-9/11 patriotism, the ongoing war against terrorism, fallout from the Enron debacle and allegations of financial mismanagement by Bermuda-based companies like Tyco International have turned the British colony into a lightning rod for criticism.



More photos    JAI CLARKE  FOR THE  HERALD

**RELAXED ATMOSPHERE:** Motor scooters line Front Street, above, which is the main commercial street in Hamilton. Many businessmen here wear Bermuda shorts, knee socks and blazers.

But Bermuda's Finance Minister Eugene Cox thinks the criticism is unwarranted. Bermuda has made no recruiting pitch to lure U.S. companies offshore with offers of incentives. The island's consumption-based tax system hasn't changed in decades, and international companies are taxed the same way as those owned by Bermudians.

"Our tax system is not designed for anybody but Bermuda," said Cox, who in recent months has traveled to Washington to get his message out. ``We're not out there trying to generate a climate for manufacturing companies to move to Bermuda. They come here on their own volition because of what's here for them to benefit from.''

Downtown Hamilton is where Bermuda's past and its present collide. Tourists stroll along the waterfront, past the cruise ships and the collection of shops sellings china, jewelry and linens. Only a few blocks away in the compact downtown, businessmen dressed in the traditional Bermuda shorts, knee socks and blazers walk to work at the many insurance companies and financial services firms that dominate the business landscape.

More than 13,000 international companies -- most of them from the United States -- call Bermuda home, and international business has outpaced tourism as the driving force behind the island's economy. International business represented 13.8 percent, or $468.3 million, of Bermuda's gross domestic product during 2000, up from 12.6 percent in 1996. The overall economic impact of the international sector on Bermuda's economy is nearly $1.3 billion.

The biggest attraction for U.S. companies: Bermuda levies no income tax on companies or individuals. By setting up shop in Bermuda, a U.S. company doesn't have to pay taxes on its

Earth Tech said Delgado, who worked on the deal to land the PDVSA contract, signed unauthorized deals with family and friends in Venezuela.

Presnell said evidence supported Tyco claims that Delgado sent threatening e-mail to company executives, including then-Chairman Dennis Kozlowski.

The judge dismissed Delgado's counterclaims in the case.

The disclosure comes as the Manhattan District Attorney investigates whether Tyco funds were improperly used to buy real estate and artwork for executives. Tyco's stock has been hammered all year because of accounting worries and corporate strategy flip-flops under Kozlowski.

Kozlowski abruptly resigned earlier this month before his criminal indictment on charges he conspired to avoid paying $1 million in sales taxes on artwork purchases. He is expected in court later on Wednesday to be arraigned on charges he tampered with evidence. REUTERS

© 2002 Reuters

Back to Recent News

## UPDATE 1-Former Tyco CEO Kozlowski hit with new charges
June 26, 2002 1:51:00 PM ET

(Adds Kozlowski not guilty plea, details from arraignment)

By Greg Cresci and Jeanne King

NEW YORK, June 26 (Reuters) - Dennis Kozlowski, the former chief executive of embattled conglomerate Tyco International Ltd. (TYC), was arraigned on Wednesday in New York on new charges of tampering with evidence, adding to his legal woes.

Kozlowski -- who was indicted earlier this month on charges he conspired to avoid more than $1 million in sales tax on art work he purchased -- pleaded not guilty to two additional counts of tampering with evidence.

The new charges come as part of a "superseding indictment" obtained by Manhattan District Attorney Robert Morgenthau and stem from a May 2002 request by Morgenthau's office for documents relating to the alleged sales tax avoidance on $13 million in art purchases, Morgenthau's office said in a press release.

Specifically, Kozlowski was charged with removing a document in a file that was kept at Tyco offices in Boca Raton, Florida, and later delivered to the Manhattan D.A.'s office, according to the press statement.

The document "falsely reflects the shipping from New York and the receipt in New Hampshire" of five paintings, including works by Monet and Renoir, the Manhattan D.A.'s office said.

Morgenthau previously charged that Kozlowski, 55, conspired with unnamed art dealers and Tyco employees to dodge an 8.25 percent sales tax by making it look as though paintings that he purchased in New York were shipped to Tyco offices in Exeter, New Hampshire.

That indictment says he accomplished this in some cases by instructing Tyco employees to sign bogus invoices that would show receipt of the paintings in New Hampshire.

Tampering with physical evidence is a felony punishable by up to four years in prison.

"I really have no comment," Kozlowski told reporters when leaving a Manhattan courthouse on Wednesday. "I'm not guilty of anything."

Representatives of Tyco, which Kozlowski ran for 10 years until his abrupt resignation on June 3, were not immediately available for comment.

Tyco's stock was down nearly 11 percent in afternoon trading on the New York Stock Exchange, off $1.48 at $12.07. The company's stock market value has fallen by about $94 billion since the start of the year amid concerns about accounting practices, corporate strategy and Kozlowski's alleged impropneties.

"His association with Tyco is still lingering and even though he's gone and the company has distanced itself from Kozlowski, in investors' minds, bad news for Kozlowski is still bad news for Tyco," said Jon Couchman, who oversees more than $25 million at Couchman Capital and owns Tyco shares.

"Clearly, the high profile nature of Kozlowski's case will intensify the scrutiny on him and probably increase his difficulties," Couchman said.

Kozlowski's next court date is set for Aug. 14, when his attorneys are expected to file motions including one aimed at dismissing the indictment. REUTERS

© 2002 Reuters

Back to Recent News

## Former Tyco CEO Kozlowski hit with new charges

June 26, 2002 12:12:00 PM ET

NEW YORK, June 26 (Reuters) - Dennis Kozlowski, the former chief executive of embattled conglomerate Tyco International Ltd. (TYC), saw his legal problems mount on Wednesday, when the Manhattan District Attorney charged him with tampering with evidence.

