UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC., et al,
    Plaintiff(s)

CASE NO. 6:00-CV-1536-ORL-31JGG

MIGUEL DELGADO BELLO, et al
    Defendant(s)

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on September 11, 2002, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority.

    __X__     All individual parties and their respective trial counsel.

    __X__     Designated corporate representatives.

    __X__     Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(C)     The outcome of the mediation conference was:

    __X__     **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rules 3.08 within ten (10) days of the mediation conference.

    _____     **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve.

_____
_____
_____

_____ The parties have reached an impasse.

No conference may be continued past date ordered for completion without leave of Court.

Done this 12th day of September, 2002 in Orlando, Florida.

_Leslie A. Kaplan, for_
**Signature of Mediator**

**JAY M. COHEN, ESQ.**
Name of Mediator

Post Office Box 2210
Winter Park, Florida 32790-2210
Mailing Address

(407)644-1181
Telephone Number

Copies to:   Counsel of Record
             Unrepresented Parties