UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARTH TECH, INC., a California )
corporation, TYCO INTERNATIONAL )
SERVICES, AG, a Swiss Corporation )
And TYCO INTERNATIONAL (US) )
INC., a Nevada Corporation, )
)
Plaintiff, )
)
vs. ) Case No. 6:00-CV-1536-ORL-31JGG
)
MIGUEL DELGADO BELLO, )
)
Defendant. )
_____)

## PLAINTIFFS' AND DEFENDANT'S JOINT MOTION TO WITHDRAW SANCTIONS

Plaintiffs, EARTH TECH, INC., TYCO INTERNATIONAL SERVICES, AG, and TYCO INTERNATIONAL (US) INC. ("Plaintiffs"), and Defendant, MIGUEL DELGADO BELLO ("Defendant"), hereby file this Joint Motion to Withdraw Sanctions against Defendant and his attorney pursuant to Rule 60 of the *Federal Rules of Civil Procedure*. In support hereof, the parties state:

1. On September 11, 2002, the parties reached an amicable settlement agreement of all substantive matters involved in this litigation as well as the pending Venezuelan litigation.

2. Having resolved all outstanding issues between the parties, the parties move that the Court issue an Order withdrawing the sanctions contained in the Court's May 15, 2002 Order Granting Earth Tech's Motion for Sanctions and Dismissing

Defendant's Counterclaims, except for the provisions of such order and the Court's November 5, 2001 Order (Doc. 57) that enjoin Delgado from using or registering any trade names, trademarks or internet domain names containing any form of the name "Tyco," including, but not limited to, the domain name "tycovenezuela.com."

3. In view of the fact that the settlement agreement generally resolves all current and potential issues that could arise between the parties, there is no reason to leave pending in the record the sanctions imposed on Delgado and his counsel by the May 15, 2002 Order.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court grant their Motion to Withdraw Sanctions by issuing an Order to that effect.

Dated this _____ day of November, 2002.

Respectfully submitted,

| ROBERT W. RASCH, P.A. | JACKSON LEWIS LLP |
|---|---|
| 201 Live Oak Lane | 390 North Orange Avenue, Suite 1285 |
| Altamonte Springs, Florida 32714 | Post Office Box 3389 |
| Telephone: (407) 865-7473 | Orlando, Florida 32802-3389 |
| Facsimile: (407) 865-5979 | Telephone: (407) 246-8440 |
| | Facsimile: (407) 246-8441 |
| _____ | _____ |
| Robert W. Rasch | Randall W. Lord |
| Florida Bar No. 0890560 | Florida Bar No. 765422 |
| Attorney for Defendant | |
| | Deborah E. Frimmel |
| | Florida Bar No. 093970 |

Martin London
Robert A. Atkins
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3106
Facsimile: (212) 373-2315

Attorneys for Plaintiffs EARTH TECH, INC.,
TYCO INTERNATIONAL SERVICES, AG,
and TYCO INTERNATIONAL (US) INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' and Defendant's Joint Motion to Withdraw Sanctions has been furnished by U.S. Mail, to Robert W. Rasch, Esq., Robert W. Rasch, P.A., 201 Live Oak Lane, Altamonte Springs, FL 32714; this 11th day of November, 2002.

*Randall W. Lord*
Randall W. Lord