FILED

02 NOV 14 AM 10: 52

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EARTH TECH, INC. a California
Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

        Plaintiffs/Counter-Defendant,

-vs-                                      Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

        Defendant/Counter-Plaintiff.

## ORDER

Plaintiffs have filed a Notice of Withdrawal of Application for attorneys' fees and costs (Doc. 195) and the parties have jointly moved for an order to withdraw sanctions (Doc. 196). The joint motion, in essence, seeks to have the Court vacate its Order of May 15, 2002 (Doc. 116).

On September 16, 2002, the parties filed a Notice of Settlement (Doc. 194) and the Court therefore entered an Order of Dismissal without prejudice (Doc. 193), which denied all pending motions as moot.

The sanction obligations imposed by the May 15th Order are thus no longer viable, in light of the settlement and dismissal Order. However, the Court sees no reason to vacate the prior Order. Accordingly, it is

**ORDERED** that the Joint Motion (Doc. 196) is DENIED.

197

DONE and ORDERED in Chambers, Orlando, Florida this **14** day of November, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

FILE COPY

Date Printed: 11/14/2002

Notice sent to:

    ___  Carlos J. Burruezo, Esq.
         Fisher & Phillips LLP
         Lincoln Plaza, Suite 1250
         300 S. Orange Ave.
         Orlando, FL  32801

    ___  Juan C. Lopez-Campillo, Esq.
         Fisher & Phillips LLP
         Lincoln Plaza, Suite 1250
         300 S. Orange Ave.
         Orlando, FL  32801

    ___  Randall W. Lord, Esq.
         Jackson Lewis LLP
         390 N. Orange Ave., Suite 1285
         P.O. Box 3389
         Orlando, FL  32802-3389

    ___  Michael M. Hernandez, Esq.
         Jackson Lewis LLP
         One Biscayne Tower, Suite 3500
         Two S. Biscayne Blvd.
         Miami, FL  33131-2374

    ___  Martin London, Esq.
         Paul, Weiss, Rifkind, Wharton & Garrison
         1285 Avenue of the Americas
         New York, NY  10019-6065

    ___  Robert A. Atkins, Esq.
         Paul, Weiss, Rifkind, Wharton & Garrison
         1285 Avenue of the Americas
         New York, NY  10019-6065

    ___  Mathew S. Rosengart, Esq.
         Paul, Weiss, Rifkind, Wharton & Garrison
         1285 Avenue of the Americas
         New York, NY  10019-6065

    ___  Robert W. Rasch, Esq.
         Law Office of Robert W. Rasch
         201 Live Oak Lane
         Altamonte Springs, FL  32714

    ___  Miguel Delgado Bello
         El Cafetal (Sector Santa Ana)
         Calle Maturin Qta. Tukeke
         Caracas - Venezuela,