# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EARTH TECH**
           **Plaintiffs,**

vs.                                                    Case No. 6:00-cv-1536-Orl-31JGG

**MIGUEL DELGADO BELLO,**
           **Defendant.**

---

December 11, 2002

| | | |
|---|---|---|
| Matthew Rosengart, Martin London | Randall Lord | Robert Rasch |
| Robert Atkins | P.O. Box 3389 | 201 Live Oak Lane |
| 1285 Avenue of Americas | Orlando, FL 32802 | Altamonte Springs, FL 32714 |
| New York, NY 10019-6065 | | |

Dear Mr. Rosengart, Mr. London, Mr. Lord and Mr. Rasch:

**RE:    EXHIBIT DISPOSAL**

The records indicate in this case that this case was disposed of more than thirty (30) days ago. The records also indicate the Clerk's Office is in possession of various exhibits used during the proceedings.

The exhibits were from the Preliminary Injunction hearing held on October 30, 2001, and the Temporary Restraining Order hearing held on January 18, 2002 (a copy of the exhibit lists is attached here).

Pursuant to Local Rule 5.04 or where applicable Local Rule 5.05 you are notified that you have thirty (30) days in which to contact the Courtroom Deputy Anita Justin at 407-835-4286 to arrange for the removal of the exhibits from the custody of the Clerk's Office, or the exhibits will be disposed of, or destroyed, as permitted by Local Rule. 5.04.

**Please bring a copy of this letter when picking up exhibits.**

                                            SHERYL L. LOESCH, CLERK
                                            United States District Court

---

RECEIPT FOR EXHIBITS:
Please note the exhibits in this case were:

_____ picked up by _____ on _____ .

Signature of person picking up exhibits:_____

_____ destroyed by Anita Justin, Courtroom Deputy on _____ .