FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EARTH TECH, INC. a California
Corporation,
TYCO INTERNATIONAL SERVICES, AG,
a Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

        Plaintiffs/Counter-Defendant,

-vs-                                      Case No. 6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

        Defendant/Counter-Plaintiff.

---

## ORDER

Upon review of this file *sua sponte*, it is

**ORDERED** that the Clerk shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of December, 2002.

                          GREGORY A. PRESNELL
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

:e Printed: 12/24/2002

:ice sent to:

   ___   Carlos J. Burruezo, Esq.
          Fisher & Phillips LLP
          Lincoln Plaza, Suite 1250
          300 S. Orange Ave.
          Orlando, FL  32801

   ___   Juan C. Lopez-Campillo, Esq.
          Fisher & Phillips LLP
          Lincoln Plaza, Suite 1250
          300 S. Orange Ave.
          Orlando, FL  32801

   ___   Randall W. Lord, Esq.
          Jackson Lewis LLP
          390 N. Orange Ave., Suite 1285
          P.O. Box 3389
          Orlando, FL  32802-3389

   ___   Michael M. Hernandez, Esq.
          Jackson Lewis LLP
          One Biscayne Tower, Suite 3500
          Two S. Biscayne Blvd.
          Miami, FL  33131-2374

   ___   Martin London, Esq.
          Paul, Weiss, Rifkind, Wharton & Garrison
          1285 Avenue of the Americas
          New York, NY  10019-6065

   ___   Robert A. Atkins, Esq.
          Paul, Weiss, Rifkind, Wharton & Garrison
          1285 Avenue of the Americas
          New York, NY  10019-6065

   ___   Mathew S. Rosengart, Esq.
          Paul, Weiss, Rifkind, Wharton & Garrison
          1285 Avenue of the Americas
          New York, NY  10019-6065

   ___   Robert W. Rasch, Esq.
          Law Office of Robert W. Rasch
          201 Live Oak Lane
          Altamonte Springs, FL  32714

   ___   Miguel Delgado Bello
          El Cafetal (Sector Santa Ana)
          Calle Maturin Qta. Tukeke
          Cararcus, Venezuela,

