# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a
Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

**Plaintiffs/Counter-Defendant,**

-vs-                                          Case No.  6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

**Defendant/Counter-Plaintiff.**

---

## CERTIFICATE OF EXHIBIT DESTRUCTION

The following exhibits (see attached lists) from hearings held on October 30, 2001 and January 18, 2002 of the PLAINTIFF AND DEFENDANT and/or exhibit substitutes have been destroyed as authorized by Local Rule 5.04 of the Local Rules of the United States District Court for the Middle District of Florida.

**DATE OF DESTRUCTION:      <u>January 22, 2003</u>**

● Plaintiff consented to destruction by phone on January 22, 2003.
● Defendant's counsel Randall Lord consented to destruction by telephone on 12-20-02.



SHERYL L. LOESCH, CLERK

*Anita Justin*

By:      Anita Justin, Deputy Clerk

# Exhibit List

___Government      X Plaintiff      ___Defendant      ___Court

FILED
IN OPEN COURT
Oct. 30, 2001
U.S. ____

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Affidavit of Douglas Haven |
| 2 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Registration for AOl Account for William Hall |
| 3 | OCT 3 0 2001 | 10/30/01 | n/A | NO | Billing info for AoL |
| 4 | OCT 3 0 2001 | 10/30/01 | n/A | NO | America on-line (AOL) Records & emails |

Case Number: _Earth Tech & Tyco -vs- Miguel Delgado Bello_      Style: _6:00-CV-1536-31J66_

*Not Admitted*



FILED
IN OPEN COURT

*Oct. 30, 2001*

CLERK
U.S. DISTRICT COURT

# Exhibit List

___Government    ___Plaintiff    _X_ Defendant    ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venezuelan Supreme Court Decision (Spanish Version) |
| 2 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venezuelan Supreme Court Decision (English Version) |
| 3 | OCT 3 0 2001 | no | Miguel Delgado | Yes Sustained | Complaint filed with FBI |
| 4 | | | Jesus Aristimuno | | Letter from Charles Alpert 7/1/99 |
| 5 | | | Miguel Delgado | | Memornadum of Understanding |
| 6 | | | Miguel Delgado | | Association Agreement |
| 7 | | | Miguel Delgado | | Letter from Mr. Creed 11/11/99 |
| 8 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venezuelan law on Power of Attorney |
| 9 | | | Hernan de Armas | | Business card of Bian Aquino |
| 10 | OCT 3 0 2001 | | Miguel Delgado | | Grupo Rust Legal Registration |

Case Number: 6:00-cv-1536-ORL-31JGG  Style: Earth Tech, Inc. & Tyco v. Delgado



# Exhibit List

___Government      ___Plaintiff    _X_ Defendant      ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 11 | OCT 3 0 2001 | | Miguel Delgado | | Earth Tech #2 legal Registration |
| 12 | OCT 3 0 2001 | no *see below | Miguel Delgado | Yes | Venezuelan Law on Power of Attorney |
| 13 | | | Miguel Delgado | | Doctor's Statements |
| 14 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Deguiner Letter 10/16/98 |
| 15 | | | Hernan de Armas | | U S Embassy Business Cards |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Number: __6:00-cv-1536-Orl-__
__31JS66__    Style: __Earth Tech & Tyco v. Delgado__

- Defendant must file a motion for Court to take Judicial Notice of exhibit no. 12 and provide the Court with a translated copy.