Kozlowski, who is set to be arraigned on new charges in a New York court later on Wednesday, was indicted earlier this month for conspiring to avoid more than $1 million in sales tax on art work he purchased.

The new charges are part of a "superceding indictment" issued by Manhattan District Attorney Robert Morgenthau. They stem from a request from Morgenthau's office in May for documents relating to the alleged avoidance of paying sales taxes, Morgenthau's office said in a press release.

Specifically, Kozlowski is charged with removing a document related to art purchases that was kept at Tyco's offices in Boca Raton, Florida, before a file was delivered to the Manhattan District Attorney's Office, according to the statement.

Tampering with physical evidence is a felony punishable by up to four years in prison. REUTERS

© 2002 Reuters

Back to Recent News

Posted on Thu, Jun. 27, 2002

# BAD EXAMPLES

**Enron** -- Energy trading company becomes the largest bankruptcy in U.S. history in December. Investors, including company employees and the Florida pension fund, lose $61 billion in wealth. Executives, including CEO Ken Lay, make millions in stock sales and bonuses.

**Global Crossing** -- Telecommunications firm files the fourth-largest bankruptcy in January. Chairman Gary Winnick sells $734 million in stock before the company begins Chapter 11 proceedings.

**Adelphia Communications** -- Cable TV provider files for Chapter 11 bankruptcy protection Tuesday. Adelphia could be liable for billions of dollars in off-the-books loans by the family of founder John J. Rigas. Some loans enable the family to buy the Buffalo Sabres hockey team.

**WorldCom** -- Company says Tuesday it will restate earnings because $3.9 billion in expenses were disguised. Regulators are looking into millions of dollars of personal loans to former Chief Executive Bernie Ebbers.

**Tyco International** -- The sprawling, acquisition-hungry company's stock has gone from $58.80 at the beginning of the year to $12 Wednesday. Tyco paid utility bills for former CEO Dennis Kozlowski for a home in Boca Raton. Kozlowski is charged with evading sales taxes on purchases of Old Masters paintings and tampering with evidence.

**ImClone** -- Former Chief Executive Samuel Waksal was arrested June 12 by FBI agents on charges of securities fraud and conspiracy. The government alleges that Waksal tipped off family members to sell company stock days before the FDA rejected ImClone's cancer drug and tried to dump his own shares. Waksal's friend Martha Stewart also is under scrutiny.

Posted on Mon, Jul. 01, 2002

EDWARD WASSERMAN

## Scandals may strengthen call to public service

**O**n the uppermost floors of the American corporate pyramid, times are bad. News gushes nonstop of lying and thieving by companies and executives who once were paragons: WorldCom, Qwest, Arthur Andersen, ImClone, Global Crossing, Tyco, Enron, and now Xerox and Enron's bankers.

For two decades, during which Big Business reveled in an image that was gorgeous and beguiling, a different picture was stuck away in the attic, growing uglier and more repellent. Now it has been hauled down and dusted off.

The result is likely to shake up some of our clever young minds who have been encouraged to believe that they were put on Earth to get as rich as possible as soon as possible. That wouldn't be such a bad thing: They could start thinking about how they might do someone else some good. They might even consider public service.

The image of business that has reigned since the Ronald Reagan ascendancy has been unusually rosy. Central to the neo-conservative revival of the early '80s was adoration of a vital, vigorous private sector. Business was the arena for the visionary entrepreneur and the can-do executive. Business alone created jobs and prosperity. It alone mattered.

So it drew the energies and loyalty of our best minds and most ambitious young talents. Of course the money was great, but outlandish pay was only fitting in view of the huge contribution business makes to social

Posted on Fri, Jun. 28,
2002

# Ex-Tyco chief charged with evidence tampering

**BY CHRISTOPHER MUMMA**
**Bloomberg News**

**NEW YORK** - Dennis Kozlowski, the former head of Tyco International who resigned this month after being accused of tax evasion, was indicted on a new charge of tampering with evidence.

Kozlowski, 55, pleaded not guilty to the latest allegation. The charge is "frivolous," said his lawyer, Stephen Kaufman.

The expanded indictment accuses Kozlowski of removing a phony shipping document from a file at Tyco's offices in Boca Raton before the material was delivered to New York prosecutors. Kozlowski had prepared the false document, the indictment says.

Kozlowski, who made more than $300 million as head of Tyco, resigned June 3 and was charged a day later with conspiring with dealers to avoid sales taxes on art he bought for $13.2 million. His fall was seen by many investors as an extreme example of a chief executive who used his company for personal gain. Tyco shares have fallen 79 percent this year.

After entering his plea before New York State Supreme Court Justice Michael Obus, Kozlowski made a brief comment. "I'm spending my time with family and friends," he said when asked what he's doing.

Kozlowski, who remains free on $3 million bail, is charged with tax violations, tampering with evidence and falsifying business records in an indictment that now has 14 counts.

The tampering charge is a felony that carries a maximum four-year prison term, the same as the tax evasion counts.

Tyco spokesman Gary Holmes declined to comment on the new accusation.

"We're cooperating fully with the DA's investigation," Holmes said. `` We're not going to comment on Mr. Kozlowski's personal issues because they have no impact on Tyco."

Shares of Tyco fell $1.55, or 11 percent, to $12 after earlier touching $11.35.

The Bermuda-based conglomerate is the largest maker of electrical connectors, burglar alarms and undersea fiber-optic cables. Its Sensormatic and ADT divisions are based in Boca Raton.

The latest charges say Kozlowski removed a document that falsely reflected the shipment of five paintings from New York to Tyco's U.S. headquarters in Exeter, N.H.