*Admitted*

FILED
IN OPEN COURT
Oct. 30, 2001
CLERK
U.S. DISTRICT COURT



# Exhibit List

___Government      ___Plaintiff   X Defendant      ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venenzuelan Supreme Court Decision (Spanish Version) |
| 2 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venenzuelan Supreme Court Decision (English Version) |
| 3 | OCT 3 0 2001 | no | Miguel Delgado | *yes Sustained* | Complaint filed with FBI |
| 4 | | | Jesus Aristimuno | | Letter from Charles Alpert 7/1/99 |
| 5 | | | Miguel Delgado | | Memornadum of Understanding |
| 6 | | | Miguel Delgado | | Association Agreement |
| 7 | | | Miguel Delgado | | Letter from Mr. Creed 11/11/99 |
| 8 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Venezuelan law on Power of Attorney |
| 9 | | | Hernan de Armas | | Business card of Bian Aquino |
| 10 | OCT 3 0 2001 | | *Miguel Delgado* | | *Grupo Rust Legal Registration* |

Case Number: 6:00-cv-1536-ORL-31JGG Style: Earth Tech, Inc. & Tyco v. Delgado



# Exhibit List

___Government      ___Plaintiff    _X_ Defendant        ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 11 | OCT 3 0 2001 | | Miguel Delgado | | Earth Tech #2 legal Registration |
| 12 | OCT 3 0 2001 | no *see below | Miguel Delgado | yes | Venezuelan Law on Power of Attorney |
| 13 | | | Miguel Delgado | | Doctor's Statements |
| 14 | OCT 3 0 2001 | OCT 3 0 2001 | Miguel Delgado | | Peguiner Letter 10/16/98 |
| 15 | | | Hernan de Armas | | U S Embassy Business Cards |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Number: 6:00-cv-1536-Orl-31JGG    Style: Earth Tech & Tyco v. Delgado

- Defendant must file a motion for Court to take Judicial Notice of exhibit no. 12 and provide the Court with a translated copy.



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

EARTH TECH, INC. a California Corporation,
TYCO INTERNATIONAL SERVICES, AG, a
Swiss Corporation and TYCO
INTERNATIONAL (US) INC., a Nevada
Corporation,

Plaintiffs,

-vs-                                         Case No.  6:00-cv-1536-Orl-31JGG

MIGUEL DELGADO BELLO,

Defendant.

### Plaintiff's exhibits from January 18, 2002 hearing on Defendant's Emergency Motion for Protective Order/Restraining Order (Doc. No. 68)

| Exhibit No. | Date Offered | Date Admitted | Witness | Obj. | Description |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 01-18-02 | | Miguel Delgado Bello | | SecureID for William L. Hall for AOL |
| 3 | 01-18-02 | | Miguel Delgado Bello | | Billing Information for William Hall for AOL |
| 4 | | | | | |
| 5 | 01-18-02 | sustained *no* | Miguel Delgado Bello | YES | 3-7-00 email from Tycoven@aol to Kozlowski |
| 6 | 01-18-02 | | Miguel Delgado Bello | | 1-28-01 Memorandum to Tyco RE: PDVSA's |
| 7 | 01-18-02 | | Miguel Delgado Bello | | 3-6-01 letter to Diane Creel from Petroquimica De Venezuela |
| 8 | 01-18-02 | | Miguel Delgado Bello | | 3-7-01 PDVSA memo to Mr. Kowsloski |

| 9 | 01-18-02 | | Miguel Delgado Bello | | 5-21-01 Subpoena to AOL for Miguel Delgado |
|---|----------|---|----------------------|---|------------------------------------------|
| 10 | 01-18-02 | | Miguel Delgado Bello | | 4-2-01 Letter rom Doug Haven to Robert Atkins |
| 11 | 01-18-02 | | Miguel Delgado Bello | | 4-3-01 Letter from Doug Haven to Robert Adkins |
| 12 | 01-18-02 | | Miguel Delgado Bello | | 4-18-01 email from Pdvsacitgo@aol.com |
| 13 | 01-18-02 | | Miguel Delgado Bello | | Credit card totals for William Hall & Phyllis Elikai |
| 14 | 01-18-02 | | Miguel Delgado Bello | | NowXcom modification of William Hall American Express account |
| 15 | 01-18-02 | | Miguel Delgado Bello | | Credit Card expenditures for William Hall on Acct 3782-614096-41026 |
| 16 | 01-18-02 | | Miguel Delgado Bello | | Avis Rental Car record 1-7-01 |
| 17 | 01-18-02 | | Miguel Delgado Bello | | Credit Card Expenditures for William Hall in Orlando 3/19/01 |
| 18 | 01-18-02 | | Miguel Delgado Bello | | Credit Card Expenditures for William Hall in Florida & Texas April, 01 |
| 19 | 01-18-02 | | Miguel Delgado Bello | | Credit Card Expenditures for William Hall for Orlando 4/22/01 |
| 20 | 01-18-02 | | Miguel Delgado Bello | | Avis rental agreement 4-16-01 for Miguel Delgado |
| 21 | 01-18-02 | | Miguel Delgado Bello | | U.S. Department of Justice employment verification for Miguel Delgado Bello |
| 22 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | U.S. District Court Eastern District of Virginia subpoena to AOL |

| 23 | 01-18-02 |          | Miguel Delgado Bello |     | Affidavit of Philip C. Gordon |
|----|----------|----------|----------------------|-----|-------------------------------|
| 24 | 01-18-02 |          | Miguel Delgado Bello |     | 11-8-01 letter to Mathew Rosengart from Robert Rasch with attached Registrant Name Change for tycovenezuela.com |
| 25 | 01-18-02 |          | Miguel Delgado Bello |     | 8-28-01 email regarding Tycovenezuela.com |
| 26 | 01-18-02 |          | Miguel Delgado Bello |     | 7/27/01 email from Glenn R. Morales to Mr. Kowsloski |
| 27 | 01-18-02 |          | Miguel Delgado Bello |     | 5-20-01 email from citgopdvsa@venezuela.com to MS. Creel & Mr. Kozlowski |
| 28 | 01-18-02 |          | Miguel Delgado Bello |     | 6-19-01 email from pdvsacitgo@venezuela.com regarding Tyco International |
| 29 |          |          |                      |     |                               |
| 30 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO  | Verisign domain search of Tycovenezuela.com dated 10-01-01 |
| 31 | 01-18-02 |          | Miguel Delgado Bello |     | Web Page Under Construction |
| 32 | 01-18-02 |          | Miguel Delgado Bello |     | 10-15-01 email from pdvsa@unitedstates.com Regarding Supreme Court Ruling |
| 33 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO  | Resume of Miguel Delgado Bates No. 010147 |
| 34 | 01-18-02 | 1-18-02  | Miguel Delgado Bello |     | RUST Employee Action Form for Miguel Delgado |
| 35 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO  | 8-2-98 letter from Miguel Delgado to bstead@am regarding Venezuela |

| 36 | 01-18-02 | 01-18-02 | Miguel Delgado Bello | NO | 4-15-99 email from Miguel Delgado to Bill Stead regarding Miguel Employment |
| 37 | 01-18-02 | | Miguel Delgado Bello | | Degree of Miguel Delgado Bello from University of Texas at Arlington 5-17-80 |
| 38 | 01-18-02 | | Miguel Delgado Bello | | Affidavit of Zach Prince |
| 39 | 01-18-02 | | Miguel Delgado Bello | | 9-7-01 Letter to Glenn R. Morales from Robert Atkins |

*rth Tech*

*iguel Delgado*

# Exhibit List

Jan 18, 2002

___Government    ___Plaintiff    _X_ Defendant    ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 9 | JAN 1 0 2002 | ~~yes~~ | Jim Taylor | O ~~yes~~ | E-mail documents |
| 10 | JAN 1 8 2002 | no | Jim Taylor | yes | Password stealers |
| 11 | JAN 1 8 2002 | JAN 1 8 2002 | Miguel Delgado | | Business cards |
| 12 | JAN 1 8 2002 | JAN 1 8 2002 | Miguel Delgado | | PDVSA Letter |
| 13 | JAN 1 8 2002 | JAN 1 8 2002 | Miguel Delgado | | AOL Letter |
| 14 | JAN 1 8 2002 | Sustained | Miguel Delgado | yes) | E-mail documents |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Number: 6:00-CV-1536-31J Style: Earth Tech vs Delgado